# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Case No.: 25-70001-JAD** |
| **WILSON CREEK ENERGY, LLC, *et al.*,**[1] | **Chapter 11** |
| **Debtors.** | *Jointly Administered* |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Wilson Creek Energy, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been prepared by the Debtors' management and advisors and are unaudited and subject to further review and potential revision. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records as it was available at the time of preparation. The Debtors' management and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation. However, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information, however, the Debtors may, but shall not be required to, update the Schedules and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Wilson Creek Energy, LLC (6202); Wilson Creek Holding, Inc. (7733); Maryland Energy Resource, LLC (5299); Mincorp Acquisition Corp. (4858); Mincorp Inc. (5688); PBS Coals, Inc. (2413); Roxcoal, Inc. (3768); Quecreek Mining, Inc. (1745), Croner, Inc. (0529); Elk Lick Energy, Inc. (8551); and Corsa Coal Corp. (0027). The Debtors' address is 1576 Stoystown Road, Friedens, Pennsylvania 15541.

Statements.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Kevin Harrigan, the Debtors' Chief Executive Officer has signed each of the Schedules and Statements. Mr. Harrigan is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Harrigan necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Harrigan has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## **<u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>**

1. **<u>Global Notes Control</u>**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

2. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any and all claim descriptions, designations, or Debtor(s) against which the claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any claim. Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute

a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

3.    **Description of Cases and "As Of" Information Date**. Each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court on January 6, 2025, as applicable (the "Petition Date"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. On January 6, 2025, the Bankruptcy Court entered the *Order Directing Joint Administration of Related Chapter 11 Cases* [Docket No. 9]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset and liability information provided herein represents the asset data of the Debtors as of the last business day prior to the Petition Date, January 3, 2025, except as otherwise noted.

4.    **Amendment**. Although reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Thus, the Debtors reserve all rights, but shall not be required to, amend or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

5.    **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of December 31, 2024. The book values of certain assets may differ materially from their fair market values. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or what a third party might be willing to pay in connection with any asset disposition.

For financial reporting purposes, the Debtors prepare consolidated financial statements. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. Certain assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and are, therefore, not included in the Schedules and Statements.

6.    **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates.

7.  **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory postpetition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired postpetition.

8.  **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

9.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, without limitation, permits, tax accruals, workers' comp accruals, other accrued expenses, asset retirement obligations, and certain assets with a net book value of zero.  In addition, certain immaterial assets and liabilities may have been excluded.

10.  **Insiders**.  Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission by the Debtors that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

11.  **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

12.  **Umbrella Agreements**.  Certain contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however,

may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

13.   **Executory Contracts and Guarantees.** Although the Debtors made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Certain contracts may have "guarantees" from other debtor parties. Any such guarantees from executory contracts are not included in the Statements. The Debtors reserve their rights to amend the Schedules to the extent additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable. Additionally, failure to list any guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any guarantees not listed.

14.   **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

15.   **Claims Description**.   Schedules D and E/F permit each of the Debtors to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."

16.   **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

17. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- <u>Paid Claims</u>. The Debtors were authorized to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19. **Intercompany Payables and Receivables**. The Debtors routinely engage in intercompany transactions. Intercompany receivable account balances are not shown in Schedule A/B and intercompany liabilities are not shown in Schedule E/F. The Debtors use a centralized cash management system to streamline collection, transfer, and disbursement of funds generated by the Debtors' business operations. Cash activity is centralized in the primary Wilson Creek Holdings, Inc. operating account and the Debtors record in their books and records any receipts and/or disbursements made on behalf of Debtors.

The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors reserve all rights to recharacterize, reprioritize, reclassify, recategorize or redesignate intercompany accounts reported in the Schedules and Statements.

20. **Inventory**. Raw coal inventory is valued at the lower of the average mining cost (or average purchase cost) and net realizable value. Mining costs include contractor costs, direct labor, operating materials and supplies, transportation costs to the preparation plant, royalties and amortization of mining assets. Clean coal inventory is valued at the lower of average mining cost, including preparation plant costs and amortization of preparation plant assets, and net realizable value. Net realizable value represents the average selling price for coal less the costs to get the coal into saleable form and to the selling location. Parts and supplies inventory consists of parts, supplies and other consumables and is valued using the weighted average cost method of accounting. Additionally, the Company evaluates its inventory in terms of excess and obsolete exposures. This evaluation includes such factors as anticipated usage, inventory turnover, inventory levels and ultimate market value.

21.    **Property and Equipment**. Plant, structures and equipment are amortized using the straight-line method. The useful lives are generally three to five years for mobile equipment and five to twenty years for plants, structures and other equipment but do not exceed the related estimated mine life.

22.    **Mineral Rights**. Mineral properties include the costs of acquiring the surface and mineral rights required to mine mineral properties, the costs of developing new surface and underground mines until commencement of commercial production, along with certain underground expansion projects and reclamation cost assets recognized at the same time as a reclamation provision for a specific mineral property.

23.    **Advance Royalties and Asset Retirement Obligation Asset**. Advance royalties consist of royalty payments that are required on certain mineral properties in advance of actual coal production or sales from those mineral properties. These items will be outstanding for at least one year from the balance sheet date. When production or sales commence from the properties, these royalty payments are recouped to offset the production royalty payments. Deposits, deferred stripping costs, long-term prepaid expenses and non-current receivables are included in advance royalties and other assets. Deposits are for payments as security and are expected to be returned to the Company at a later date. At initial recognition of an asset retirement obligation a corresponding asset is recognized as part of the related long-lived asset.  This asset is amortized using the units of production method over the life of the related long-lived asset.

24.    **Other Leases**.  The Debtors lease equipment and facilities under various capital and operating lease agreements.  These equipment and facilities leases are reported on Schedule G, and to the extent that there was a known amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

25.    **Effect of "First Day" Orders**.  The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims including certain payments to employees, critical vendors, potential lien holders, and taxing authorities.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date.  Certain claims may not have been adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court.  To the extent any further adjustments are necessary for any additional postpetition payments made on account of such claims, such adjustments have not been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement.  Estimates of claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

26.    **Setoffs**.  The Debtors periodically incur certain setoffs in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly

voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

27.     **Confidentiality**. There are instances within the Schedules and Statements where names, addresses or amounts have been suppressed due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual. In such instances, the Debtors have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedules Summary**.  Except as otherwise noted, the asset and liability information provided herein represents the asset data of the Debtors as of January 3, 2025.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

As part of their financial statement due diligence process, the Debtors, from time to time, analyze the book values of their assets to determine, with respect to any of their assets, whether all or part of the asset value should be impaired.  Where book values of assets have been reduced to zero, such assets have been included in the Schedules.

1.      **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' Cash Management Motion and the final order of the Bankruptcy Court granting the Cash Management Motion [Doc. Nos. 81 and 190].

2.      **Schedule A/B, Part 3 – Accounts Receivable**.  Accounts Receivable are reported based on the Debtors' trial balance amounts.  In addition, accounts receivable have not been reconciled with third parties.

3.      **Schedule A/B, Part 4 – Investments**.  Certain Debtors have ownership interests in subsidiaries.  For purposes of these Schedules, the Debtors have listed an undetermined value for the equity or membership interests of all subsidiaries. Certain Debtors have restricted investments which are held for the benefit of third parties. The balances provided are as of December 31, 2024, and difference in balances through to the petition date are deemed immaterial.

4.      **Schedule A/B, Parts 7, 8 and 9 – Fixed Assets**.  The balances provided are as of December 31, 2024.

5.      **Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  The Debtors may have acquired certain intangibles and/or intellectual property that are unknown to the Debtors and not quantifiable as of the Petition Date.  Any such unknown and unquantifiable property is not listed on Schedule A/B, Part 10.  The Debtors reserve all of their rights to recategorize and/or

recharacterize such property to the extent the Debtors determine that they were improperly listed.

6. **Schedule A/B, Part 11 – All Other Assets**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers.

Certain Debtors have accumulated significant net operating losses ("NOLs") for United States federal and state income tax purposes, and certain Debtors for Canadian income tax purposes. NOLs amounts are shown on Schedule A/B through 2023, however, any potential NOLs for the financial year ending December 31, 2024 have not been assessed and are not included.

7. **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve their right to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including any intercompany agreement) related to such creditor's claim.  Also, the Debtors may have scheduled certain creditors on both Schedule D and Schedule G and in such cases, the Debtors reserve their right to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including any intercompany agreement) related to such creditor's claim.  In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

8. **Schedule E/F, Part 1 – Creditors With Priority Unsecured Claims**.  Pursuant to the *Final Order (I) Authorizing  the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor all Obligations Related Thereto, and (II) Granting Related Relief*[Docket No. 162] and the *Final Order (I) Authorizing Payment of Certain Prepetition Taxes and Fees; and (II) Granting Related Relief* [Doc. No. 158], the Debtors have been granted the authority to pay certain employee-related liabilities and tax liabilities that accrued prepetition.  Accordingly, certain amounts included on the Statements and Schedules may have been paid post-petition.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

9.    **Schedule E/F, Part 2 – Creditors With Non-Priority Unsecured Claims**.  The Debtors have made reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records.  The claims of individual creditors for among other things, products, goods, or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records, and may not reflect credits or allowances due from such creditors to the Debtors.  The Debtors reserve all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs.  The claims listed on Schedule E/F, Part 2, arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact.  While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for every claim listed on Schedule E/F.

Schedule E/F, Part 2, may reflect certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

Schedule E/F, Part 2, does not include certain deferred charges, deferred liabilities, accruals or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.  Further reconciliation is required.  The Debtors reserve all of their rights to recategorize and/or recharacterize such assets to the extent the Debtors determine that such holdings were improperly listed.

Pursuant to the *Interim Order on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Doc. Nos. 72 and 188 ], the Debtors have been granted authority to pay claims of certain vendors that accrued prepetition. Accordingly, certain amounts included on the Statements and Schedules may have been paid post-petition.

10.    **Schedule G – Executory Contracts and Unexpired Leases**.  The businesses of the Debtors are complex.  Although the Debtors' existing books, records, financial systems, and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred.  The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents.  In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  Certain of the real property leases listed on Schedule G may contain

10457827.1                                                 12

renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not separately set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The Debtors have included only contracts and agreements to which a Debtor is a party.  Schedule G does not include contracts or agreements in which payments to third parties were made on any of the Debtors' behalf for administrative convenience or as a result of the Debtors' cash management system.  The Debtors have included certain interests in real property such as easements, rights of way, and other similar interests on Schedule G.  The listing of such real property interests on Schedule G as "executory" does not constitute an admission by a Debtor that any such contract is executory.  The Debtors reserve all rights to recategorize and/or recharacterize their interests in such real property at a later date, as necessary.    The Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance.  In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease.  Certain of the executory contracts may not have been memorialized and could be subject to dispute.  Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.  Executory contracts that are oral in nature, if any, have not been included on Schedule G.  Schedule G does not constitute an admission that any such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

11.    **Schedule H – Co-Debtors**.  Schedule H reflects guarantees, if any, by various Debtors of obligations of related affiliates.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Certain of the guarantees reflected on Schedule H, if any, may have expired or no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the guarantees in another filing.

10457827.1                                  13

12.    **Claims of Third-Party Related Entities**.  Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

1.    **Statements, Part 2, Question 5 – Repossessions, Foreclosures and Returns**. After review of internal documents, the Debtors were not aware of any repossessions, foreclosures, and returns.

2.    **Statements, Part 12, Question 22:  Judicial or administrative proceedings under environmental law**.  The Debtors have undertaken reasonable efforts to provide all information available related to this question; however, given the nature of the coal industry there may be additional proceedings under environmental law

3.    **Statements, Part 12, Question 23:  Governmental notice of violation of an environmental law**.  The Debtors have undertaken reasonable efforts to provide all information available related to this question; however, given the nature of the coal industry there may be additional notices under environmental law.  Subject to the foregoing, the Debtors have made a reasonable effort to identify any notice of violation received within one (1) year of the Petition Date.

4.    **Statements, Part 12, Question 24:  Notice to a governmental unit of release of hazardous material**.  The Debtors reserve the right to supplement their response to this question as additional information becomes available.

5.    **Statements, Part 13, Question 27 – Inventories**.  Amounts provided differ to value of inventory listed in the Schedules, due to differences in timing, actual plant recoveries versus estimated recoveries and inherent differences in volume estimation.

**Fill in this information to identify the case:**

Debtor name: __Wilson Creek Energy, LLC__

United States Bankruptcy Court for the __Western__ Division, District of __Pennsylvania__

Case number (If known): __25-70001__

☐ **Check if this is an amended filing**

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $ 1,740,868.69 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $ 77,478,838.75 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $ 79,219,707.44 |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property:* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$ 16,722,314.71

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims:* (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F

$ 3,850,184.08

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

+ $ 12,466,887.42

**4.** **Total liabilities:**
Lines 2 + 3a + 3b

$ 33,039,386.21

**Fill in this information to identify the case:**

Debtor name: Wilson Creek Energy, LLC

United States Bankruptcy Court for the <u>Western</u> Division, District of <u>Pennsylvania</u>

Case number (If known): 25-70001

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | KeyBank N.A. | Deposit | 7774 | $ 0.00 |
| 3.2. | KeyBank N.A. | Operating | 7782 | $ 0.00 |
| 3.3. | KeyBank N.A. | ZBA | 1289 | $ 0.00 |
| 3.4. | KeyBank N.A. | Operating | 7790 | $ 0.00 |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $ 0.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| 7.1. | See Attached Exhibit AB7 | $ | 3,041,146.65 |
|---|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $ 3,041,146.65 |
|---|

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11 a. 90 days old or less: | $ 5,387,071.15 | - | $ 0.00 | = → | $ 5,387,071.15 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11 b. Over 90 days old: | $ 2,181,590.91 | - | $ 0.00 | = → | $ 2,181,590.91 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $ 7,568,662.06 |
|---|

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | FNB Wealth Mgmt: 0012, Restricted, Investment Account for Reclamation | Investment account balance | $ | 194,346.10 |
|---|---|---|---|---|

| 14.2. | FNB Wealth Mgmt: 0019, Restricted, Investment Account for Workers Compensation | Investment account balance | $ | 4,475,975.04 |
|---|---|---|---|---|
| 14.3. | Morgan Stanley: 7145, Restricted, Investment Account for Reclamation | Investment account balance | $ | 13,375,000.00 |
| 14.4. | Somerset Trust: 1136, Restricted, Investment Account | Investment account balance | $ | 11,280.08 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

|  | Name of entity: | % of ownership: |  |  |
|---|---|---|---|---|
| 15.1. | Maryland Energy Resources, LLC | 100 | $ | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $ 18,056,601.22 |
|---|

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1. Freight in inventory for coal moved to dock, US Steel sales occur as coal is loaded from the dock to a barge | Unknown | $ 122,579.92 | Net Book Value | $ 122,579.92 |
| 19.2. Met coal inventory | 12/22/24 | $ 2,752,364.80 | Net Book Value | $ 2,752,364.80 |
| 19.3. Purchased coal inventory | Unknown | $ 142,265.16 | Net Book Value | $ 142,265.16 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $ 3,017,209.88 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

- ☐ No.
- ☑ Yes.

| Book value | $56,198.22 | Valuation method | Net Book Value | Current value | $56,198.22 |

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

- ☑ No.
- ☐ Yes.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No.
- ☐ Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No.
- ☐ Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No.
- ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No.
- ☐ Yes.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1. Office Furniture - Somerset Office | $ 0.00 | Net Book Value | $ 0.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1. Computer and Software Equipment | $ 4,822.51 | Net Book Value | $ 4,822.51 |
| | | | *Somerset Office* |

**42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 4,822.51

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. See Attached Exhibit AB 47 | $ 765,941.95 | Net Book Value | $ 765,941.95 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| 50.1. | Other Machinery and Equipment | $ | 6,096,832.29 | Net Book Value | $ | 6,096,832.29 |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$ 6,862,774.24

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No.

☑ Yes.

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No.

☑ Yes.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| 55.1. | See Attached Exhibit AB 55 | Owned | $ | 1,740,868.69 | Net Book Value | $ | 1,740,868.69 |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,740,868.69

57. Is a depreciation schedule available for any of the property listed in Part 9?

☐ No.

☑ Yes.

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $ 0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.

☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

73.1.    See Attached Exhibit AB73 _____    $ _____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1.    Wilson Creek Energy, LLC v. Stelco Inc. _____    _____ Undetermined

**Nature of claim**    Breach of Contract

**Amount requested**    To be determined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

77.1.    Mineral Interest _____    $ _____ 34,654,653.80

*Net Book Value*

| | | |
|---|---|---|
| 77.2. | Asset Retirement Obligation | 4,272,968.39 |

*Net Book Value*

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 38,927,622.19

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 0.00 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 3,041,146.65 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 7,568,662.06 | |
| 83 . Investments. Copy line 17, Part 4. | $ 18,056,601.22 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 3,017,209.88 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 4,822.51 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 6,862,774.24 | |
| 88 . Real property. Copy line 56, Part 9. | | $ 1,740,868.69 |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | $ 0.00 | |
| 90 . All other assets. Copy line 78, Part 11. | $ 38,927,622.19 | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a. $ 77,478,838.75 | + 91b. $ 1,740,868.69 |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | 79,219,707.44 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 7

## DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB 7.  Deposits, including security deposits and utility deposits**

| Name of Holder of Deposit | Address | Description | Current Value of Debtor's Interest |
|---|---|---|---|
| Berwind Corp | 509 Fifteenth Street, Windber, PA, 15963 | Royalty Deposit | $120,000.00 |
| Berwind Corp | 509 Fifteenth Street, Windber, PA, 15963 | Royalty Deposit | $1,500.00 |
| Berwind Corp | 509 Fifteenth Street, Windber, PA, 15963 | Royalty Deposit | $125,000.00 |
| **Berwind Corp Total** | | | **$246,500.00** |
| Boose, Robert L. | 171 Melissa Lane, Friedens, PA, 15541 | Royalty Deposit | $23,500.00 |
| **Boose, Robert L. Total** | | | **$23,500.00** |
| Byers, John | 236 Critchfield Road, Somerset, PA, 15501 | Royalty Deposit | $6,000.00 |
| **Byers, John Total** | | | **$6,000.00** |
| Cash held at Rockwood | | | $17,970.44 |
| **Cash held at Rockwood Total** | | | **$17,970.44** |
| Coughenour, Paul | 1307 Cannell Drive, Somerset, PA, 15501 | Royalty Deposit | $11,750.00 |
| **Coughenour, Paul Total** | | | **$11,750.00** |
| David A Knepper | 99 Charles Street, Frostburg, MD, 21532 | Royalty Deposit | $3,916.98 |
| **David A Knepper Total** | | | **$3,916.98** |
| Deposit in Transit | | | $160,776.00 |
| **Deposit in Transit Total** | | | **$160,776.00** |
| Dorothy St. Clair | 174 St. Clair Drive, Boswell, PA, 15531 | Real Estate Taxes: Acosta | $2,495.45 |
| **Dorothy St. Clair Total** | | | **$2,495.45** |
| Elizabeth Kovach | P.O. Box 233, Sipesville, PA, 15561 | Real Estate Taxes: Acosta Deep | $3,956.18 |
| Elizabeth Kovach | P.O. Box 233, Sipesville, PA, 15561 | Real Estate Taxes: Acosta Deep | $1,482.94 |
| Elizabeth Kovach | P.O. Box 233, Sipesville, PA, 15561 | Real Estate Taxes: Acosta Deep | $8,916.33 |
| **Elizabeth Kovach Total** | | | **$14,355.45** |
| Erickson Family Trust | 463 Roberts Road, Summerhill, PA, 15958 | Royalty Deposit | $20,000.00 |
| **Erickson Family Trust Total** | | | **$20,000.00** |
| Erisa Bond | | Prepaid Bond Deposit | $94.11 |
| **Erisa Bond Total** | | | **$94.11** |
| Gehman, Michael & Arlene | 184 Marts Road, Friedens, PA, 15541 | Royalty Deposit | $19,500.00 |
| **Gehman, Michael & Arlene Total** | | | **$19,500.00** |
| Godin, Kimberly & Davind | 213 Colton Drive, Stoystown, PA, 15563 | Royalty Deposit | $624,500.00 |
| **Godin, Kimberly & Davind Total** | | | **$624,500.00** |
| Highmark Health Insurance | | Health Insurance Deposit | $66,900.00 |
| **Highmark Health Insurance Total** | | | **$66,900.00** |
| Jane Miller | P.O. Box 528, Somerset, PA, 15501 | Real Estate Taxes: SRE | $308.23 |
| **Jane Miller Total** | | | **$308.23** |
| McIntire William Estates | P.O. Box 171, Shelocta, PA, 15774 | Royalty Deposit | $7,700.00 |
| **McIntire William Estates Total** | | | **$7,700.00** |
| McNealy, Diane | 130 Baker Road, Mount Pleasant, PA, 15666 | Royalty Deposit | $3,916.04 |
| **McNealy, Diane Total** | | | **$3,916.04** |
| Miljohn Capital Partners LLP | TBD - CONFIRM | Royalty Deposit | $718,000.00 |
| **Miljohn Capital Partners LLP Total** | | | **$718,000.00** |
| New Centerville : ISM-2879 | | Prepaid Bond Deposit | $627.50 |
| **New Centerville : ISM-2879 Total** | | | **$627.50** |
| New Centerville : ISM-2932 | | Prepaid Bond Deposit | $1,862.79 |
| **New Centerville : ISM-2932 Total** | | | **$1,862.79** |
| Nickol, Donna | 23130 Sparks Road, Ridgely, MD, 21660 | Royalty Deposit | $3,916.98 |
| **Nickol, Donna Total** | | | **$3,916.98** |
| Onstead, James | 399 Hunter School Rd, Somerset, PA, 15501 | Royalty Deposit | $20,000.00 |
| **Onstead, James Total** | | | **$20,000.00** |
| Peggy McClain | 145 Frosty Lane, Johnstown, PA, 15905 | Real Estate Taxes: Keyser | $547.74 |
| Peggy McClain | 145 Frosty Lane, Johnstown, PA, 15905 | Real Estate Taxes: Keyser | $5,780.70 |
| **Peggy McClain Total** | | | **$6,328.44** |
| Penn Coal Land, Inc | P.O. Box 68, Boswell, PA, 15531 | Royalty Deposit | $720,000.00 |
| **Penn Coal Land, Inc Total** | | | **$720,000.00** |
| Rose Haven Associates | P.O. Box 171, Shelocta, PA, 15774 | Royalty Deposit | $38,500.00 |
| Rose Haven Associates | P.O. Box 171, Shelocta, PA, 15774 | Royalty Deposit | $15,000.00 |
| Rose Haven Associates | P.O. Box 171, Shelocta, PA, 15774 | Royalty Deposit | $1,000.00 |
| **Rose Haven Associates Total** | | | **$54,500.00** |
| Shaffer, Adam | 317 Hill Street, Meyersdale, PA, 15552 | Royalty Deposit | $33,000.00 |
| **Shaffer, Adam Total** | | | **$33,000.00** |
| Shaffer, Jay | 2385 Stutzmantown Rd, Somerset, PA, 15501 | Royalty Deposit | $22,000.00 |
| Shaffer, Jay | 2385 Stutzmantown Rd, Somerset, PA, 15501 | Royalty Deposit | $33,000.00 |
| **Shaffer, Jay Total** | | | **$55,000.00** |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB 7.  Deposits, including security deposits and utility deposits**

| Name of Holder of Deposit | Address | Description | Current Value of Debtor's Interest |
|---|---|---|---|
| Somerset Rural Electric | | Utility Deposit | $50,000.00 |
| **Somerset Rural Electric Total** | | | **$50,000.00** |
| Stutzman, Adam & Keri | 194 Pyle Drive, Somerset, PA, 15501 | Royalty Deposit | $9,100.00 |
| **Stutzman, Adam & Keri Total** | | | **$9,100.00** |
| Stutzman, Ben | 2251 Stutzmantown Road, Somerset, PA, 15501 | Royalty Deposit | $9,100.00 |
| **Stutzman, Ben Total** | | | **$9,100.00** |
| Walker, Thomas | 1236 Brotherton Road, Berlin, PA, 15530 | Royalty Deposit | $3,000.00 |
| **Walker, Thomas Total** | | | **$3,000.00** |
| Will Brothers Farm | 180 Pike School Rd, Berlin, PA, 15530 | Royalty Deposit | $5,536.57 |
| **Will Brothers Farm Total** | | | **$5,536.57** |
| Will Farm | | Prepaid Bond Deposit | $6,416.67 |
| **Will Farm Total** | | | **$6,416.67** |
| Workers Comp Renewal Deposit - Rockwood Casualty | | | $114,575.00 |
| **Workers Comp Renewal Deposit - Rockwood Casualty Total** | | | **$114,575.00** |
| **Grand Total** | | | **$3,041,146.65** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES

Wilson Creek Energy, LLC
Case No. 25-70001
Schedule A/B Question 47: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|-------|-----|-----|-----|-----|
| 1990 | Box Truck (Lube) | 1990 | FDZA90X8LVA31988 | $0.00 | Net Book Value | $0.00 |
| 2004 | Bucket Truck | 2004  F350 | 1FDA56P74EB32889 | $0.00 | Net Book Value | $0.00 |
| NA | Carry-On Trailer | (blank) | 47MUL08105V057179 | $0.00 | Net Book Value | $0.00 |
| 1997 | CAT D400D Water Truck | D400D 1997 | 8PS00971 | $0.00 | Net Book Value | $0.00 |
| NA | CAT D400E Water Truck - Engine | 000 | 2YR00151 | $0.00 | Net Book Value | $0.00 |
| NA | CAT D400E Water Truck - Final Drives | 000 | 2YR00151 | $0.00 | Net Book Value | $0.00 |
| NA | CAT D400E Water Truck - Suspension Cylinder | 000 | 2YR00151 | $0.00 | Net Book Value | $0.00 |
| NA | CAT D400E Water Truck - Torque | 000 | 2YR00151 | $0.00 | Net Book Value | $0.00 |
| NA | CAT D400E Water Truck - Transmission | 000 | 2YR00151 | $0.00 | Net Book Value | $0.00 |
| 1986 | Chassis Trailer | 1986 | GL002306 | $0.00 | Net Book Value | $0.00 |
| 1986 | Chassis Trailer | 1986 | GL002388 | $0.00 | Net Book Value | $0.00 |
| 1984 | Chevy (Junk) | 1984 | 2GCEK14H6E1199797 | $0.00 | Net Book Value | $0.00 |
| 2010 | Chevy 2010 C150 Std (#1 FK) | 2010 Silverado | 3GCRKSE3XAG141557 | $0.00 | Net Book Value | $0.00 |
| 2020 | Combo Drop Deck Trailer | 2020 | 13N24820XL1540491 | $0.00 | Net Book Value | $0.00 |
| 2002 | Flatbed Truck (Knuckle Boom) | 2002 | 1FVMBGAS52HU67452 | $0.00 | Net Book Value | $0.00 |
| 2024 | Ford F550 Truck with Custom Bed | 2024 | 1FDUF5HT7RDA20873 | $111,611.38 | Net Book Value | $111,611.38 |
| 2006 | Fuel/Lube Truck | 2006  379 | 1NPALBOX46N888406 | $0.00 | Net Book Value | $0.00 |
| 2011 | Fuel/Lube Truck | 2011 | 2NP3LNOX6BM127347 | $0.00 | Net Book Value | $0.00 |
| NA | Fuel/Lube Truck | N/A | n/a | $0.00 | Net Book Value | $0.00 |
| 1999 | Fuel/Lube Truck | RD888SX 1999 | 1M2P278C1XM002144 | $0.00 | Net Book Value | $0.00 |
| 2000 | FuelTruck | 2000  RD688S | 1M2P67C8YM050687 | $0.00 | Net Book Value | $0.00 |
| 2012 | Jeep | 2012 | 13NL1620XD35P0498 | $0.00 | Net Book Value | $0.00 |
| 2012 | Lowboy | 2012 | 13NE52300C3555401 | $0.00 | Net Book Value | $0.00 |
| 2024 | Mechanic Service Truck | 537 2024 | 2NPMHJ7X6RM655226 | $198,419.19 | Net Book Value | $198,419.19 |
| NA | Miller Trailblazer 330 Welder | 907832004 | NE0404R22 | $12,486.39 | Net Book Value | $12,486.39 |
| 2012 | Pick Up Truck (White) | 2012 F450 | 1FDUF4HT0CEB14394 | $0.00 | Net Book Value | $0.00 |
| 2002 | Pump Truck | 2002 F450 | 1FDXF47S2ED27418 | $0.00 | Net Book Value | $0.00 |
| 1998 | Recycling Truck | 1998 | 1M2AAM20COWM003122 | $0.00 | Net Book Value | $0.00 |
| NA | Service Truck | N/A | n/a | $0.00 | Net Book Value | $0.00 |
| 2003 | Service Truck | 2003  4300 | IHTMMAAL53H555250 | $0.00 | Net Book Value | $0.00 |
| 2003 | Service Truck | 2003  FL70 | 1FVABSAK03HL99772 | $0.00 | Net Book Value | $0.00 |
| 2005 | Service Truck | 2005  M2 | 1FVACWDC15HV29678 | $0.00 | Net Book Value | $0.00 |
| 2009 | Service Truck | 2009 | 2NPLHN7X39M784950 | $0.00 | Net Book Value | $0.00 |
| 1997 | Steam Truck | 1997 | 3FELF47G5VMA70403 | $0.00 | Net Book Value | $0.00 |
| 2003 | Street Sweeper | 2003 | 49AADBV63DK83579 | $0.00 | Net Book Value | $0.00 |
| NA | Sweeper Truck | Crosswind Sterling SC8000 | 49HAADBV46DW84133 | $0.00 | Net Book Value | $0.00 |
| 2006 | Sweeper Truck (totaled) | 2006 | 49HAAD8V46DW78896 | $0.00 | Net Book Value | $0.00 |
| 2008 | Talbert Trailer | 2008 | See notes for VIN # | $311,458.33 | Net Book Value | $311,458.33 |
| 2008 | Talbot Trailer - Sales Tax | 2008 | (blank) | $18,850.00 | Net Book Value | $18,850.00 |
| 1996 | Tractor Trailer (Rollback) | 1996 | 1FUBCXZB3TH835690 | $0.00 | Net Book Value | $0.00 |
| 2002 | Tractor Truck | 2002 | 1XPWP4EX9CD148079 | $95,833.33 | Net Book Value | $95,833.33 |
| 1999 | Trailer | 1999  50 Ton Beam | 1H9SL6843X132401 | $0.00 | Net Book Value | $0.00 |
| 2014 | Trailer | 2014 5x7 | 4YMUL0918EV016233 | $0.00 | Net Book Value | $0.00 |
| 2016 | Trailer | 2016 | 4P5D31228G3021691 | $0.00 | Net Book Value | $0.00 |
| 2018 | Trailer | 2018 T8222 | 4P5T82222J3028338 | $0.00 | Net Book Value | $0.00 |
| 1996 | Truck | F250 1996 | iFTHX26G1VEA51693 | $0.00 | Net Book Value | $0.00 |
| 2012 | Truck | 2012 F250 | 1FTBF2BT3CEA27937 | $0.00 | Net Book Value | $0.00 |
| 2011 | Truck (Gray) | F450 2011 | 1FDUF4HT0BEB03331 | $0.00 | Net Book Value | $0.00 |
| NA | Water Hauling Truck | F350 | 1FT8X3DT1CEB16142 | $17,283.33 | Net Book Value | $17,283.33 |
| 2000 | Water Truck | 2000 F450 | 1FDXF47S5YE08192 | $0.00 | Net Book Value | $0.00 |
| 1988 | Water Truck | FL80 1988 | 1FUY25V36JE441573 | $0.00 | Net Book Value | $0.00 |
| 1988 | Weld Truck | 1988 | JH524357 | $0.00 | Net Book Value | $0.00 |
| 2005 | Weld Truck | 2005  4300D | 1HTMMAAM55H100846 | $0.00 | Net Book Value | $0.00 |
| **Grand Total** | | | | **$765,941.95** | | **$765,941.95** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Belt Drives - 150 HP Belt Drive Rebuild | $20,474.45 | Net Book Value | $20,474.45 |
| Belt Drives - 150HP 36" Belt Drive | $6,370.00 | Net Book Value | $6,370.00 |
| Belt Drives - 48" Belt Drive Rebuild | $10,073.31 | Net Book Value | $10,073.31 |
| Belt Drives - 48" Belt Drive Rebuild (Mepco) | $10,751.69 | Net Book Value | $10,751.69 |
| Belt Drives - Belt Drive | $9,138.00 | Net Book Value | $9,138.00 |
| Belt Drives - Belt Drive | $0.00 | Net Book Value | $0.00 |
| Belt Drives - Belt Drive (red) | $0.00 | Net Book Value | $0.00 |
| Belt Drives - Belt Drive 150HP (A2 Drive) | $10,308.29 | Net Book Value | $10,308.29 |
| Belt Drives - Belt Drive 42" | $0.00 | Net Book Value | $0.00 |
| Belt Drives - Belt Drive Rebuild | $15,023.96 | Net Book Value | $15,023.96 |
| Belt Drives - Belt Drive Rebuild (Mepco) | $8,899.35 | Net Book Value | $8,899.35 |
| Belt Drives - Belt Drive Rebuild 36" | $11,084.17 | Net Book Value | $11,084.17 |
| Belt Drives - Belt Drive Rebuild 42/48" | $4,406.33 | Net Book Value | $4,406.33 |
| Belt Drives - Dry Chemical Fire Suppression for #1 Belt Drive | $5,793.60 | Net Book Value | $5,793.60 |
| Belt Drives - Surplus 48" Bw Alignment Free Drive Assembly | $7,887.00 | Net Book Value | $7,887.00 |
| Buildings - Screen and Building (fr Que) | $0.00 | Net Book Value | $0.00 |
| Coal Feeders - Coal Feeder | $0.00 | Net Book Value | $0.00 |
| Coal Feeders - Coal Feeder | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Engine | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Final Drive x2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Hoist Cylinder x2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Ripper Lift Cylinder x 2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Steer Clutch x2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Tilt Cylinder x2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Torque Converter | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Track Groups x2 | $0.00 | Net Book Value | $0.00 |
| Dozers - CAT D10R - Transmission | $0.00 | Net Book Value | $0.00 |
| Dozers - Crawler Tractor | $0.00 | Net Book Value | $0.00 |
| Dozers - D116 Undercarriage | $86,592.37 | Net Book Value | $86,592.37 |
| Dozers - Dozer | $148,833.33 | Net Book Value | $148,833.33 |
| Dozers - Dozer | $0.00 | Net Book Value | $0.00 |
| Dozers - Dozer | $0.00 | Net Book Value | $0.00 |
| Dozers - Final Drive Rebuild | $10,291.67 | Net Book Value | $10,291.67 |
| Dozers - Rebuilt D11 Engine | $128,312.20 | Net Book Value | $128,312.20 |
| Dozers - Undercarriage | $289,953.96 | Net Book Value | $289,953.96 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Dozers - Undercarriage | $0.00 | Net Book Value | $0.00 |
| Dozers - Undercarriage Rebuild | $5,211.12 | Net Book Value | $5,211.12 |
| Dump Trucks - 1995 International Dump Truck w/ plow & spreader | $0.00 | Net Book Value | $0.00 |
| Excavators - 2 used buckets and swing drives | $45,000.00 | Net Book Value | $45,000.00 |
| Excavators - Backhoe | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator | $106,979.17 | Net Book Value | $106,979.17 |
| Excavators - Excavator - boom- replacement | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Cylinders | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Cylinders- rebuild- replacement for W102-3 | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Engine | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Engine- rebuild- replacement for W102-1 | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Final Drives | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Final Drives- rebuild- replacement for W102-5 | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Pumps | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Pumps- rebuild- replacement for W102-2 | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Undercarriage | $0.00 | Net Book Value | $0.00 |
| Excavators - Excavator - Undercarriage- rebuild- replacement for W102-4 | $0.00 | Net Book Value | $0.00 |
| Excavators - PC 2000 Engine | $36,109.28 | Net Book Value | $36,109.28 |
| Excavators - Rails | $29,816.09 | Net Book Value | $29,816.09 |
| Excavators - Swing Drive | $8,250.00 | Net Book Value | $8,250.00 |
| Excavators - Undercarriage Rebuild (Partial) Track Roller/Idler Groups | $22,372.77 | Net Book Value | $22,372.77 |
| Forklifts - 2004 Sky Trak 10054 RCH Forklift | $0.00 | Net Book Value | $0.00 |
| Forklifts - Electric Lift | $0.00 | Net Book Value | $0.00 |
| Forklifts - Forklift | $0.00 | Net Book Value | $0.00 |
| Forklifts - Forklift | $0.00 | Net Book Value | $0.00 |
| Haulage - Continuous Haulage  Bridge | $6,111.10 | Net Book Value | $6,111.10 |
| Haulage - Continuous Haulage Bridge | $24,444.53 | Net Book Value | $24,444.53 |
| Haulage - Continuous Haulage MBC#1 | $0.00 | Net Book Value | $0.00 |
| Haulage - Continuous Haulage System Bridge | $0.00 | Net Book Value | $0.00 |
| Haulage - Continuous Haulage System MBC | $0.00 | Net Book Value | $0.00 |
| Haulage - MBC | $0.00 | Net Book Value | $0.00 |
| Haulage - MBC Rebuild (Deep Mine Shop) | $0.00 | Net Book Value | $0.00 |
| Haulage - MBC Shop Rebuild true up | $0.00 | Net Book Value | $0.00 |
| Haulage - Piggyback Bridge Conveyor | $210,149.82 | Net Book Value | $210,149.82 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Loaders - 2000 CAT 980G | $0.00 | Net Book Value | $0.00 |
| Loaders - Engine | $0.00 | Net Book Value | $0.00 |
| Loaders - Engine (Additional) | $0.00 | Net Book Value | $0.00 |
| Loaders - IT28F | $0.00 | Net Book Value | $0.00 |
| Loaders - Loader | $10,800.16 | Net Book Value | $10,800.16 |
| Loaders - Loader | $0.00 | Net Book Value | $0.00 |
| Loaders - Wheel Loader | $82,865.62 | Net Book Value | $82,865.62 |
| Loaders - Wheel Loader | $0.00 | Net Book Value | $0.00 |
| Loaders - Wheel Loader | $0.00 | Net Book Value | $0.00 |
| Loaders - Wheel Loader | $0.00 | Net Book Value | $0.00 |
| Loaders - Wheel Loader | $0.00 | Net Book Value | $0.00 |
| Manlifts - Manlift | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - #5 Mantrip | $23,090.27 | Net Book Value | $23,090.27 |
| Mantrips/Carts - #6 Mantrip | $23,749.99 | Net Book Value | $23,749.99 |
| Mantrips/Carts - 4 Wheel AC Supercar | $17,187.50 | Net Book Value | $17,187.50 |
| Mantrips/Carts - 4-Wheel AC Supercar | $17,187.50 | Net Book Value | $17,187.50 |
| Mantrips/Carts - 4-Wheel Car | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - 4-Wheel Car | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - 4-Wheel Cars (4) | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - AC Cart 2 man | $0.00 | Net Book Value | $0.00 |
| Mantrips/carts - AC Supercar | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Cart | $2,166.67 | Net Book Value | $2,166.67 |
| Mantrips/carts - Golf Cart | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Golf Cart Non Permissible Personn | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Golf Cart Sep. Exe. | $0.00 | Net Book Value | $0.00 |
| Mantrips/carts - Mantrip | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Mantrip 2 man cart | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Mantrip-(used) Diesel JI Super Steer | $1,958.33 | Net Book Value | $1,958.33 |
| Mantrips/Carts - Mantrip-12 man | $13,743.34 | Net Book Value | $13,743.34 |
| Mantrips/Carts - Mantrip-2 man | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Mantrip-2man | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Non Permissible Mantrip 72V | $0.00 | Net Book Value | $0.00 |
| Mantrips/carts - Non Permissible Personnel Car # 2 48V | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Non-Perm Per. | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - PA Supersteer Mantrip | $131,450.89 | Net Book Value | $131,450.89 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Mantrips/Carts - PA Supersteer Mantrip - Sales Tax | $7,992.21 | Net Book Value | $7,992.21 |
| Mantrips/Carts - Sup Exe Sup Car 48V | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Sup Exe Sup Car 48V | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Sup Exe. Car | $0.00 | Net Book Value | $0.00 |
| Mantrips/Carts - Supercar | $0.00 | Net Book Value | $0.00 |
| Mantrips/carts - Supersteer Diesel Mantrip | $143,719.64 | Net Book Value | $143,719.64 |
| Mine Fans - Fan | $0.00 | Net Book Value | $0.00 |
| Mine Fans - Fan Exhaust Upsweep | $1,265.81 | Net Book Value | $1,265.81 |
| Mine Fans - Mine Fan | $118,771.00 | Net Book Value | $118,771.00 |
| Mine Fans - Mine Fan 84" | $0.00 | Net Book Value | $0.00 |
| Miners - Continuous Miner | $0.00 | Net Book Value | $0.00 |
| Miners - Continuous Miner rebuild | $0.00 | Net Book Value | $0.00 |
| Miners - Continuous Miner-Main Frame | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Conveyor Pan Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Cutter Drums | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Cutter Head Gear case | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Forced Potato Radio Remote | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Main Frame | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Scrubber Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Tail Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Jeffrey 102 Miner - Tram Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Conveyor Pan assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Cutter Drums | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Cutter Head Gear case | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Main Frame | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Scrubber Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Tail Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Joy 14 CM 10AA Continuous Miner # 1 - Tram Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Miner | $0.00 | Net Book Value | $0.00 |
| Miners - Miner Dash 0 | $0.00 | Net Book Value | $0.00 |
| Miners - Miner Dash-0 | $0.00 | Net Book Value | $0.00 |
| Miners - Miner Rebuild - Conveyor Pan Assembly | $53,862.88 | Net Book Value | $53,862.88 |
| Miners - Miner Rebuild - Cutter Boom Assembly | $127,448.87 | Net Book Value | $127,448.87 |
| Miners - Miner Rebuild - Main Frame | $364,961.29 | Net Book Value | $364,961.29 |
| Miners - Miner Rebuild - Scrubber Assembly | $6,317.97 | Net Book Value | $6,317.97 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Miners - Miner Rebuild - Tail Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Miner Rebuild - Tram Assembly | $63,456.32 | Net Book Value | $63,456.32 |
| Miners - Miner Rebuild Deep Mine Shop | $762,410.87 | Net Book Value | $762,410.87 |
| Miners - Miner-Conveyor Pan Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Miner-Cutter Drums | $0.00 | Net Book Value | $0.00 |
| Miners - Miner-Cutterhead Gearcase | $0.00 | Net Book Value | $0.00 |
| Miners - Miner-Scrubber Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Miner-Tail Assembly | $0.00 | Net Book Value | $0.00 |
| Miners - Miner-Tram Assembly | $0.00 | Net Book Value | $0.00 |
| Misc Equip - 10,000 Gallon Belt Anti Freeze Tank | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Fuel Tank (From Quecreek) | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Generator | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Generator | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Godwin Dri-Prime HL5M Diesel Pump | $0.00 | Net Book Value | $0.00 |
| Misc Equip - McElroy Roll 28 Fusion Machine | $19,022.30 | Net Book Value | $19,022.30 |
| Misc Equip - Rock Dust Bin | $13,916.67 | Net Book Value | $13,916.67 |
| Misc Equip - Rock Dust Bin | $13,916.67 | Net Book Value | $13,916.67 |
| Misc Equip - Rotary Breaker | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Speed Reducer | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Uni-Hauler | $0.00 | Net Book Value | $0.00 |
| Misc Equip - Workhorse Welder | $0.00 | Net Book Value | $0.00 |
| Motor Grader - Motor Grader | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - 1500 KVA Load Center | $131,750.00 | Net Book Value | $131,750.00 |
| Power Box/Distrib Center - 2000 KVA Power Center (Conversion from 1500 KVA) | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - 300 KVA Load Center | $12,578.12 | Net Book Value | $12,578.12 |
| Power Box/Distrib Center - 4 Circuit Distribution Box | $4,333.33 | Net Book Value | $4,333.33 |
| Power Box/Distrib Center - 500 KVA Load/Power Center | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - 500 KVA Power Center | $934.37 | Net Book Value | $934.37 |
| Power Box/Distrib Center - Dbox | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Dbox 4 Circuit | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Distribution Box | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Distribution Box | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Dual Switch House Rebuild | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Power Center | $7,104.24 | Net Book Value | $7,104.24 |
| Power Box/Distrib Center - Power Center | $0.00 | Net Book Value | $0.00 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Power Box/Distrib Center - Power Center 300 KVA | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Switch House | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Switch House | $0.00 | Net Book Value | $0.00 |
| Power Box/Distrib Center - Upgrade 1500KVA  to 2000KVA Power Center | $39,196.67 | Net Book Value | $39,196.67 |
| Rock Dusters - Duster Trickle Worm | $0.00 | Net Book Value | $0.00 |
| Rock Dusters - Rock Duster | $0.00 | Net Book Value | $0.00 |
| Rock Dusters - Trickle Duster | $5,775.00 | Net Book Value | $5,775.00 |
| Rock Dusters - Worm Trickle Duster | $7,140.00 | Net Book Value | $7,140.00 |
| Rock Dusters - Worm Trickle Duster 2000 lb | $7,000.00 | Net Book Value | $7,000.00 |
| Rock Trucks - Engine | $66,791.42 | Net Book Value | $66,791.42 |
| Rock Trucks - Haul Truck | $99,999.99 | Net Book Value | $99,999.99 |
| Rock Trucks - Off Highway Truck | $0.00 | Net Book Value | $0.00 |
| Rock Trucks - Off Highway Truck | $0.00 | Net Book Value | $0.00 |
| Rock Trucks - Rock Truck | $402,309.75 | Net Book Value | $402,309.75 |
| Rock Trucks - Transmission | $0.00 | Net Book Value | $0.00 |
| Roof Bolters - Bolter | $0.00 | Net Book Value | $0.00 |
| Roof Bolters - Roof Bolter | $0.00 | Net Book Value | $0.00 |
| Roof Bolters - Roof Bolter | $0.00 | Net Book Value | $0.00 |
| Roof Bolters - Roof Bolter Rebuild | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - 2 PDMs | $31,037.24 | Net Book Value | $31,037.24 |
| Safety Equipment - 60 SCSRs | $26,920.00 | Net Book Value | $26,920.00 |
| Safety Equipment - 80 SCSR's | $34,996.00 | Net Book Value | $34,996.00 |
| Safety Equipment - 80 SCSR's Freight | $280.27 | Net Book Value | $280.27 |
| Safety Equipment - IWT Sentinel Wireless Communication Tracking System | $74,361.22 | Net Book Value | $74,361.22 |
| Safety Equipment - Locators, chargers and tester for proximity System | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Locators, chargers, and tester for Proximity Detection | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Personal Dust Monitor | $13,236.14 | Net Book Value | $13,236.14 |
| Safety Equipment - Personal Dust Monitors (2) | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Personal Dust Monitors (4) | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Personal Dust Monitors w/ 5 yr Protection Plan (5) | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Pro Easy Analyzer | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Refuge Chamber | $21,385.33 | Net Book Value | $21,385.33 |
| Safety Equipment - Refuge Chamber freight | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Refuge Chamber(Sales Tax) | $1,378.97 | Net Book Value | $1,378.97 |
| Safety Equipment - Refuge Chamber-30 Man | $0.00 | Net Book Value | $0.00 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Safety Equipment - SCSR's (60) | $38,282.88 | Net Book Value | $38,282.88 |
| Safety Equipment - SCSR's (70) | $37,656.59 | Net Book Value | $37,656.59 |
| Safety Equipment - self rescuers | $23,891.50 | Net Book Value | $23,891.50 |
| Safety Equipment - Self Rescuers (200) | $40,575.00 | Net Book Value | $40,575.00 |
| Safety Equipment - Self Rescuers (200) From Quecreek | $40,484.04 | Net Book Value | $40,484.04 |
| Safety Equipment - Self Rescuers (40) | $14,357.33 | Net Book Value | $14,357.33 |
| Safety Equipment - Self Rescuers (40) (freight) | $514.80 | Net Book Value | $514.80 |
| Safety Equipment - Self Rescuers (48) | $0.00 | Net Book Value | $0.00 |
| Safety Equipment - Self Rescuers (60) | $19,609.35 | Net Book Value | $19,609.35 |
| Safety Equipment - Self Rescuers (delivery charge) | $523.45 | Net Book Value | $523.45 |
| Safety Equipment - Sentinel Mine Mesh Handset w/ charger combo (30 handsets) | $0.00 | Net Book Value | $0.00 |
| Scoops - Recondition Scoop | $0.00 | Net Book Value | $0.00 |
| Scoops - Scoop | $130,774.58 | Net Book Value | $130,774.58 |
| Scoops - Scoop | $0.00 | Net Book Value | $0.00 |
| Scoops - Scoop (Add'n to asset 348 to agree with ROX appraisal) | $0.00 | Net Book Value | $0.00 |
| Scoops - Scoop Bucket Water Tank | $6,064.12 | Net Book Value | $6,064.12 |
| Scoops - Scoop Charger | $0.00 | Net Book Value | $0.00 |
| Scoops - Scoop Rebuild | $37,316.68 | Net Book Value | $37,316.68 |
| Scoops - Scoop Tractor | $0.00 | Net Book Value | $0.00 |
| Scoops - Scoop Tractor Rebuild | $0.00 | Net Book Value | $0.00 |
| Shovels - 2 Hitachi 3600 Cylinder Replacements | $20,059.18 | Net Book Value | $20,059.18 |
| Shovels - 4 Hitachi 3600 Cylinder Replacements | $56,706.18 | Net Book Value | $56,706.18 |
| Shovels - Engine Replacement | $0.00 | Net Book Value | $0.00 |
| Shovels - EX3600 Spare Bucket | $128,625.00 | Net Book Value | $128,625.00 |
| Shovels - EX-3600 Spare Cylinder Package | $156,500.00 | Net Book Value | $156,500.00 |
| Shovels - Front Shovel | $0.00 | Net Book Value | $0.00 |
| Shovels - Hitachi EX 3600 Engine Rebuild | $424,869.25 | Net Book Value | $424,869.25 |
| Shovels - Shovel Swing Transmission | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - 10/21K 64 Shuttle Car - Boom Assembly | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - 10/21K 64 Shuttle Car - Main Frame | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - 10/21K 64 Shuttle Car - Tram Motors | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - 10/21K 64 Shuttle Car - Variable Frequency Drives | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - 10/21K 64 Shuttle Car - Wheel Units | $0.00 | Net Book Value | $0.00 |
| Shuttle Cars - Shuttle Car | $0.00 | Net Book Value | $0.00 |
| Skid Loader - Bobcat | $0.00 | Net Book Value | $0.00 |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment).**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Skid Loader - Skid Loader | $0.00 | Net Book Value | $0.00 |
| Skid Loader - Skid Steer Loader | $0.00 | Net Book Value | $0.00 |
| Structure/Belt - (3) 48" 600 PIW Conveyor Belting (1000 ft) | $5,221.87 | Net Book Value | $5,221.87 |
| Structure/Belt - 1000' 36" Low Belt Structure, 1 36" Dolly, 1 36" Low Tail w/roller | $73,850.85 | Net Book Value | $73,850.85 |
| Structure/Belt - Additional Screen and Raw Coal System | $4,599.30 | Net Book Value | $4,599.30 |
| Structure/Belt - Belt Tail for #1 Main Belt 48" | $1,629.17 | Net Book Value | $1,629.17 |
| Structure/Belt - Grizzly Chute Addit'n and Rock Discharge Chute for #1 mainline conveyor tfr | $4,881.30 | Net Book Value | $4,881.30 |
| Structure/Belt - Head Drive Rollers | $0.00 | Net Book Value | $0.00 |
| Structure/Belt - Low Belt Structure 36" (1000 ft), 36" low tail, 36" dolly | $10,733.89 | Net Book Value | $10,733.89 |
| Structure/Belt - Mainline Tail 48" | $1,488.08 | Net Book Value | $1,488.08 |
| Structure/Belt - Rock (from KR) | $0.00 | Net Book Value | $0.00 |
| Structure/Belt - Screen and Raw Coal System | $426,507.97 | Net Book Value | $426,507.97 |
| Structure/Belt - Stacker - Out (from KR) | $0.00 | Net Book Value | $0.00 |
| Structure/Belt - Wind Screen | $46,018.60 | Net Book Value | $46,018.60 |
| Substat/Trnsfrmr/Pwr Line - Electrical Substation and Installation | $18,792.39 | Net Book Value | $18,792.39 |
| Substat/Trnsfrmr/Pwr Line - Electrical Substation and Installation Extras not incl in orig bid | $4,058.94 | Net Book Value | $4,058.94 |
| Substat/Trnsfrmr/Pwr Line - Substation | $0.00 | Net Book Value | $0.00 |
| Substat/Trnsfrmr/Pwr Line - Sub-Station | $0.00 | Net Book Value | $0.00 |
| Substat/Trnsfrmr/Pwr Line - Sub-Station | $0.00 | Net Book Value | $0.00 |
| Substat/Trnsfrmr/Pwr Line - Transformer | $7,108.48 | Net Book Value | $7,108.48 |
| Substat/Trnsfrmr/Pwr Line - Transformer | $0.00 | Net Book Value | $0.00 |
| Substat/Trnsfrmr/Pwr Line - Transformer (from deep mine) | $0.00 | Net Book Value | $0.00 |
| Substat/Trnsfrmr/Pwr Line - Transformers (8) | $0.00 | Net Book Value | $0.00 |
| Telehandler - Telehandler | $0.00 | Net Book Value | $0.00 |
| Water Pumps - 8" Water Pump | $26,714.13 | Net Book Value | $26,714.13 |
| Water Pumps - Water Pump | $0.00 | Net Book Value | $0.00 |
| Water Pumps - Water Pump | $0.00 | Net Book Value | $0.00 |
| Water Pumps - Water Pump | $0.00 | Net Book Value | $0.00 |
| **GRAND TOTAL** | **$6,096,823.29** | | **$6,096,823.29** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**Schedule AB-55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description of Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Buildings - Bath House Construction Plans and Bid Package | $19,789.58 | Net Book Value | $19,789.58 |
| Buildings - Building Permit Plans | $26,162.50 | Net Book Value | $26,162.50 |
| Buildings - Electrical Materials and install from transformer to bath house | $9,141.93 | Net Book Value | $9,141.93 |
| Buildings - Electrical work on mantrip charging and shop loft | $8,437.92 | Net Book Value | $8,437.92 |
| Buildings - Maintenance Shop Building | $137,710.65 | Net Book Value | $137,710.65 |
| Buildings - Reitz House | $31,410.07 | Net Book Value | $31,410.07 |
| Buildings - Septic Tanks | $1,891.75 | Net Book Value | $1,891.75 |
| Buildings - Sewage System at Acosta | $77,510.81 | Net Book Value | $77,510.81 |
| Buildings - Shower House | $495,789.47 | Net Book Value | $495,789.47 |
| Buildings - Shower House DMS | $25,491.67 | Net Book Value | $25,491.67 |
| Buildings - Utility Building | $30,714.73 | Net Book Value | $30,714.73 |
| Buildings - Warehouse Shop-concrete floor | $11,598.94 | Net Book Value | $11,598.94 |
| Buildings - Warehouse Shop-Doors/siding | $7,217.05 | Net Book Value | $7,217.05 |
| Buildings - Warehouse Shop-Electrical | $8,172.83 | Net Book Value | $8,172.83 |
| Buildings - Warehouse Shop-Line Construction | $4,421.43 | Net Book Value | $4,421.43 |
| Buildings - Water Lines for shower house | $41,936.47 | Net Book Value | $41,936.47 |
| Land/Land Imp - Highwall Retaining Wall | $45,725.66 | Net Book Value | $45,725.66 |
| Land/Land Imp - Highwall Stabilization | $68,815.86 | Net Book Value | $68,815.86 |
| Land/Land Imp - Highwall Stabilization (Phase 2) | $46,475.00 | Net Book Value | $46,475.00 |
| Land/Land Imp - Install 6" /waterline/booster pump station | $246,565.56 | Net Book Value | $246,565.56 |
| Land/Land Imp - Land (Riggs) | $340,353.75 | Net Book Value | $340,353.75 |
| Land/Land Imp - Land Riggs | $6,925.47 | Net Book Value | $6,925.47 |
| Land/Land Imp - Reitz Property | $28,621.00 | Net Book Value | $28,621.00 |
| Land/Land Imp - Water Line Permitting and Design | $19,979.59 | Net Book Value | $19,979.59 |
| **Grand Total** | **$1,740,868.69** | | **$1,740,868.69** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Wilson Creek Energy, LLC.** *et al*
**Case No. 25-70001**
**Schedule AB73:  Interests in Insurance Policies or Annuities**

| Coverage | Insurer | Policy # | Limits | Deductibles | Policy Term |
|---|---|---|---|---|---|
| Property | Lloyd's of London Syndicates | ME2421106 ME2421107 ME2421110 ME2421111 | $25,000,000 Blanket | $250,000 -  Prep Plants, Loadouts, Material Handling  $1100,000 -  Building & Contents  $1100,000- Surface Equipment  $500,000 -  Underground Equipment, Flood & Earthquake  30 Days -  Increased Cost of Working & Extra Expense | 11/1/2024 to 111112025 |
| General Liability | Federal Insurance Co | 37115442 | $1,000,000 Occ_ $2,000,000 Aggregate $1,000,000 EBI | $110,000 BI/PD Per Even $11,000 Per Claim EBI | 11/112024 to 111112025 |
| Auto Liability | Federal Insurance Co | 73582053 | $1,000,000 CSL | See Auto Schedule | 11/112024 to 111112025 |
| Pollution Liability | Vigilant Ins. Co | 373111693 | $3,000,000 Aggregate $3,000,000 Each Occ. | $1100,000 Self Insured Retention -  Each Event | 11/112024 to 111112025 |
| Workers Compensation | Rockwood Casualty | WC703160 | $1,000,000 Disease (Each Employee) $1,000,000 Disease (Policy Limit) | $750,000 | 11/1/2024 to 11/1/2025 |
| Umbrella Liability | Lloyd's of London Syndicates | ME2421284 (Primary) | $5,000,000 Each 0cc. $5,000,000 Aggregate | $10,000 SIR | 11/1/2024 to 11/1/2025 |
| Excess Umbrella Liability | Starr Surplus Lines Insurance Company | 1000032255241 ($5MM X $5MM) | $5,000,000 Each 0cc. $5,000,000 Aggregate | None | 11/1/2024 to 11/1/2025 |
| Excess Umbrella Liability | Lloyds of London Syndicates | ME2421372 ($5MM X $10MM) | $5,000,000 Each 0cc. $5,000,000 Aggregate | None | 11/1/2024 to 11/1/2025 |
| Excess Umbrella Liability | Lloyds of London Syndicates | ME2421368 ($2.5MM Part of $5MM X $15MM) | $2,500,000 Each 0cc. $2,500,000 Aggregate | None | 11/1/2024 to 11/1/2025 |
| Excess Umbrella Liability | Starr Surplus Lines Insurance Company | 1000032261241 ($2.5MM Part of $5MM X $15MM) | $2,500,000 Each 0cc. $2,500,000 Aggregate | None | 11/1/2024 to 11/1/2025 |
| Excess Umbrella Liability | Ace Property & Casualty | G27919911007 ($5MM X $20MM) | $5,000,000 Each 0cc. $5,000,000 Aggregate | None | 11/1/2024 to 11/1/2025 |
| Employment Practices Liability & Fiduciary Liability | AWAC | 03125734 | $5,000,000 EPL $5,000,000 Fiduciary $5,000,000 Policy Agg | $175,000 Ea EPL Claim $250,000 Class Action Claims | 11/1/2024 to 11/1/2025 |
| Crime | Philadelphia | PHSD1657935 | $1,000,000 | | 11/1/2024 to 11/1/2025 |

Fill in this information to identify the case:

Debtor name: **Wilson Creek Energy, LLC**

United States Bankruptcy Court for the **Western** Division, District of **Pennsylvania**

Case number (If known): **25-70001**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports |
| | | Do not deduct the value of collateral | this claim |

**2.1** Creditor's name

Bill Miller Equipment Sales, Inc

Creditor's mailing address

P.O. Box 112
Eckhart, MD 21528

Creditor's email address, if known

| Describe debtor's property that is subject to a lien | $167,500.00 | Unknown |
| --- | --- | --- |

Purchase Money Security Interests

Describe the lien

Equipment Finance Liens

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Date debt was incurred    08/03/2020

Last 4 digits of account number    _ _ _ _

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Cleveland Brothers Equipment Co, Inc

Creditor's mailing address

5300 Paxton St
Harrisburg, PA 17111-2525

Creditor's email address, if known

| Describe debtor's property that is subject to a lien | $137,343.20 | Unknown |
| --- | --- | --- |

Cat 980M wheel loader S/N XDJ01551

Describe the lien

Equipment Finance Liens

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Date debt was incurred    07/29/2021

Last 4 digits of account number    _ _ _ _

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $16,722,314.71 |
| --- | --- |

Debtor _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports |
| | | | Do not deduct the value of collateral | this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

KeyBank NA

**Creditor's mailing address**

127 Public Sq
Cleveland, OH 44114

**Creditor's email address, if known**

_____

| Date debt was incurred | 12/14/2020 |
|---|---|

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Substantially all of the Debtors' assets
**Describe the lien**
First Priority Lien
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $16,417,471.51      Column B: Unknown

---

**2.4** Creditor's name

LSQ Funding Group, LC

**Creditor's mailing address**

Attn: William Samuelson
315 E Robinson St, Ste 200
Orlando, FL 32801

**Creditor's email address, if known**

_____

| Date debt was incurred | |
|---|---|

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Certain account receivables
**Describe the lien**
Receivables financing
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Unknown      Column B: Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 3

Debtor _____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name: <u>Wilson Creek Energy, LLC</u></td></tr>
<tr><td>United States Bankruptcy Court for the <u>Western</u> Division, District of <u>Pennsylvania</u></td></tr>
<tr><td>Case number (If known): <u>25-70001</u></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority Amount |
|---|---|---|---|---|
| | | Check all that apply. | | |

**2.1** Priority creditor's name and mailing address
Accrued Bonuses
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Payroll & Related
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total Claim: $1,165,480.25
Priority Amount: $1,165,480.25

**2.2** Priority creditor's name and mailing address
Accrued Payroll
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Payroll & Related
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total Claim: $832,629.04
Priority Amount: $832,629.04

**2.3** Priority creditor's name and mailing address
Christie Torquato, Tax Collector
P.O. Box 169
Cairnbrook, PA 15924
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Real Estate Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total Claim: $100.00
Priority Amount: $100.00

**2.4** Priority creditor's name and mailing address
Comptroller of Maryland
110 Carroll St
Annapolis, MD 21411-0001
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Payroll Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total Claim: $3,556.01
Priority Amount: $3,556.01

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.5** Priority creditor's name and mailing address
Debra K Buchlietner
93 Redding Run Rd
Creekside, PA 15732
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Real Estate Taxes
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $1,695.74    Priority amount: $1,695.74

**2.6** Priority creditor's name and mailing address
Highmark Blue Shield
P.O. Box 382022
Pittsburgh, PA 15251-8022
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $542,721.81    Priority amount: $542,721.81

**2.7** Priority creditor's name and mailing address
Internal Revenue Service
1000 Liberty Ave
Pittsburgh, PA 15222
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll & Related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $330,550.13    Priority amount: $330,550.13

**2.8** Priority creditor's name and mailing address
My Path
Commonwealth of PA
286 Industrial Park Rd
Ebensburg, PA 15931-4119
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $33,575.33    Priority amount: $33,575.33

**2.9** Priority creditor's name and mailing address
Principal Financial Group
P.O. Box 9394
Des Moines, IA 50309
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $152,743.15    Priority amount: $152,743.15

**2.10** Priority creditor's name and mailing address
Quarterly Federal Payroll Taxes
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll & Related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $120,752.46    Priority amount: $120,752.46

Debtor    _____     Case number (if known) _____
Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.11** | **Priority creditor's name and mailing address**
ReliaStar Life Ins Co
dba Voya Financial
20 Washington Ave S
Minneapolis, MN 55401
**Date or dates debt was incurred**

  **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
____

| As of the petition filing date, the claim is: | $50,717.84 | $50,717.84 |
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.12** | **Priority creditor's name and mailing address**
Rockwood Casualty Ins Co
Argonaut Insurance Co
Attn: Accounts Payable Dept
654 Main St
Rockwood, PA 15557-1098
**Date or dates debt was incurred**

  **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
____

| As of the petition filing date, the claim is: | $610,370.00 | $610,370.00 |
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.13** | **Priority creditor's name and mailing address**
Telemedicine Management Inc
dba SwiftMD
P.O. Box 5177
Deptford, NJ 08096
**Date or dates debt was incurred**

  **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
____

| As of the petition filing date, the claim is: | $2,478.32 | $2,478.32 |
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.14** | **Priority creditor's name and mailing address**
West Virginia State Tax
P.O. Box 2745
Charleston, WV 25330-2745
**Date or dates debt was incurred**

  **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
____

| As of the petition filing date, the claim is: | $2,814.00 | $2,814.00 |
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Payroll & Related
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 3 of 44 |
|---|---|---|

Debtor _____
Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.68 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A & H Equipment Co
620 W Beaver St
Zelienople, PA 16063

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $764.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.2** Nonpriority creditor's name and mailing address
A&I Fire Extinguisher LLC
60 W Fayette St
Uniontown, PA 15401

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $468.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.3** Nonpriority creditor's name and mailing address
ABA Services LLC
249 Wyoming Rd
Osterburg, PA 16667

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $7,919.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.4** Nonpriority creditor's name and mailing address
Adam & Kerri Stutzman
194 Pyle Dr
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $200.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.5** Nonpriority creditor's name and mailing address
Adam J Shaffer
2385 Stutzmantown Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $1,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.6** Nonpriority creditor's name and mailing address
Advanced Office Systems Inc
841 Oak St
Johnstown, PA 15902

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $3,071.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,309.75
| Allegheny Belting, Inc | Check all that apply. |
| 491 Japp Rd | ☐ Contingent |
| Summerhill, PA 15958 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,376.61
| Alliance Coal, Inc | Check all that apply. |
| 1717 S Boulder Ave | ☐ Contingent |
| P.O. Box 22027 | ☐ Unliquidated |
| Tulsa, OK 74121-2027 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | Purchased Coal |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,126.00
| Alliance Energy Resources, LLC | Check all that apply. |
| 714 Venture Dr, Box 116 | ☐ Contingent |
| Morgantown, WV 26508 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,618.11
| Anderson Equipment | Check all that apply. |
| P.O. Box 713580 | ☐ Contingent |
| Philadelphia, PA 19171-3580 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $997.35
| Apex Companies LLC | Check all that apply. |
| P.O. Box 69142 | ☐ Contingent |
| Baltimore, MD 21264-9142 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,296.40
| Appalachian Tire Products | Check all that apply. |
| 248 Seanor Rd | ☐ Contingent |
| Windber, PA 15963 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,088.62
| Applied Industrial Technologies - PA LLC | Check all that apply. |
| 22510 Network Pl | ☐ Contingent |
| Chicago, IL 60673-1225 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis of claim:** |
| | General Trade |
| **Last 4 digits of account number** — — — — | **Is the the claim subject to offset?** |
| | ☑ No. |
| | ☐ Yes. |

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.14** **Nonpriority creditor's name and mailing address**
Arm Camco LLC
667 Industrial Park Rd
Ebensburg, PA 15931

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,249.50

---

**3.15** **Nonpriority creditor's name and mailing address**
Aspire Grant & Development, LLC
1109 Indiantown Rd
Somerset, PA 15501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,000.00

---

**3.16** **Nonpriority creditor's name and mailing address**
Atlas Printing Co
421 W Patriot St
Somerset, PA 15501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$510.50

---

**3.17** **Nonpriority creditor's name and mailing address**
Auto Glass & Repair Solutions Inc
220 Boyd Dr
Hooversville, PA 15936

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$389.41

---

**3.18** **Nonpriority creditor's name and mailing address**
B & B Products
70 Faloon Hollow Rd
Seward, PA 15954

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,963.00

---

**3.19** **Nonpriority creditor's name and mailing address**
B & C Leichliter Trucking
1166 Village Rd
Somerset, PA 15501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,585.83

---

**3.20** **Nonpriority creditor's name and mailing address**
B & N Enterprises, LLC
427 Sunshine Ave
Central City, PA 15926

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,220.00

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 6 of 44

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.21** Nonpriority creditor's name and mailing address
B & T Fabricaiton
187 Maple Valley Rd
P.O. Box 304
Meyersdale, PA 15552

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$9,120.61

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.22** Nonpriority creditor's name and mailing address
B&O Trucking LLC
Attn: Cody Weimer
2156 Old Frostburg Rd
Frostburg, MD 21532

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Truckers

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,344.78

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.23** Nonpriority creditor's name and mailing address
Barron Trucking, LLC
10314 Somerset Pike
Somerset, PA 15501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$301,920.01

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.24** Nonpriority creditor's name and mailing address
Bearing Distributors, Inc
3271 Blinker Pkwy
Du Bois, PA 15801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,386.99

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.25** Nonpriority creditor's name and mailing address
Benjamin Stutzman
2251 Stutzmantown Rd
Somerset, PA 15501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Royalties

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$200.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.26** Nonpriority creditor's name and mailing address
Bergey's Truck Parts Inc
25 Rdway Dr
Carlisle, PA 17015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22,498.15

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.27** Nonpriority creditor's name and mailing address
Berlin Oil Co, Inc
501 Broadway
Berlin, PA 15530-0313

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Fuel

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,312.13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.28** **Nonpriority creditor's name and mailing address**
Berwind Corp
Berkheimer Tax Administrator
P.O. Box 25132
Lehigh Valley, PA 18002-5132

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$84,366.19

---

**3.29** **Nonpriority creditor's name and mailing address**
Betty L Alumbaugh
276 Green Bridge Rd
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,794.06

---

**3.30** **Nonpriority creditor's name and mailing address**
Beyer Trucking & Exc LLC
1605 Frankstown Rd
Summerhill, PA 15958

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$43,185.81

---

**3.31** **Nonpriority creditor's name and mailing address**
Bill Miller Equipment Sales, Inc
P.O. Box 112
Eckhart Mines, MD 21528

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$67,435.48

---

**3.32** **Nonpriority creditor's name and mailing address**
Black's Specialty Service LLC
412 Pelesky Rd
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$310.00

---

**3.33** **Nonpriority creditor's name and mailing address**
Boswell Water Authority
300 Stonycreek St
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Utilities
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$60.00

---

**3.34** **Nonpriority creditor's name and mailing address**
Braddock Construction LLC
61 National Hwy
Cumberland, MD 21502

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$782,113.73

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.35** | **Nonpriority creditor's name and mailing address**
Brake Supply Co Inc
4280 Paysphere Cir
Chicago, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$450.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
Broadwater Trucking
159 Chestnut Ridge Rd
Grantsville, MD 21536

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$24,421.57

---

**3.37** | **Nonpriority creditor's name and mailing address**
Bruening Trucking
241 Lambertsville Rd
Stoystown, PA 15563

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$49,123.41

---

**3.38** | **Nonpriority creditor's name and mailing address**
Buffalo North Radiator Inc
dba Industrial Radiator Works Inc
840 Henderson Ave
Washington, PA 15301

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,397.20

---

**3.39** | **Nonpriority creditor's name and mailing address**
Burgmeier's Hauling, Inc
P.O. Box 929
Altoona, PA 16603

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,421.14

---

**3.40** | **Nonpriority creditor's name and mailing address**
Caron East, Inc
429 N. Mechanic St
Cumberland, MD 21502

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$765.32

---

**3.41** | **Nonpriority creditor's name and mailing address**
Catamount Consulting LLC
dba Alpha Safety USA
230 Hammermill Rd
Clearfield, PA 16830

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$8,500.00

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**
CB Mining Inc
P.O. Box 5
Murrysville, PA 15668

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$9,636.77

---

**3.43** | **Nonpriority creditor's name and mailing address**
Certified Laboratories
Div of NCH Corp
23261 Network Pl
Chicago, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,539.95

---

**3.44** | **Nonpriority creditor's name and mailing address**
CH English Co
2200 Lookout Rd
P.O. Box 756
Oakley, UT 84055

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,871.98

---

**3.45** | **Nonpriority creditor's name and mailing address**
Chemstream Inc
511 Railroad Ave
Homer City, PA 15748

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$100,129.14

---

**3.46** | **Nonpriority creditor's name and mailing address**
Chris Harasty
125 4th St, Apt 387
Vintondale, PA 15961

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Employees
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$60.00

---

**3.47** | **Nonpriority creditor's name and mailing address**
Cintas Corp
P.O. Box 630910
Cincinnati, OH 45263-0910

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$32,608.85

---

**3.48** | **Nonpriority creditor's name and mailing address**
Civil & Environmental Consultants, Inc
P.O. Box 644246
Pittsburgh, PA 15264-4246

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$19,275.00

---

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.49** Nonpriority creditor's name and mailing address
Class & Collective
c/o Nilges Draher LLC
Attn: Shannon M Draher
7034 Braucher St NW, Ste B
N Canton, OH 44720

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Pending Litigation
Is the the claim subject to offset?
☐ No.
☐ Yes.

**Amount of claim:** Unknown

---

**3.50** Nonpriority creditor's name and mailing address
Cleveland Brothers Equipment Co Inc
P.O. Box 417094
Boston, MA 02241-7094

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $179,189.99

---

**3.51** Nonpriority creditor's name and mailing address
CoalTech Petrographic Associates, Inc
3102 Braun Ave
Murrysville, PA 15668

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $6,875.00

---

**3.52** Nonpriority creditor's name and mailing address
Coleman Trucking
15700 Warnick Rd
Frostburg, MD 21532

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $2,198.56

---

**3.53** Nonpriority creditor's name and mailing address
Colker Janitorial Supply
2618 Penn Ave
Pittsburgh, PA 15222

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $545.52

---

**3.54** Nonpriority creditor's name and mailing address
Conemaugh Memorial Medical Center
1086 Franklin St
Johnstown, PA 15905

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $2,697.00

---

**3.55** Nonpriority creditor's name and mailing address
Constance H West
1211 Greenhill Ln
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim:** $948.51

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.56** Nonpriority creditor's name and mailing address
Conti Testing Laboratories Inc
P.O. Box 174
Bethel Park, PA 15102

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$52,382.22

---

**3.57** Nonpriority creditor's name and mailing address
Continental Broadband LLC
dba Expedient
1 Allegheny Sq, Ste 600
Pittsburgh, PA 15212

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Utilities
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,594.43

---

**3.58** Nonpriority creditor's name and mailing address
Corp Service Co
P.O. Box 13397
Philadelphia, PA 19101-3397

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$725.34

---

**3.59** Nonpriority creditor's name and mailing address
Critchfield Lumber
Attn: George Critchfield
392 Twin Hills Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,248.22

---

**3.60** Nonpriority creditor's name and mailing address
Crown Battery Manufacturing Co
P.O. Box 639612
Cincinnati, OH 45263-9612

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,581.10

---

**3.61** Nonpriority creditor's name and mailing address
CS1 Industrial Supply
144 Lamplighter Dr
Morgantown, WV 26508

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,770.18

---

**3.62** Nonpriority creditor's name and mailing address
CSE Corp
Dept L 578 P
Pittsburgh, PA 15264-0578

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,472.00

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.63** **Nonpriority creditor's name and mailing address**
Cummins Bridgeway, LLC
P.O. Box 772639
Detroit, MI 48277-2639

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$695.40

---

**3.64** **Nonpriority creditor's name and mailing address**
Curry Fluid Power
1425 11th Ave
Altoona, PA 16601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$17,696.25

---

**3.65** **Nonpriority creditor's name and mailing address**
D Edward Leasing Co, Inc
P.O. Box 278
Windber, PA 15963

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,224.30

---

**3.66** **Nonpriority creditor's name and mailing address**
Damin Printing Co LLC
P.O. Box 338
Ebensburg, PA 15931

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$273.00

---

**3.67** **Nonpriority creditor's name and mailing address**
Daniel J Will
244 E Loyalhana St
Ligonier, PA 15658

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Royalties

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$31,908.62

---

**3.68** **Nonpriority creditor's name and mailing address**
Daniel Smith Trucking
1425 Berlin Plank Rd
Somerset, PA 15501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Truckers

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$8,542.64

---

**3.69** **Nonpriority creditor's name and mailing address**
David A Knepper
99 Charles St
Frostburg, MD 21532

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Royalties

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$83.34

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.70** Nonpriority creditor's name and mailing address
David E & Kimberly J Godin
213 Colton Dr
Stoystown, PA 15563

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,612.90

**3.71** Nonpriority creditor's name and mailing address
David E & Suzanne C Alumbaugh
2708 Stoystown Rd
Friedens, PA 15541

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,897.03

**3.72** Nonpriority creditor's name and mailing address
David E Godin
213 Colton Dr
Stoystown, PA 15563

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$12,065.63

**3.73** Nonpriority creditor's name and mailing address
DBA Consulting Inc
116 Pearce Rd
Mars, PA 16046

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$8,500.00

**3.74** Nonpriority creditor's name and mailing address
Diane K McNealy
227 St. Cecilia Rd
Latrobe, PA 15650

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$83.32

**3.75** Nonpriority creditor's name and mailing address
Dival Safety Equipment Inc
1721 Niagara St
Buffalo, NY 14207

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,347.55

**3.76** Nonpriority creditor's name and mailing address
Dividing Ridge Runner LLC
574 Dividing Ridge Rd
Fairhope, PA 15538

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,831.13

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 14 of 44 |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address
DMS Environmental Services LLC
103 S Spring St
Bellefonte, PA 16823

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,152.27

---

**3.78** Nonpriority creditor's name and mailing address
Document Solutions Inc
A Division of Ford Office Technologies
700 Laurel Dr
Connellsville, PA 15425

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$432.48

---

**3.79** Nonpriority creditor's name and mailing address
Donna L Nickol
23130 Sparks Rd
Ridgely, MD 21660

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Royalties

Is the the claim subject to offset?
☑ No.
☐ Yes.

$83.34

---

**3.80** Nonpriority creditor's name and mailing address
DTA, LP dba Don Martin Trucking
P.O. Box 403
Portersville, PA 16051

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Truckers

Is the the claim subject to offset?
☑ No.
☐ Yes.

$322,612.02

---

**3.81** Nonpriority creditor's name and mailing address
Earthres, A Division of RESPEC Co LLC
P.O. Box 468
Pipersville, PA 18947

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,734.13

---

**3.82** Nonpriority creditor's name and mailing address
Eastern Shore Excavating, LLC
14108 Canal Rd SE
Cumberland, MD 21502

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Truckers

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,319.24

---

**3.83** Nonpriority creditor's name and mailing address
Eco-Maxx
P.O. Box 74759
Cleveland, OH 44194-0842

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,412.50

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.84** Nonpriority creditor's name and mailing address
EFTPS
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$330,550.13

---

**3.85** Nonpriority creditor's name and mailing address
Eichelbergers, Inc
107 Texaco Rd
Mechanicsburg, PA 17050

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$779.50

---

**3.86** Nonpriority creditor's name and mailing address
Erickson Family Trust
463 Roberts Rd
Summerhill, PA 15958

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,000.00

---

**3.87** Nonpriority creditor's name and mailing address
ErieTec
A Divison of Purvis Industries
P.O. Box 540757
Dallas, TX 75354-0757

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$63,014.77

---

**3.88** Nonpriority creditor's name and mailing address
ExpertPay
Domestic Relations
2198 Aurora Ave
Lewis Center, OH 43035-9169

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,229.91

---

**3.89** Nonpriority creditor's name and mailing address
Fastenal Co
POI Box 1286
Winona, MN 55987-1286

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,119.65

---

**3.90** Nonpriority creditor's name and mailing address
Fisher & Phillips LLP
1075 Peachtree St NE, Ste 3500
Atlanta, GA 30309

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Legal Fees
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,538.90

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.91** **Nonpriority creditor's name and mailing address**
Forestry Suppliers, Inc
205 W Rankin St
P.O. Box 8397
Jackson, MS 39284-8397

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$276.07

---

**3.92** **Nonpriority creditor's name and mailing address**
Garrett Industrial Supply
104 Commerce Dr
Oakland, MD 21550

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,134.47

---

**3.93** **Nonpriority creditor's name and mailing address**
Garrett Industrial Supply Inc
104 Commerce Dr
Oakland, MD 21550

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,000.00

---

**3.94** **Nonpriority creditor's name and mailing address**
Garrett Limestone Co, Inc
17592 Rte 322
Strattanville, PA 16258

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,815.67

---

**3.95** **Nonpriority creditor's name and mailing address**
Glassmere
P.O. Box 187
Curtisville, PA 15032-0187

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Fuel
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$256,194.98

---

**3.96** **Nonpriority creditor's name and mailing address**
Global Mine Service Inc
P.O. Box 188
Fayette City, PA 15438

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$51,245.10

---

**3.97** **Nonpriority creditor's name and mailing address**
GMS Mine Repair & Maintenance, Inc
P.O. Box 2446
Mt Lake Park, MD 21550

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$182,943.00

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.98** | **Nonpriority creditor's name and mailing address**
Godin Mining Inc
213 Colton Dr
Stoystown, PA 15563

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$872.46**

---

**3.99** | **Nonpriority creditor's name and mailing address**
Gontis Welding & Fabrication
2358 Lincoln Hwy
Stoystown, PA 15563

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$14,499.48**

---

**3.100** | **Nonpriority creditor's name and mailing address**
Good Tire Services, Inc
13616 State Rte 422
Kittanning, PA 16201

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$117,761.67**

---

**3.101** | **Nonpriority creditor's name and mailing address**
Grace Equipment Co Inc
P.O. Box 2157
Williamson, WV 25661

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$3,009.91**

---

**3.102** | **Nonpriority creditor's name and mailing address**
Graceland Meadows Inc
1319 Zehner Rd
Fort Hill, PA 15540

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$9,834.03**

---

**3.103** | **Nonpriority creditor's name and mailing address**
Grainger
Dept 840621304
Palatine, IL 60038-0001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$2,480.96**

---

**3.104** | **Nonpriority creditor's name and mailing address**
Green Clean Janitorial
P.O. Box 1152
Somerset, PA 15501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$5,628.60**

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.105** | **Nonpriority creditor's name and mailing address**

Greer Industries, Inc
P.O. Box 536221
Pittsburgh, PA 15253-5904

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $58,646.12

---

**3.106** | **Nonpriority creditor's name and mailing address**

Gregg M Rosen
Arthur W Rose
500 E Marylyn Ave, Apt H128
State College, PA 16801

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $13,550.00

---

**3.107** | **Nonpriority creditor's name and mailing address**

Griffith Excavation Inc
152 Blough Rd
Boswell, PA 15531

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $28,020.00

---

**3.108** | **Nonpriority creditor's name and mailing address**

Haluska's Portable Welding & Fabrication
954 Brush Mountain Rd
Hollidaysburg, PA 16648

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $8,363.00

---

**3.109** | **Nonpriority creditor's name and mailing address**

Hare Trucking LLC
983 Maple Grove Rd
Grantsville, MD 21536

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $4,927.79

---

**3.110** | **Nonpriority creditor's name and mailing address**

Harry E Tunstall Jr
c/o HET Hauling LLC
2014 Penn Ave
Hollsopple, PA 15935

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $5,518.98

---

**3.111** | **Nonpriority creditor's name and mailing address**

Heath Mankamyer
380 Swampcreek Rd
Garrett, PA 15542

**Date or dates debt was incurred**

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Employees
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $60.00

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.112** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $2,857.44 |
| Heifer Enterprises LLC | Check all that apply. |
| 9196 Glades Pike | ☐ Contingent |
| Berlin, PA 15530 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** Truckers |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.113** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $5,039.99 |
| Herring Truck Parts | Check all that apply. |
| 286 Neilan Rd | ☐ Contingent |
| Somerset, PA 15501 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** General Trade |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.114** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $7,678.20 |
| High Country Motors LLC | Check all that apply. |
| 6512 Admiral Perry Hwy | ☐ Contingent |
| Loretto, PA 15940 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** Truckers |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.115** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $142,452.36 |
| Highland Industries | Check all that apply. |
| P.O. Box 1190 | ☐ Contingent |
| Oak Hill, WV 25901 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** General Trade |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.116** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $16,208.52 |
| Hillsborough Conveyor Service & Design | Check all that apply. |
| 1553 E National Park | ☐ Contingent |
| Scenery Hill, PA 15360 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** General Trade |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.117** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $61,938.53 |
| Hillside Trucking Inc | Check all that apply. |
| 319 E Main St | ☐ Contingent |
| Kingwood, WV 26537 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** Truckers |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

| | |
|---|---|
| **3.118** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $1,520.34 |
| Hilti, Inc | Check all that apply. |
| P.O. Box 70299 | ☐ Contingent |
| Philadelphia, PA 19176-0299 | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| **Last 4 digits of account number** _ _ _ _ | **Basis of claim:** General Trade |
| | **Is the the claim subject to offset?** |
| | ☒ No. |
| | ☐ Yes. |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.119** Nonpriority creditor's name and mailing address
HYTORC Division UNEX Corp
333 Rte 17 N
Mahwah, NJ 07430

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$263.52

**3.120** Nonpriority creditor's name and mailing address
InnoH2O Solutions LLC
152 Alumbaugh Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$420.00

**3.121** Nonpriority creditor's name and mailing address
Innovative Wireless Technologies, Inc
1100 Main St
Lynchburg, VA 24504

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$49,483.00

**3.122** Nonpriority creditor's name and mailing address
Irwin Mine & Tunneling Supply
P.O. Box 409
Irwin, PA 15642

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,370.16

**3.123** Nonpriority creditor's name and mailing address
J & D Explosives, Inc
198 Industrial Park Rd
Meyersdale, PA 15552

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$141,710.00

**3.124** Nonpriority creditor's name and mailing address
J&C Hauling Services Inc
156 Blue Spruce Rd
Vintondale, PA 15961

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$30,138.21

**3.125** Nonpriority creditor's name and mailing address
Jay & Evyonne Shaffer
2385 Stutzmantown Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$40,000.65

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.126** Nonpriority creditor's name and mailing address
Jay Shaffer
2385 Stutzmantown Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,500.00

---

**3.127** Nonpriority creditor's name and mailing address
Jennmar
P.O. Box 948800
Atlanta, GA 30394-8800

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$488,230.00

---

**3.128** Nonpriority creditor's name and mailing address
JJ Powell Inc
109 W Presqueisle St
Philipsburg, PA 16866

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$283,340.08

---

**3.129** Nonpriority creditor's name and mailing address
JM Conner LLC
182 Woy Bridge Rd
Everett, PA 15537

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,128.56

---

**3.130** Nonpriority creditor's name and mailing address
JM Conveyors LLC
P.O. Box 948800
Atlanta, GA 30394-8800

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,426.00

---

**3.131** Nonpriority creditor's name and mailing address
John C Will
180 Pike School Rd
Berlin, PA 15530

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$31,908.62

---

**3.132** Nonpriority creditor's name and mailing address
John Hruska Trucking Inc
4320 Dark Shade Dr
Windber, PA 15963

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,312.80

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 22 of 44 |
|---|---|---|

**Part 2:** ___ Additional Page ___

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.133** | Nonpriority creditor's name and mailing address

John J & Arlene G Byers
236 Critchfield Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,000.00

---

**3.134** | Nonpriority creditor's name and mailing address

Johnson Industries Inc
101 Pine Fork
Pikeville, KY 41501

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$165,476.71

---

**3.135** | Nonpriority creditor's name and mailing address

Joseph J Schrock
c/o Lawn Care Service LLC
528 Stepping Stone Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$986.00

---

**3.136** | Nonpriority creditor's name and mailing address

Joy Global Underground Mining, LLC
P.O. Box 504794
Saint Louis, MO 63150-4794

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$290,842.07

---

**3.137** | Nonpriority creditor's name and mailing address

JP Technical Svcs, Inc
82 Osborne Rd
London, KY 40741

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,939.88

---

**3.138** | Nonpriority creditor's name and mailing address

JR Tunstall Trucking, LLC
8623 Somerset Pike
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$71,687.96

---

**3.139** | Nonpriority creditor's name and mailing address

JTL's Construction
Attn: Jeremy Lensbouer
460 Listie Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,300.00

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 23 of 44

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.140** Nonpriority creditor's name and mailing address<br>K & K Mine Products, Inc<br>200 Airport Rd<br>P.O. Box 260<br>Indiana, PA 15701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>General Trade<br>**Is the the claim subject to offset?**<br>☐ No.<br>☐ Yes. | $2,693.75 |
| **3.141** Nonpriority creditor's name and mailing address<br>Karlinsey Trucking LLC<br>170 Llanfair Rd<br>Windber, PA 15963<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Truckers<br>**Is the the claim subject to offset?**<br>☐ No.<br>☐ Yes. | $392.75 |
| **3.142** Nonpriority creditor's name and mailing address<br>Keith E Leydig<br>594 Cumberland Hwy<br>Berlin, PA 15530-6002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>General Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $13,522.00 |
| **3.143** Nonpriority creditor's name and mailing address<br>Key Way Supply Co<br>4541 Lincoln Hwy<br>Stoystown, PA 15563<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>General Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $50,367.00 |
| **3.144** Nonpriority creditor's name and mailing address<br>Krestar & Son Trucking<br>124 Forest Hills Dr<br>Sidman, PA 15955<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Truckers<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $9,319.41 |
| **3.145** Nonpriority creditor's name and mailing address<br>L/B Water Service Inc<br>540 S High St<br>P.O. Box 60<br>Selinsgrove, PA 17870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>General Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,231.00 |
| **3.146** Nonpriority creditor's name and mailing address<br>Lake Road Truck & Auto Repair LLC<br>303 Lake Rd<br>Somerset, PA 15501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>General Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $9,794.74 |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.147** Nonpriority creditor's name and mailing address
Laurel Ford Lincoln
135 Ford Dr
Windber, PA 15963

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$207.04

---

**3.148** Nonpriority creditor's name and mailing address
Lawson Products
P.O. Box 734922
Chicago, IL 60673-4922

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,571.12

---

**3.149** Nonpriority creditor's name and mailing address
Lee Supply Co Inc
Box 35
Charleroi, PA 15022-0035

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$32,581.85

---

**3.150** Nonpriority creditor's name and mailing address
Littler Mendelson PC
P.O. Box 207137
Dallas, TX 75320-7137

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Legal Fees
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,368.00

---

**3.151** Nonpriority creditor's name and mailing address
LLR Excavating LLC
227 Listie Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,850.00

---

**3.152** Nonpriority creditor's name and mailing address
Logi-Tec, Inc
P.O. Box 579
Murrysville, PA 15668-0579

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$31,734.72

---

**3.153** Nonpriority creditor's name and mailing address
Lori A Trent
226 Paul Emert Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,000.00

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.154** Nonpriority creditor's name and mailing address
M Glosser & Sons, Inc
Glosser & Sons, Inc., M.
319 Washington St, Ste 360
Johnstown, PA 15901

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,865.19

---

**3.155** Nonpriority creditor's name and mailing address
M Resources Trading Pty Ltd
Level 33, 111 Eagle St
Brisbane, QLD 4000
Australia

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Sales Related
Is the the claim subject to offset?
☑ No.
☐ Yes.

$336,765.83

---

**3.156** Nonpriority creditor's name and mailing address
M&A Transport Inc
390 N Long Run Rd
Avonmore, PA 15618

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,742.98

---

**3.157** Nonpriority creditor's name and mailing address
Marshall Miller & Associates Inc
582 Industrial Park Rd
Bluefield, VA 24605

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,000.00

---

**3.158** Nonpriority creditor's name and mailing address
Martin Water Conditioning
740 E. Lincoln Ave
Myerstown, PA 17067

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,683.20

---

**3.159** Nonpriority creditor's name and mailing address
Master Machine Co Inc
310 River St
South Fork, PA 15956

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,311.80

---

**3.160** Nonpriority creditor's name and mailing address
Matheson Tri-Gas, Inc
P.O. Box 347297
Pittsburgh, PA 15251-4297

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,349.48

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 26 of 44 |
|---|---|---|

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.161** Nonpriority creditor's name and mailing address
Matrix Design Group, LLC
P.O. Box 743
Indianapolis, IN 46206

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,034.29

---

**3.162** Nonpriority creditor's name and mailing address
McMaster-Carr Supply Co
P.O. Box 7690
Chicago, IL 60680-7690

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,124.30

---

**3.163** Nonpriority creditor's name and mailing address
Mega Highwall Mining LLC
P.O. Box 5005, PMB 16
Rancho Santa Fe, CA 92067

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$93,147.50

---

**3.164** Nonpriority creditor's name and mailing address
Melissa's Transportation & Training LLC
402 Davis Rd
Salisbury, PA 15558

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$95,202.36

---

**3.165** Nonpriority creditor's name and mailing address
Merrill Trucking
2367 Chestnut Ridge Rd
Grantsville, MD 21536

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,677.80

---

**3.166** Nonpriority creditor's name and mailing address
Michael & Arlene Gehman
184 Marts Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$600.00

---

**3.167** Nonpriority creditor's name and mailing address
Michael N Reiter
314 Hedgerow Dr
Venetia, PA 15367

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Employees
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19.45

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.168** Nonpriority creditor's name and mailing address
Michael W Smith
1308 Springfield Cir
Boalsburg, PA 16827

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Legal Fees
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$450.00

**3.169** Nonpriority creditor's name and mailing address
Miljohn Capital Partners LLP
c/o John Hardesty
202 E High St
Kingwood, WV 26537

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Royalties
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,000.00

**3.170** Nonpriority creditor's name and mailing address
Mine Lifeline LLC
1432 S Main St
P.O. Box 4542
Chapmanville, WV 25508

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,778.48

**3.171** Nonpriority creditor's name and mailing address
Montem Supply, Inc
P.O. Box 600
Morgantown, WV 26507-0600

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$716.42

**3.172** Nonpriority creditor's name and mailing address
Morgantown Machine & Hydraulic
Box 536276
Pittsburgh, PA 15253-5904

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,653.73

**3.173** Nonpriority creditor's name and mailing address
Mountain Top Excavation
P.O. Box 165
Barton, MD 21521

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$999.60

**3.174** Nonpriority creditor's name and mailing address
Murrysville Machinery Co, Inc
P.O. Box 5041
Greensburg, PA 15601-5058

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,654.66

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.175** Nonpriority creditor's name and mailing address
Mystik Products
718 MacDonaldton Rd
Berlin, PA 15530

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☐ No.
☐ Yes.

$4,520.00

---

**3.176** Nonpriority creditor's name and mailing address
NexTec Operating Corp
P.O. Box 74928
Chicago, IL 60675

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$951.25

---

**3.177** Nonpriority creditor's name and mailing address
Nick D'Ambrosia
546 Dark Shade Dr
Windber, PA 15963

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Employees
Is the the claim subject to offset?
☑ No.
☐ Yes.

$68.76

---

**3.178** Nonpriority creditor's name and mailing address
Norfolk Southern Railway Co
P.O. Box 532797
Atlanta, GA 30353-2797

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,783,670.72

---

**3.179** Nonpriority creditor's name and mailing address
O'Donnell Trucking LLC
14431 Mile Ln NW
Mount Savage, MD 21545

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,309.06

---

**3.180** Nonpriority creditor's name and mailing address
Oil Service Inc
3498 Grand Ave
Pittsburgh, PA 15225

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,850.00

---

**3.181** Nonpriority creditor's name and mailing address
Orner & Sons Trucking Inc
3641 Chestnut Ridge Rd
Grantsville, MD 21536

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$167,152.14

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address
PA Coal Alliance
200 Hightower Blvd, Ste 304
Pittsburgh, PA 15205

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,663.03

**3.183** Nonpriority creditor's name and mailing address
Pandell Technology USA Corp
3120 Hayes Rd, Ste 288
Houston, TX 77082

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,261.17

**3.184** Nonpriority creditor's name and mailing address
Paul Bunyan Transport
494 Harvest Dr
Rockwood, PA 15557

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,260.49

**3.185** Nonpriority creditor's name and mailing address
Paul Coughenour
1307 Cannell Dr
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$250.00

**3.186** Nonpriority creditor's name and mailing address
Penn Coal Land Inc
P.O. Box 68
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,000.00

**3.187** Nonpriority creditor's name and mailing address
Pile's Concrete Products Co, Inc
115 Pickett Ln
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,552.66

**3.188** Nonpriority creditor's name and mailing address
Pioneer Conveyor
224 Moyers Rd
Bruceton Mills, WV 26525

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,725.00

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no
additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.189** | Nonpriority creditor's name and mailing address
PM Supply
P.O. Box 566
Ebensburg, PA 15931-0566

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$19,991.37

---

**3.190** | Nonpriority creditor's name and mailing address
Portage Power Wash
217 Main St
Portage, PA 15946-2025

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$195.00

---

**3.191** | Nonpriority creditor's name and mailing address
Precision Laser & Instruments, Inc
85 11th St
Ambridge, PA 15003

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,323.10

---

**3.192** | Nonpriority creditor's name and mailing address
Preiser Scientific, Inc
P.O. Box 1330
Saint Albans, WV 25177-0198

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$311.94

---

**3.193** | Nonpriority creditor's name and mailing address
Pro-Vigil, Inc
P.O. Box 677107
Dallas, TX 75267

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,886.91

---

**3.194** | Nonpriority creditor's name and mailing address
Professional Service Industries, Inc
P.O. Box 74008418
Chicago, IL 60674-8418

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$500.86

---

**3.195** | Nonpriority creditor's name and mailing address
Proformance Fuel Injection Service Inc
102 Hotel Heights
Clearfield, PA 16830

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
General Trade

Is the the claim subject to offset?
☒ No.
☐ Yes.

$4,816.70

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.196** Nonpriority creditor's name and mailing address
Quality Hydraulics, Inc
857 Morrow Cross Rd
Flemington, WV 26347

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,056.70

**3.197** Nonpriority creditor's name and mailing address
R & R Trucking
48 Allen Marple Dr
Oakland, MD 21550

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$126,278.93

**3.198** Nonpriority creditor's name and mailing address
R&M Coleman Trucking LLC
25719 Clayton St
Westernport, MD 21562

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,999.21

**3.199** Nonpriority creditor's name and mailing address
Ram Industrial Services, LLC
P.O. Box 392177
Pittsburgh, PA 15251-9177

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,944.00

**3.200** Nonpriority creditor's name and mailing address
Raw Material Services, LLC
500 Nolf Rd
Nazareth, PA 18064-8889

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,405.93

**3.201** Nonpriority creditor's name and mailing address
Ream Transport LLC
2038 Florida Ave
Johnstown, PA 15904

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,498.18

**3.202** Nonpriority creditor's name and mailing address
Regis Mckenzie Trucking
2161 Old Frostburg Rd
Frostburg, MD 21532

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,851.80

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.203** Nonpriority creditor's name and mailing address

RFI Resources, LLC
c/o RFI Energy, LP
555 Philadelphia St
Indiana, PA 15701

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$65,844.86

---

**3.204** Nonpriority creditor's name and mailing address

Richard R Flyte
190 Hillbilly Ln
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$406.50

---

**3.205** Nonpriority creditor's name and mailing address

RLK Trucking Inc
2548 Fieldstone Ave
Summerhill, PA 15958

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$69,107.39

---

**3.206** Nonpriority creditor's name and mailing address

Robert I Boose
171 Melissa Ln
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$500.00

---

**3.207** Nonpriority creditor's name and mailing address

Rodger B & Melody M Alumbaugh
276 Greenbridge Rd
Boswell, PA 15531

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,794.05

---

**3.208** Nonpriority creditor's name and mailing address

Romida Inc
P.O. Box 53
Brockway, PA 15824

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,135.00

---

**3.209** Nonpriority creditor's name and mailing address

Ronald L Hunter
185 Stonewell Rd
Greensburg, PA 15601

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$948.51

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.210** | **Nonpriority creditor's name and mailing address**
Rose Haven Associates
P.O. Box 171
Shelocta, PA 15774

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Royalties

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $3,000.00

---

**3.211** | **Nonpriority creditor's name and mailing address**
Rose Services LLC & Somerset Trust Co
Attn: Joseph Crowley
P.O. Box 777
Somerset, PA 15501-0777

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $50,000.00

---

**3.212** | **Nonpriority creditor's name and mailing address**
Rudd Equipment Co
Buncher Industrial District
Bldg 1, Ave A
Leetsdale, PA 15056-0005

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $20,619.52

---

**3.213** | **Nonpriority creditor's name and mailing address**
S & S Slides, Inc
11771 State Rte 85
Kittanning, PA 16201

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $55,245.00

---

**3.214** | **Nonpriority creditor's name and mailing address**
Safety-kleen Systems Inc
P.O. Box 975201
Dallas, TX 75397-5201

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $804.70

---

**3.215** | **Nonpriority creditor's name and mailing address**
Schaedler Yesco Distribution Inc
3982 Paxton St
P.O. Box 4990
Harrisburg, PA 17111-0990

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $39,973.46

---

**3.216** | **Nonpriority creditor's name and mailing address**
Schaeffer Manufacturing Co
P.O. Box 87760
Carol Stream, IL 60188-7760

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
General Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $11,638.45

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.217** Nonpriority creditor's name and mailing address
Schrock Trucking, LLC
Attn: Daniel B. Schultz
971 Castleview Dr
N Huntington, PA 15642

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☒ No.
☐ Yes.

$27,322.99

**3.218** Nonpriority creditor's name and mailing address
SDC Building Center
P.O. Box 755
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$1,170.19

**3.219** Nonpriority creditor's name and mailing address
Shaffer Block & Concrete Products Inc
951 S Edgewood Ave
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$10,884.00

**3.220** Nonpriority creditor's name and mailing address
Silver Spur Conveyor Inc
578 Raven Rd
P.O. Box 490
Raven, VA 24639

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$60,040.00

**3.221** Nonpriority creditor's name and mailing address
Simmons Equipment Co
P.O. Box 719
Pounding Mill, VA 24637

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$29,866.90

**3.222** Nonpriority creditor's name and mailing address
SIRS Co
11353 State Rte 85
Kittanning, PA 16201

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,226.49

**3.223** Nonpriority creditor's name and mailing address
Skyline Excavating & Tree Service LLC
4162 Blooming Rose Rd
Friendsville, MD 21531

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,926.48

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.224** Nonpriority creditor's name and mailing address
SME Pittsburgh Section
Society for Mining, Metallurgy & Exploration
Pittsburgh Section
P.O. Box 645
South Park, PA 15129

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$200.00

**3.225** Nonpriority creditor's name and mailing address
Somerset County Chamber of Commerce
601 N Center Ave
Somerset, PA 15501

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,200.00

**3.226** Nonpriority creditor's name and mailing address
Somerset Pressure Wash & Painting
P.O. Box 116
Shanksville, PA 15560

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$240.00

**3.227** Nonpriority creditor's name and mailing address
Somerset Rural Electric
223 Industrial Park Rd
P.O. Box 270
Somerset, PA 15501

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$158,410.55

**3.228** Nonpriority creditor's name and mailing address
Sperry Drilling, Inc
1023 Cumberland Hwy
Berlin, PA 15530

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
General Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$47,862.49

**3.229** Nonpriority creditor's name and mailing address
Spisak Trucking & Repair Inc
3381 Elton Rd
Johnstown, PA 15904

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Truckers
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$35,454.95

**3.230** Nonpriority creditor's name and mailing address
Stelco Inc
386 Wilcox St
Hamilton, ON L8N 3T1
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Countersuit litigation
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Unknown

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.231** Nonpriority creditor's name and mailing address
Stewart-Amos Equipment Co
2700 Paxton St
Harrisburg, PA 17111

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,026.28

---

**3.232** Nonpriority creditor's name and mailing address
Stoner Quality Water Inc
273 Culligan Rd
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,587.97

---

**3.233** Nonpriority creditor's name and mailing address
Stowers Fire & Safety Equipment Inc
500 Victory Ln
Williamson, WV 25661

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,027.84

---

**3.234** Nonpriority creditor's name and mailing address
Strata Products Worldwide, LLC
P.O. Box 930228
Atlanta, GA 31193-0228

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,000.00

---

**3.235** Nonpriority creditor's name and mailing address
Suburban Energy Services
10777 Somerset Pike
Somerset, PA 15501-1166

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Utilities
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,596.09

---

**3.236** Nonpriority creditor's name and mailing address
Suter Beverages LLC
416 New Centerville Rd
Somerset, PA 15501

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,249.30

---

**3.237** Nonpriority creditor's name and mailing address
Sweeney Trucking LLC
2411 Chestnut Ridge Rd
Grantsville, MD 21536

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$22,718.33

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.238** Nonpriority creditor's name and mailing address
T & H Trucking LLC
3735 Chestnut Ridge Rd
Grantsville, MD 21536

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,469.38

---

**3.239** Nonpriority creditor's name and mailing address
T Warner Trucking
17305 Laurel Run Rd SW
Barton, MD 21521

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$283.96

---

**3.240** Nonpriority creditor's name and mailing address
Taxacher Specialties LLC
479 Narrows Rd
Connellsville, PA 15425

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,541.42

---

**3.241** Nonpriority creditor's name and mailing address
Taylor Hydraulic, Inc
dba THI
P.O. Box 750
Cedar Bluff, VA 24609

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$41,600.00

---

**3.242** Nonpriority creditor's name and mailing address
Terrys Garage
Attn: Terry Twombly
2378 Brotherton Rd
Berlin, PA 15530

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,105.95

---

**3.243** Nonpriority creditor's name and mailing address
Thermo Environmental Instruments LLC
P.O. Box 742784
Atlanta, GA 30374-2784

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,644.47

---

**3.244** Nonpriority creditor's name and mailing address
Thomas A & Brenda S Walker
451 N Shore Trl
Stoystown, PA 15563

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$200.00

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.245** Nonpriority creditor's name and mailing address
Tijon Co Inc
110 Entry Rd
Aultman, PA 15713

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$131,946.38

**3.246** Nonpriority creditor's name and mailing address
Timbercat Enterprises, LLC
2160 Pigs Ear Rd
Grantsville, MD 21536

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$60,062.13

**3.247** Nonpriority creditor's name and mailing address
Toe's Auto LLC
178 Fleegle Dr
Friedens, PA 15541

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$180.00

**3.248** Nonpriority creditor's name and mailing address
Tomko Trucking
148 Meyers St
Hooversville, PA 15936

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,412.74

**3.249** Nonpriority creditor's name and mailing address
TraXX, LLC
c/o Track Builders Inc
P.O. Box 1383
Mechanicsburg, PA 17055

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$32,296.72

**3.250** Nonpriority creditor's name and mailing address
Tri Star Mining
P.O. Box 339
Barton, MD 21521-0339

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$434,701.38

**3.251** Nonpriority creditor's name and mailing address
Tyler W Fochtman
c/o Fochtman Trucking LLC
340 Barkley Rd
Buffalo Mills, PA 15534

Date or dates debt was incurred

Last 4 digits of account number ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Truckers
Is the the claim subject to offset?
☑ No.
☐ Yes.

$385.76

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 39 of 44 |
|---|---|---|

Part 2:    Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.252** Nonpriority creditor's name and mailing address
Unionvale Coal Co
c/o S & T Bank
210 E Main St
Ligonier, PA 15658

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
Purchased Coal
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$243,698.83

---

**3.253** Nonpriority creditor's name and mailing address
United Central Industrial Supply Co LLC
P.O. Box 743849
Atlanta, GA 30374-3849

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
General Trade
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,196.49

---

**3.254** Nonpriority creditor's name and mailing address
United Concordia
P.O. Box 827399
Philadelphia, PA 19182-7399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
General Trade
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,008.99

---

**3.255** Nonpriority creditor's name and mailing address
Upton Jr Sealcoating & Hauling
219 Porter Rd
Markleton, PA 15551

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
Truckers
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,683.83

---

**3.256** Nonpriority creditor's name and mailing address
US Department of Treasury
c/o Mine Safety and Health Administratio
P.O. Box 790390
Saint Louis, MO 63179-0390

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
General Trade
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,964.00

---

**3.257** Nonpriority creditor's name and mailing address
Valley Mine Service, Inc
P.O. Box 57
Speedwell, TN 37870-0057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
General Trade
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$26,161.15

---

**3.258** Nonpriority creditor's name and mailing address
Walker & Sons Contracting
826 Sportsmans Rd
Somerset, PA 15501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis of claim:
Truckers
Last 4 digits of account number    _ _ _ _
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,344.41

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.259** Nonpriority creditor's name and mailing address
Wampum Hardware Co
636 Paden Rd
New Galilee, PA 16141

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$400,579.71

---

**3.260** Nonpriority creditor's name and mailing address
Weimer Rebuilding, Inc
149 Hillside Rd
Derry, PA 15627

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$179,498.67

---

**3.261** Nonpriority creditor's name and mailing address
Wendell H Stone Co Inc
Stone & Company
P.O. Box 776
Connellsville, PA 15425-0776

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$45,201.00

---

**3.262** Nonpriority creditor's name and mailing address
WEX Health Inc
1 Hancock St
Portland, ME 4101

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Payroll Related
Is the the claim subject to offset?
☑ No.
☐ Yes.

$266.25

---

**3.263** Nonpriority creditor's name and mailing address
White Armature Works Inc
1150 Huff Creek Hwy
P.O. Box 330
Mallory, WV 25634

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
General Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$203,357.17

---

**3.264** Nonpriority creditor's name and mailing address
Will Brothers Farm
180 Pike School Rd
Berlin, PA 15530

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,000.00

---

**3.265** Nonpriority creditor's name and mailing address
William J Mcintire Estate
P.O. Box 171
Shelocta, PA 15774

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Royalties
Is the the claim subject to offset?
☑ No.
☐ Yes.

$29,350.15

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.266** | **Nonpriority creditor's name and mailing address**
William Killinger
c/o Lichten & Liss-Riordan, PC
Attn: Sarah R Schalman-Bergen, Krysten L Connon
729 Boylston St, Ste 2000
Boston, MA 02116

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim:** Unknown

**Date or dates debt was incurred**

**Basis of claim:**
Pending Litigation

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☐ No.
☐ Yes.

---

**3.267** | **Nonpriority creditor's name and mailing address**
Wilmore Coal
509 15th St
Windber, PA 15963-1098

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $4,037.24

**Date or dates debt was incurred**

**Basis of claim:**
General Trade

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.268** | **Nonpriority creditor's name and mailing address**
WOS Optical
Payment Processing Center
P.O. Box 815519
Dallas, TX 75381-5519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $270.33

**Date or dates debt was incurred**

**Basis of claim:**
General Trade

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.269** | **Nonpriority creditor's name and mailing address**
Wulf Consulting, Inc
201 Harrison Fox Hill Rd
Harrison Valley, PA 16927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $68,996.62

**Date or dates debt was incurred**

**Basis of claim:**
General Trade

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.270** | **Nonpriority creditor's name and mailing address**
WW Friedline Inc
1027 Pleasant Hill Rd
Somerset, PA 15501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $16,183.58

**Date or dates debt was incurred**

**Basis of claim:**
Truckers

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.271** | **Nonpriority creditor's name and mailing address**
WW Friedline, Inc
1027 Pleasant Hill Rd
Somerset, PA 15501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $12,909.90

**Date or dates debt was incurred**

**Basis of claim:**
General Trade

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.272** | **Nonpriority creditor's name and mailing address**
XCal Tools
P.O. Box 935064
Atlanta, GA 31193-5064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $7,601.40

**Date or dates debt was incurred**

**Basis of claim:**
General Trade

**Last 4 digits of account number**    _ _ _ _

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 42 of 44

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

Debtor    _____   _____   Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5.a  **Total claims from Part 1.** | 5a | $3,850,184.08 |
| 5.b  **Total claims from Part 2.** | 5b  + | $12,466,887.42 |
| 5.c  **Total of Parts 1 and 2** | 5c  + | $16,317,071.50 |
| Lines 5a + 5b = 5c | | |

☐ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name: <u>Wilson Creek Energy, LLC</u>

United States Bankruptcy Court for the <u>Western</u> Division, District of <u>Pennsylvania</u>

Case number (If known): <u>25-70001</u>

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Schrock Run Extension, Stonycreek , Somerset | Adam C & Kerri E Stutzman<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Shaffer Mine, Somerset, Somerset | Adam J & Jay E Shaffer<br>Address Redacted |
| | State the term remaining | 04/14/2028 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Alpha Metallurgical Coal Sales, LLC<br>340 Martin Luther King Jr Blvd<br>Bristol, TN 37620 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Schrock Run Extension, Stonycreek , Somerset | Benjamin Stutzman<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Shaffer Mine, Somerset, Somerset | Berwind<br>1500 Market St<br>Philadelphia, PA 19102 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Byers Mine, Lincoln, Somerset | Berwind Corp<br>2929 Walnut St<br>Philadelphia, PA 19104 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine, Quemahoning, Lincoln, Somerset & Jenner, Somerset | Berwind Corp<br>3000 Centre Sq W, Ste 3000<br>Philadelphia, PA 19102 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor _____ Case number (if known) _____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Rental and Purchase Agreement | Bill Miller Equipment Sales<br>P.O. Box 112<br>Eckhart Mines, MD 21528 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Braddock Construction LLC<br>61 National Hwy<br>Cumberland, MD 21502 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Braddock Construction LLC<br>61 National Hwy<br>Cumberland, MD 21502 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Right-of-Ways, Acosta DM, Quemahoning, Somerset | Carey, Marsha & Jacky Kimmel<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality / non-solicitation agreement | Chris U Sidari<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Rental Agreement | Cintas Corp<br>P.O. Box 630910<br>Cincinnati, OH 45263-0910 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Installment Sales Contract | Cleveland Brothers Equipment Co Inc<br>P.O. Box 417094<br>Boston, MA 02241-7094 |
| | State the term remaining | 07/29/2026 | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Cleveland-Cliffs Steel LLC<br>250 W US Hwy 12<br>Burns Harbor, IN 46304 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Coal Supply Agreement | Cleveland-Cliffs Steel LLC<br>250 W US Hwy 12<br>Burns Harbor, IN 46304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Prep Plant, Black, Somerset | CNX Gas Co<br>280 Indian Springs Rd, Ste 333<br>Indiana, PA 15701 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Keyser, Jenner, Somerset | David & Kimberly Godin<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine, Jenner, Somerset | Debra K Buchleitner<br>Address Redacted |
| | State the term remaining | 06/30/2025 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Alumbaugh Property - UK, Quemahoning, Lincoln, Somerset, Somerset | EME Homer City Generation<br>1690 Power Plant Rd<br>Homer City, PA 15749 |
| | State the term remaining | 09/13/2025 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Keyser DM, Jenner, Somerset | Emma J Trevorrow<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Will Mine, Somerset, Somerset | Erickson Family Trust<br>Address Redacted |
| | State the term remaining | 07/08/2026 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Lease | Gloria K Hillegass<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Lease | Gregory J Keim<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract | Highmark Blue Cross Blue Shield<br>P.O. Box 382022<br>Pittsburgh, PA 15251-8022 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

Debtor _____
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Holcim US Inc<br>1260 Security Rd<br>Hagerstown, MD 21742 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Shaffer Mine, Somerset, Somerset | James A & James C Onstead<br>Address Redacted |
| | State the term remaining | 08/31/2028 | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Alumbaugh Property, Quemahoning, Lincoln, Somerset, Somerset | James R Alumbaugh, Et al<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Shaffer Mine, Somerset, Somerset | Jay E & Eyvonne A Shaffer<br>Address Redacted |
| | State the term remaining | 04/14/2028 | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine, Lincoln, Somerset | John J & Arlene Byers<br>Address Redacted |
| | State the term remaining | 02/05/2028 | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Byers Mine, Lincoln, Somerset | John J & Arlene Byers<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Acosta DM, Lincoln, Somerset | John J & Arlene G Byers<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Acosta DM, Lincoln, Somerset | John J & Arlene G Byers<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Lease | Karolyn Kay Speicher<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 4 of 8 |
|---|---|---|

Debtor _____
        Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine, Lincoln, Somerset | Lewis & Mary Ann Cramer<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta #4, Lincoln, Somerset | Luke Varner<br>Address Redacted |
| | State the term remaining | 05/03/2029 | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | M Resources Trading Pty Ltd<br>111 Eagle St, Level 33<br>Brisbane<br>Australia |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Employment Offer Letter and Agreement | Michael N Reiter<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta #4, Lincoln, Somerset | Michael Z & Arlene J Gehman<br>Address Redacted |
| | State the term remaining | 05/14/2029 | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Coal Sales Agreement | Middletown Coke Company, LLC<br>Address Redacted |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Casselman Mine, Garrett | Mockley/Frazee<br>114 E 5th St<br>Tulsa, OK 74103-4605 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Transportation Agreement | Norfolk Southern Railway Co<br>P.O. Box 532797<br>Atlanta, GA 30353-2797 |
| | State the term remaining | 03/31/2025 | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Coal Sale and Purchase Agreement | Oluma Resources, LLC<br>1001 Liberty Ave, 5th Fl<br>Pittsburgh, PA 15222 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 5 of 8 |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.44** State what the contract or lease is for and the nature of the debtor's interest | Lease, Keyser, Jenner & Conemaugh, Somerset | Penn Coal Land Inc P.O. Box 68 Boswell, PA 15531 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest | Lease, Schrock Run Extension, Stonycreek , Somerset | Pile Heirs |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Acosta DM, Somerset, Somerset | Ray & Anna Walker Address Redacted |
| State the term remaining | duration of Acosta Deep Mine | |
| List the contract number of any government contract | | |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Milford Refuse, Milford, Somerset | Reed A Luce Address Redacted |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.48** State what the contract or lease is for and the nature of the debtor's interest | Insurance Renewal | ReliaStar Life Insurance Co dba Voya Financial 20 Washington Ave St Minneapolis, MN 55401 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest | Coal Sale and Purchase Agreement | RFI Resources, LLC 555 Philadelphia St Indiana, PA 15701 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest | Lease, Milford #3 CRDA, Milford, Somerset | Robert F & Reno J Barkman Address Redacted |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement | Rockwood Casualty Insurance Co 654 Main St Rockwood, PA 15557 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine, Jenner, Somerset | Rose Haven Assoc P.O. Box 171 Shelocta, PA 15774 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

Debtor _____
        Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.53** State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta Deep Mine - UK, Jenner, Somerset | Rose Haven Assoc P.O. Box 171 Shelocta, PA 15774 |
| State the term remaining | 01/20/2028 | |
| List the contract number of any government contract | | |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest | Lease, Roytown-Gillette UF, Lincoln, Somerset | Rose Haven Assoc P.O. Box 171 Shelocta, PA 15774 |
| State the term remaining | 01/19/2029 | |
| List the contract number of any government contract | | |
| **2.55** State what the contract or lease is for and the nature of the debtor's interest | Lease, Roytown-Gillette UK, Lincoln & Jefferson , Somerset | Rose Haven Assoc P.O. Box 171 Shelocta, PA 15774 |
| State the term remaining | 11/29/2031 | |
| List the contract number of any government contract | | |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest | Lease, Alumbaugh Property, Quemahoning, Lincoln, Somerset, Somerset | Rosebud Mining 301 Market St Kittanning, PA 16201 |
| State the term remaining | 12/28/2035 | |
| List the contract number of any government contract | | |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Keyser DM, Jenner, Somerset | Samuel Speigle Address Redacted |
| State the term remaining | duration of Keyser Deep Mine | |
| List the contract number of any government contract | | |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest | Electric Service Agreement | Somerset Rural Electric Cooperative, Inc P.O. Box 270 223 Industrial Park Rd Somerset, PA 15501-0270 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest | Lease, Prep Plant, Black, Somerset | Svonavec Inc 150 W Union St, Ste 201 Somerset, PA 15501 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest | Lease, Somerset Reserve, Somerset, Somerset | Svonavec Inc 150 W Union St, Ste 201 Somerset, PA 15501 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest | Lease, Acosta #4 & Hamer, Lincoln, Somerset | SWRCDR, LP P.O. Box 86 Boswell, PA 15531 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 7 of 8 |

Debtor _____
Name

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Schrock Run Extension, Stonycreek , Somerset | Thomas & Brenda Walker<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways | Timothy & Donna Speigle<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Coal Supply Agreement | US Steel Corp<br>600 Grant St<br>Pittsburgh, PA 15219 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Right-of Ways, Acosta DM, Somerset, Somerset | Vincent & Marjorie Jacobs<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Schrock Run Extension, Stonycreek , Somerset | William & Judith Rugg<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | Lease, Will Deep Mine - Mega Mine, Somerset, Somerset | William J McIntire, Estate<br>Address Redacted |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | Coal Purchase Agreement | Windy Hill Mining<br>61 National Hwy<br>LaVale, MD 21532 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 8 of 8 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: <u>Wilson Creek Energy, LLC</u>

United States Bankruptcy Court for the <u>Western</u> Division, District of <u>Pennsylvania</u>

Case number (If known): <u>25-70001</u>

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Wilson Creek Holdings, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Maryland Energy Resources, LLC | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Mincorp Acquisition Corp. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Mincorp, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | PBS Coals, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Rox Coal, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Quecreek Mining, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Croner, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Elk Lick Energy, Inc. | 1576 Stoystown Rd<br>Friedens, PA 15541 | KeyBank NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Corsa Coal Corp | 1576 Stoystown Rd<br>Friedens, PA 15541 | LSQ Funding Group, LC | ☑ D<br>☐ E/F<br>☐ G |

Debtor name: Wilson Creek Energy, LLC

United States Bankruptcy Court for the Western Division, District of Pennsylvania

Case number (If known): 25-70001

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property*                      (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*            (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*            (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*               (Official Form 206 G)
- ☑ *Schedule H: Codebtors*                                               (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*              (Official Form 206Sum)
- ☐ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the Chief Executive Officer of the Wilson Creek Energy, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 85 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | Tuesday, February 4th, 2025 | Signature | /s/ Kevin Harrigan |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Kevin Harrigan |
| | | Title | Chief Executive Officer |

# STATEMENT OF FINANCIAL AFFAIRS

| Fill in this information to identify the case: |
| --- |
| Debtor name: **Wilson Creek Energy, LLC** |
| United States Bankruptcy Court for the **Western** Division, District of **Pennsylvania** |
| Case number (If known): **25-70001** |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From  01/01/2025<br>MM / DD /YYYY | to  01/05/2025<br>MM / DD /YYYY | ☐ Operating a business<br>☑ Other  Coal sales and related revenue | $267,870.40 |
| **For prior year:** | From  01/01/2024<br>MM / DD /YYYY | to  12/31/2024<br>MM / DD /YYYY | ☐ Operating a business<br>☑ Other  Coal sales and related revenue | $64,218,267.29 |
| **For the year before that:** | From  01/01/2023<br>MM / DD /YYYY | to  12/31/2023<br>MM / DD /YYYY | ☐ Operating a business<br>☑ Other  Coal sales and related revenue | $100,152,913.21 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue<br>Check all that apply | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From  01/01/2025<br>MM / DD /YYYY | to  01/05/2025<br>MM / DD /YYYY | N/A | $ |
| **For prior year:** | From  01/01/2024<br>MM / DD /YYYY | to  12/31/2024<br>MM / DD /YYYY | Interest Income | $12,689.84 |
| **For the year before that:** | From  01/01/2023<br>MM / DD /YYYY | to  12/31/2023<br>MM / DD /YYYY | Interest & Settlement Income | $205,504.65 |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See attached Exhibit SOFA 3 | | $ 26,938,335.11 | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| City                State         ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. David B. Gardner | 01/01/2024 | $ 212,484.66 | Compensation and expense reimbursement |
| Insider's name | 12/31/2024 | | |
| 1576 Stoystown Road | | | |
| Street | | | |
| Friedens          PA          15541 | | | |
| City               State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| Senior Vice President | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☑ None

---

**Part 3:      Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 Class and collective action compliant | Violation of the Fair Labor Standards Act | U.S. District Court for the Western District of Pennsylvania, Johnstown Division | ☑ Pending |
| **Case number** | | Name | ☐ On appeal |
| 3:24-cv-00279 | | 208 Penn Traffic Building, 319 Washington St. | ☐ Concluded |
| | | Street | |
| | | Johnstown          PA          15901 | |
| | | City               State        ZIP Code | |
| 7.2 Wilson Creek Energy, LLC v. Stelco Inc. | Breach of Contract | Ontario Superior Court of Justice | ☑ Pending |
| **Case number** | | Name | ☐ On appeal |
| CV-23-00696674-0000 | | 330 University Ave. | ☐ Concluded |
| | | Street | |
| | | Toronto          ON          M5G 1R7 | |
| | | City             State        ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ None

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 See attached Exhibit SOFA 9 | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case

☑ None

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfers were made | Total amount or value |
|---|---|---|---|
| 13.1 Heritage Coal and Natural Resources LLC | Wilson Creek Energy preparation plant, Milford refuse facility and parcel of land. Asset purchase agreement executed on 12/1/23, sale closed September 2024. Consideration was one train (approximately 10,000 tons) of coal and posting of required surety bonds. | 09/06/2024 | $1,494,541.00 |
| Address | | | |
| Street | | | |
| 1117 Shaw Mines Rd. | | | |
| Meyersdale          PA          15552 | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ None

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
--- diagnosing or treating injury, deformity, or disease, or
--- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ None

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Northern Appalachia Plan 401k | EIN: 38-3826202 |

Has the plan been terminated?

☑ No.

☐ Yes.

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 KeyBank<br>Name<br>P.O. Box 93885<br>Street<br>Cleveland    OH    44101-5885<br>City    State    ZIP Code | XXXX - 1230 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 10/30/2024 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 See Attached Exhibit SOFA 21<br>Name<br><br>Street<br><br>City    State    ZIP Code | | | $ |

**Part 12:** Details About Environmental Information

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below

| 22.1 | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| | Administrative Proceeding 12/13/2018 | Pennsylvania Dept of Environmental Protection | Consent Order and Agreement | ☐ Pending |
| | **Case number** | Name | | ☐ On appeal |
| | | 400 Market St | | ☑ Concluded |
| | | Street | | |
| | | Harrisburg          PA          17101 | | |
| | | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See Attached Exhibit SOFA 23 | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | Maryland Energy Resources, LLC | Coal Provider | EIN: 26-1295299 |
| | Name | | **Dates business existed** |
| | 1576 Stoystown Road, PO Box 260 | | From   01/01/2011   To  Present |
| | Street | | |
| | Friedens          PA          15541 | | |
| | City          State          ZIP Code | | |
| | United States | | |
| | Country | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| 26a.1. | Name and address | Dates of service |
|---|---|---|
| | Coulter & Justus P.C. | From   08/31/2020   To  Present |
| | Name | |
| | 9717 Cogdill Rd, Ste 201 | |
| | Street | |
| | Knoxville          TN          37932 | |
| | City          State          ZIP Code | |
| | United States | |
| | Country | |

| 26a.2. | Name and address | Dates of service |
|---|---|---|
| | Daniel M. Bonacci | From   02/21/2022   To  Present |
| | Name | |
| | 1576 Stoystown Rd | |
| | Street | |
| | Friedens          PA          15541 | |
| | City          State          ZIP Code | |
| | United States | |
| | Country | |

| 26a.3. | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| | Kevin M. Harrigan | | | From | 06/02/2015 | To Present |
| | Name | | | | | |
| | 1576 Stoystown Rd | | | | | |
| | Street | | | | | |
| | Friedens | PA | 15541 | | | |
| | City | State | ZIP Code | | | |
| | United States | | | | | |
| | Country | | | | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| 26b.1. | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| | Coulter & Justus P.C. | | | From | 08/31/2020 | To Present |
| | Name | | | | | |
| | 9717 Cogdill Road, Suite 201 | | | | | |
| | Street | | | | | |
| | Knoxville | TN | 37932 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |

| 26b.2. | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| | Hill, Barth & King LLC | | | From | 10/5/2020 | To Present |
| | Name | | | | | |
| | PO Box 6360 | | | | | |
| | Street | | | | | |
| | Hermitage | PA | 01648 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |

| 26b.3. | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| | BDO Canada LLP | | | From | 1/17/2022 | To Present |
| | Name | | | | | |
| | 222 Bay Street, Suite 2200, PO Box 131 | | | | | |
| | Street | | | | | |
| | Toronto, ON | | M5K 1H1 | | | |
| | City | State | ZIP Code | | | |
| | Canada | | | | | |
| | Country | | | | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| 26d.1. | Name and address | | |
|---|---|---|---|
| | KeyBank National Association | | |
| | Name | | |
| | 127 Public Square | | |
| | Street | | |
| | Cleveland | OH | 44114 |
| | City | State | ZIP Code |
| | Country | | |

26d.2.

| Name and address | |
|---|---|
| Madison One | |
| Name | |
| 9375 East Shea Boulevard, Suite 100 | |
| Street | |
| Scottsdale | AZ | 85260 |
| City | State | ZIP Code |
| | |
| Country | |

26d.3.

| Name and address | |
|---|---|
| Wexford Capital LP | |
| Name | |
| 777 West Putnam Ave. | |
| Street | |
| Greenwich | CT | 06830 |
| City | State | ZIP Code |
| | |
| Country | |

## 27. Inventories

☐ No.
☑ Yes. Give the details about the two most recent inventories.

27.1

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| David Elliott, Mine Engineer - Volumetric survey | June and December of each year | $144,628.63 |
| **Name and address of the person who has possession of inventory records** | | **Basis of dollar amount** |
| | | Cost |
| Creditor's name | | |
| Street | | |
| City | State | ZIP Code | |
| Country | | |

27.2

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeremy Roberts, Nathan Zelenkov and David Elliott - Aerial Surveys | June and December of each year | $1,692,579.03 |
| **Name and address of the person who has possession of inventory records** | | **Basis of dollar amount** |
| | | Cost |
| Creditor's name | | |
| Street | | |
| City | State | ZIP Code | |
| Country | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin M Harrigan | 1576 Stoystown Rd, Friedens, PA 15541 | President, CEO | |
| Daniel M Bonacci | 1576 Stoystown Rd, Friedens, PA 15541 | CFO and Secretary | |
| David B Gardner | 1576 Stoystown Rd, Friedens, PA 15541 | Senior Vice President | |
| Wilson Creek Holdings Inc. | 1576 Stoystown Rd, Friedens, PA 15541 | Membership Interest | 100 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No.
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

- ☐ No.
- ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  See part 2, question 4 | | | |

Name

_____

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to debtor**

_____

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No.
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Wilson Creek Holdings, Inc. | EIN: 27-4707733 |

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No.
- ☐ Yes. Identify below.

---

**Part 14:        Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on          02/04/2025
                     MM / DD / YYYY

/s/ Kevin Harrigan                                    Printed name    Kevin Harrigan
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          Chief Executive Officer

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

- ☐ No
- ☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 3

## CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
## WITHIN 90 DAYS BEFORE FILING THIS CASE

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 10/15/2024 | $6,238.11 | Trucking |
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 10/30/2024 | $6,446.33 | Trucking |
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 11/14/2024 | $4,420.12 | Trucking |
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 11/29/2024 | $7,752.87 | Trucking |
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 12/16/2024 | $3,924.53 | Trucking |
| A.B.A Services LLC<br>249 Wyoming Rd<br>Osterburg, PA, 16667 | 12/31/2024 | $6,339.86 | Trucking |
| **A.B.A Services LLC Total** | | **$35,121.82** | |
| Allegheny Belting, Inc.<br>491 Japp Rd<br>Summerhill, PA, 15958 | 11/29/2024 | $14,700.00 | General Trade |
| **Allegheny Belting, Inc. Total** | | **$14,700.00** | |
| Appalachian Tire Products<br>248 Seanor Road<br>Windber, PA, 15963 | 10/11/2024 | $1,182.95 | General Trade |
| Appalachian Tire Products<br>248 Seanor Road<br>Windber, PA, 15963 | 10/17/2024 | $9,600.32 | General Trade |
| Appalachian Tire Products<br>248 Seanor Road<br>Windber, PA, 15963 | 11/14/2024 | $447.50 | General Trade |
| **Appalachian Tire Products Total** | | **$11,230.77** | |
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 10/15/2024 | $12,670.41 | Trucking |
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 10/30/2024 | $13,248.64 | Trucking |
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 11/14/2024 | $4,385.22 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 11/29/2024 | $2,758.21 | Trucking |
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 12/16/2024 | $4,682.04 | Trucking |
| B&O Trucking LLC<br>Cody Weimer<br>2156 Old Frostburg Rd<br>Frostburg, MD, 21532 | 12/31/2024 | $5,791.46 | Trucking |
| **B&O Trucking LLC Total** | | **$43,535.98** | |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 10/15/2024 | $144,914.51 | Trucking |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 10/30/2024 | $190,688.94 | Trucking |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 11/14/2024 | $190,280.46 | Trucking |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 11/29/2024 | $195,102.29 | Trucking |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 12/16/2024 | $173,553.54 | Trucking |
| Barron Trucking, LLC<br>10314 Somerset Pike<br>Somerset, PA, 15501 | 12/31/2024 | $122,962.35 | Trucking |
| **Barron Trucking, LLC Total** | | **$1,017,502.09** | |
| Bergey's Truck Parts Inc<br>25 Roadway Dr<br>Carlisle, PA, 17015 | 10/17/2024 | $3,357.87 | General Trade |
| Bergey's Truck Parts Inc<br>25 Roadway Dr<br>Carlisle, PA, 17015 | 11/14/2024 | $1,982.00 | General Trade |
| Bergey's Truck Parts Inc<br>25 Roadway Dr<br>Carlisle, PA, 17015 | 12/5/2024 | $9,352.76 | General Trade |
| **Bergey's Truck Parts Inc Total** | | **$14,692.63** | |
| Berwind Corporation<br>509 Fifteenth Street<br>Windber, PA, 15963 | 10/24/2024 | $41,885.90 | General Trade |
| Berwind Corporation<br>509 Fifteenth Street<br>Windber, PA, 15963 | 11/27/2024 | $49,735.07 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Berwind Corporation Total** | | **$91,620.97** | |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 10/15/2024 | $24,281.36 | Trucking |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 10/30/2024 | $46,139.37 | Trucking |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 11/14/2024 | $56,621.50 | Trucking |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 11/29/2024 | $44,427.42 | Trucking |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 12/16/2024 | $30,666.31 | Trucking |
| Beyer Trucking and Exc LLC 1605 Frankstown Rd Summerhill, PA, 15958 | 12/31/2024 | $13,428.57 | Trucking |
| **Beyer Trucking and Exc LLC Total** | | **$215,564.53** | |
| Bill Miller Equipment Sales, Inc P.O. Box 112 Eckhart Mines, MD, 21528 | 10/17/2024 | $20,000.00 | General Trade |
| Bill Miller Equipment Sales, Inc P.O. Box 112 Eckhart Mines, MD, 21528 | 10/24/2024 | $30,000.00 | General Trade |
| Bill Miller Equipment Sales, Inc P.O. Box 112 Eckhart Mines, MD, 21528 | 11/29/2024 | $32,000.00 | General Trade |
| **Bill Miller Equipment Sales, Inc Total** | | **$82,000.00** | |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 10/15/2024 | $52,364.97 | Trucking |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 10/17/2024 | $58,214.86 | Trucking |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 10/30/2024 | $59,231.97 | Trucking |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 11/14/2024 | $150,385.75 | Trucking |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 11/29/2024 | $166,053.43 | Trucking |
| Braddock Construction LLC 61 National Highway Cumberland, MD, 21502 | 12/16/2024 | $42,236.85 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Braddock Construction LLC<br>61 National Highway<br>Cumberland, MD, 21502 | 12/31/2024 | $41,548.98 | Trucking |
| **Braddock Construction LLC Total** | | **$570,036.81** | |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 10/15/2024 | $12,454.18 | Trucking |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 10/30/2024 | $14,077.97 | Trucking |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 11/14/2024 | $18,933.37 | Trucking |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 11/29/2024 | $14,505.50 | Trucking |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 12/16/2024 | $15,779.93 | Trucking |
| Broadwater Trucking<br>159 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 12/31/2024 | $18,860.76 | Trucking |
| **Broadwater Trucking Total** | | **$94,611.71** | |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 10/15/2024 | $31,038.65 | Trucking |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 10/30/2024 | $36,028.24 | Trucking |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 11/14/2024 | $28,858.77 | Trucking |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 11/29/2024 | $37,389.62 | Trucking |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 12/16/2024 | $31,591.11 | Trucking |
| Bruening Trucking<br>241 Lambertsville Rd<br>Stoystown, PA, 15563 | 12/31/2024 | $21,767.99 | Trucking |
| **Bruening Trucking Total** | | **$186,674.38** | |
| BTC Trucking Inc<br>2278 Michael Road<br>Barton, MD, 21521 | 10/15/2024 | $2,169.59 | Trucking |
| BTC Trucking Inc<br>2278 Michael Road<br>Barton, MD, 21521 | 10/30/2024 | $5,856.64 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **BTC Trucking Inc Total** | | **$8,026.23** | |
| Burgmeier's Hauling, Inc.<br>PO Box 929<br>Altoona, PA, 16603 | 10/17/2024 | $419.50 | General Trade |
| Burgmeier's Hauling, Inc.<br>PO Box 929<br>Altoona, PA, 16603 | 11/14/2024 | $5,194.32 | General Trade |
| Burgmeier's Hauling, Inc.<br>PO Box 929<br>Altoona, PA, 16603 | 12/5/2024 | $3,797.94 | General Trade |
| **Burgmeier's Hauling, Inc. Total** | | **$9,411.76** | |
| Casselman Energy, LLC<br>Thomas L. Moran<br>1240 Boy Scout Road<br>Oakland, MD, 21550 | 10/30/2024 | $6,000.00 | Trucking |
| Casselman Energy, LLC<br>Thomas L. Moran<br>1240 Boy Scout Road<br>Oakland, MD, 21550 | 11/29/2024 | $6,000.00 | Trucking |
| Casselman Energy, LLC<br>Thomas L. Moran<br>1240 Boy Scout Road<br>Oakland, MD, 21550 | 12/31/2024 | $6,000.00 | Trucking |
| **Casselman Energy, LLC Total** | | **$18,000.00** | |
| Caterpillar Financial Services Corp. | 10/8/2024 | $6,867.16 | General Trade |
| Caterpillar Financial Services Corp. | 11/6/2024 | $6,867.16 | General Trade |
| Caterpillar Financial Services Corp. | 12/6/2024 | $6,867.16 | General Trade |
| **Caterpillar Financial Services Corp. Total** | | **$20,601.48** | |
| Certified Laboratories<br>23261 Network Pl<br>Div of NCH Corp<br>Chicago, IL, 60673 | 10/17/2024 | $10,539.95 | General Trade |
| Certified Laboratories<br>23261 Network Pl<br>Div of NCH Corp<br>Chicago, IL, 60673 | 10/31/2024 | $1,805.95 | General Trade |
| Certified Laboratories<br>23261 Network Pl<br>Div of NCH Corp<br>Chicago, IL, 60673 | 12/5/2024 | $10,539.95 | General Trade |
| **Certified Laboratories Total** | | **$22,885.85** | |
| Chemstream Inc<br>511 Railroad Ave<br>Homer City, PA, 15748 | 10/31/2024 | $5,964.40 | General Trade |
| Chemstream Inc<br>511 Railroad Ave<br>Homer City, PA, 15748 | 11/7/2024 | $629.00 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Chemstream Inc<br>511 Railroad Ave<br>Homer City, PA, 15748 | 12/13/2024 | $7,069.03 | General Trade |
| **Chemstream Inc Total** | | **$13,662.43** | |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH, 452630910 | 10/11/2024 | $2,034.37 | General Trade |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH, 452630910 | 10/17/2024 | $2,246.16 | General Trade |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH, 452630910 | 11/7/2024 | $2,092.95 | General Trade |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH, 452630910 | 11/22/2024 | $2,484.47 | General Trade |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH, 452630910 | 1/3/2025 | $6,832.44 | General Trade |
| **Cintas Corporation Total** | | **$15,690.39** | |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 10/11/2024 | $31,672.32 | General Trade |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 10/17/2024 | $14,352.37 | General Trade |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 10/24/2024 | $15,961.00 | General Trade |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 11/7/2024 | $14,487.05 | General Trade |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 11/14/2024 | $3,419.51 | General Trade |
| Cleveland Brothers Equipment Co. Inc.<br>P.O. Box 417094<br>Boston, MA, 022417094 | 11/29/2024 | $8,875.85 | General Trade |
| **Cleveland Brothers Equipment Co. Inc. Total** | | **$88,768.10** | |
| Comptroller of Maryland | 10/21/2024 | $5,178.05 | General Trade |
| Comptroller of Maryland | 12/31/2024 | $4,950.03 | General Trade |
| Comptroller of Maryland | 10/8/2024 | $4,929.46 | General Trade |
| Comptroller of Maryland | 11/4/2024 | $4,924.59 | General Trade |
| Comptroller of Maryland | 11/18/2024 | $4,878.98 | General Trade |
| Comptroller of Maryland | 12/3/2024 | $4,679.65 | General Trade |
| Comptroller of Maryland | 12/17/2024 | $4,189.06 | General Trade |
| Comptroller of Maryland | 10/28/2024 | $324.22 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Comptroller of Maryland Total** | | **$34,054.04** | |
| Conti Testing Laboratories Inc<br>PO Box 174<br>Bethel Park, PA, 15102 | 10/11/2024 | $31,506.42 | Sales Related |
| Conti Testing Laboratories Inc<br>PO Box 174<br>Bethel Park, PA, 15102 | 11/14/2024 | $30,969.80 | Sales Related |
| Conti Testing Laboratories Inc<br>PO Box 174<br>Bethel Park, PA, 15102 | 12/5/2024 | $33,078.80 | Sales Related |
| **Conti Testing Laboratories Inc Total** | | **$95,555.02** | |
| Continental Broadband LLC<br>dba Expedient<br>1 Allegheny Square  Suite 600<br>Pittsburgh, PA, 15212 | 10/17/2024 | $13,594.43 | Utilities |
| Continental Broadband LLC<br>dba Expedient<br>1 Allegheny Square  Suite 600<br>Pittsburgh, PA, 15212 | 11/14/2024 | $13,594.43 | Utilities |
| Continental Broadband LLC<br>dba Expedient<br>1 Allegheny Square  Suite 600<br>Pittsburgh, PA, 15212 | 12/27/2024 | $13,594.43 | Utilities |
| **Continental Broadband LLC Total** | | **$40,783.29** | |
| Coronado IV LLC<br>100 Bill Baker Way<br>Beckley, WV, 25801 | 11/14/2024 | $191,882.54 | Purchased Coal |
| **Coronado IV LLC Total** | | **$191,882.54** | |
| Critchfield Lumber<br>George Critchfield<br>392 Twin Hills Rd<br>Friedens, PA, 15541 | 10/17/2024 | $4,511.50 | General Trade |
| Critchfield Lumber<br>George Critchfield<br>392 Twin Hills Rd<br>Friedens, PA, 15541 | 10/31/2024 | $12,195.80 | General Trade |
| Critchfield Lumber<br>George Critchfield<br>392 Twin Hills Rd<br>Friedens, PA, 15541 | 11/29/2024 | $11,323.80 | General Trade |
| **Critchfield Lumber Total** | | **$28,031.10** | |
| Daniel J Will<br>244 E Loyalhana St<br>Ligonier, PA, 15658 | 10/10/2024 | $300.00 | Royalties |
| Daniel J Will<br>244 E Loyalhana St<br>Ligonier, PA, 15658 | 10/31/2024 | $42,469.67 | Royalties |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Daniel J Will<br>244 E Loyalhana St<br>Ligonier, PA, 15658 | 12/5/2024 | $51,519.84 | Royalties |
| **Daniel J Will Total** | | **$94,289.51** | |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 10/15/2024 | $5,656.88 | Trucking |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 10/30/2024 | $6,517.02 | Trucking |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 11/14/2024 | $4,579.45 | Trucking |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 11/29/2024 | $15,207.01 | Trucking |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 12/16/2024 | $10,366.04 | Trucking |
| Daniel Smith Trucking<br>1425 Berlin Plank Road<br>Somerset, PA, 15501 | 12/31/2024 | $6,546.51 | Trucking |
| **Daniel Smith Trucking Total** | | **$48,872.91** | |
| David E & Kimberly J Godin<br>213 Colton Drive<br>Stoystown, PA, 15563 | 10/10/2024 | $10,000.00 | Royalties |
| David E & Kimberly J Godin<br>213 Colton Drive<br>Stoystown, PA, 15563 | 10/31/2024 | $10,000.00 | Royalties |
| David E & Kimberly J Godin<br>213 Colton Drive<br>Stoystown, PA, 15563 | 12/5/2024 | $10,000.00 | Royalties |
| **David E & Kimberly J Godin Total** | | **$30,000.00** | |
| Delta Dental of Pennsylvania<br>PO Box 825506<br>Attn: Accounts Receivable<br>Philadelphia, PA, 191825506 | 10/17/2024 | $11,477.25 | Payroll related |
| Delta Dental of Pennsylvania<br>PO Box 825506<br>Attn: Accounts Receivable<br>Philadelphia, PA, 191825506 | 11/22/2024 | $11,436.40 | Payroll related |
| Delta Dental of Pennsylvania<br>PO Box 825506<br>Attn: Accounts Receivable<br>Philadelphia, PA, 191825506 | 1/3/2025 | $11,082.32 | Payroll related |
| **Delta Dental of Pennsylvania Total** | | **$33,995.97** | |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Dividing Ridge Runner LLC<br>574 Dividing Ridge Road<br>Fairhope, PA, 15538 | 10/30/2024 | $2,913.90 | Trucking |
| Dividing Ridge Runner LLC<br>574 Dividing Ridge Road<br>Fairhope, PA, 15538 | 11/14/2024 | $3,195.74 | Trucking |
| Dividing Ridge Runner LLC<br>574 Dividing Ridge Road<br>Fairhope, PA, 15538 | 11/29/2024 | $5,090.71 | Trucking |
| Dividing Ridge Runner LLC<br>574 Dividing Ridge Road<br>Fairhope, PA, 15538 | 12/16/2024 | $3,328.18 | Trucking |
| Dividing Ridge Runner LLC<br>574 Dividing Ridge Road<br>Fairhope, PA, 15538 | 12/31/2024 | $7,991.22 | Trucking |
| **Dividing Ridge Runner LLC Total** | | **$22,519.75** | |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 10/15/2024 | $96,711.06 | Trucking |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 10/30/2024 | $137,357.60 | Trucking |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 11/14/2024 | $143,444.05 | Trucking |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 11/29/2024 | $176,818.76 | Trucking |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 12/16/2024 | $137,526.04 | Trucking |
| DTA, LP dba Don Martin Trucking<br>PO Box 403<br>Portersville, PA, 16051 | 12/31/2024 | $115,028.85 | Trucking |
| **DTA, LP dba Don Martin Trucking Total** | | **$806,886.36** | |
| Empire Tractor Parts Industries Corp<br>950 S 2nd Street<br>Ronkonkoma, NY, 11779 | 10/17/2024 | $15,500.00 | General Trade |
| Empire Tractor Parts Industries Corp<br>950 S 2nd Street<br>Ronkonkoma, NY, 11779 | 10/24/2024 | $15,500.00 | General Trade |
| **Empire Tractor Parts Industries Corp Total** | | **$31,000.00** | |
| ErieTec<br>A Divison of Purvis Industries<br>PO Box 540757<br>Dallas, TX, 753540757 | 10/17/2024 | $41,998.08 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| ErieTec<br>A Divison of Purvis Industries<br>PO Box 540757<br>Dallas, TX, 753540757 | 11/14/2024 | $2,736.49 | General Trade |
| ErieTec<br>A Divison of Purvis Industries<br>PO Box 540757<br>Dallas, TX, 753540757 | 11/29/2024 | $10,004.85 | General Trade |
| **ErieTec Total** | | **$54,739.42** | |
| ExpertPay<br>Domestic Relations | 10/8/2024 | $10,593.42 | General Trade |
| ExpertPay<br>Domestic Relations | 10/18/2024 | $10,219.70 | General Trade |
| ExpertPay<br>Domestic Relations | 11/1/2024 | $9,788.93 | General Trade |
| ExpertPay<br>Domestic Relations | 11/15/2024 | $9,483.76 | General Trade |
| ExpertPay<br>Domestic Relations | 11/29/2024 | $9,229.91 | General Trade |
| ExpertPay<br>Domestic Relations | 12/16/2024 | $9,229.91 | General Trade |
| ExpertPay<br>Domestic Relations | 12/30/2024 | $9,229.91 | General Trade |
| **ExpertPay Total** | | **$67,775.54** | |
| Fastenal Company<br>POI Box 1286<br>Winona, MN, 559871286 | 10/11/2024 | $4,354.81 | General Trade |
| Fastenal Company<br>POI Box 1286<br>Winona, MN, 559871286 | 10/17/2024 | $3,853.07 | General Trade |
| Fastenal Company<br>POI Box 1286<br>Winona, MN, 559871286 | 10/31/2024 | $5,767.01 | General Trade |
| Fastenal Company<br>POI Box 1286<br>Winona, MN, 559871286 | 11/7/2024 | $1,729.19 | General Trade |
| Fastenal Company<br>POI Box 1286<br>Winona, MN, 559871286 | 12/5/2024 | $2,672.26 | General Trade |
| **Fastenal Company Total** | | **$18,376.34** | |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 10/10/2024 | $37,683.89 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 10/17/2024 | $39,020.17 | Fuel |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 10/24/2024 | $52,960.00 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 10/31/2024 | $75,305.27 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 11/7/2024 | $36,645.00 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 11/14/2024 | $44,807.49 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 11/22/2024 | $19,084.96 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 11/29/2024 | $42,877.94 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 12/5/2024 | $55,241.69 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 12/13/2024 | $18,234.93 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 12/20/2024 | $33,240.95 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 12/27/2024 | $20,855.23 | Fuel |
| Glassmere<br>PO Box 187<br>Curtisville, PA, 150320187 | 1/3/2025 | $19,250.57 | Fuel |
| **Glassmere Total** | | **$495,208.09** | |
| Global Mine Service Inc<br>PO Box 188<br>Fayette City, PA, 15438 | 10/11/2024 | $10,048.81 | General Trade |
| Global Mine Service Inc<br>PO Box 188<br>Fayette City, PA, 15438 | 10/17/2024 | $2,820.65 | General Trade |
| Global Mine Service Inc<br>PO Box 188<br>Fayette City, PA, 15438 | 10/31/2024 | $17,527.19 | General Trade |
| Global Mine Service Inc<br>PO Box 188<br>Fayette City, PA, 15438 | 11/14/2024 | $10,213.43 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Global Mine Service Inc<br>PO Box 188<br>Fayette City, PA, 15438 | 11/29/2024 | $33,409.39 | General Trade |
| **Global Mine Service Inc Total** | | **$74,019.47** | |
| GMS Mine Repair & Maintenance, Inc<br>PO Box 2446<br>Mt. Lake Park, MD, 21550 | 10/17/2024 | $45,250.00 | General Trade |
| GMS Mine Repair & Maintenance, Inc<br>PO Box 2446<br>Mt. Lake Park, MD, 21550 | 10/31/2024 | $2,550.00 | General Trade |
| **GMS Mine Repair & Maintenance, Inc Total** | | **$47,800.00** | |
| Gontis Welding and Fabrication<br>2358 Lincoln Highway<br>Stoystown, PA, 15563 | 10/11/2024 | $1,530.51 | General Trade |
| Gontis Welding and Fabrication<br>2358 Lincoln Highway<br>Stoystown, PA, 15563 | 10/17/2024 | $17,953.05 | General Trade |
| Gontis Welding and Fabrication<br>2358 Lincoln Highway<br>Stoystown, PA, 15563 | 11/29/2024 | $15,918.72 | General Trade |
| **Gontis Welding and Fabrication Total** | | **$35,402.28** | |
| Good Tire Services, Inc.<br>13616 State Route 422<br>Kittanning, PA, 16201 | 10/17/2024 | $8,456.92 | General Trade |
| **Good Tire Services, Inc. Total** | | **$8,456.92** | |
| Graceland Meadows Inc<br>1319 Zehner Road<br>Fort Hill, PA, 15540 | 11/29/2024 | $878.55 | Trucking |
| Graceland Meadows Inc<br>1319 Zehner Road<br>Fort Hill, PA, 15540 | 12/16/2024 | $10,022.58 | Trucking |
| Graceland Meadows Inc<br>1319 Zehner Road<br>Fort Hill, PA, 15540 | 12/31/2024 | $4,335.94 | Trucking |
| **Graceland Meadows Inc Total** | | **$15,237.07** | |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 10/11/2024 | $6,904.51 | General Trade |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 10/17/2024 | $6,829.84 | General Trade |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 10/24/2024 | $6,897.25 | General Trade |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 10/31/2024 | $7,007.52 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 11/7/2024 | $6,593.83 | General Trade |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 11/14/2024 | $3,509.87 | General Trade |
| Greer Industries, Inc<br>PO Box 536221<br>Pittsburgh, PA, 152535904 | 11/29/2024 | $13,424.01 | General Trade |
| **Greer Industries, Inc Total** | | **$51,166.83** | |
| Hampton Roads Testing Laboratories, Inc.<br>611 Howmet Drive<br>Hampton, VA, 236611390 | 10/11/2024 | $4,381.00 | General Trade |
| Hampton Roads Testing Laboratories, Inc.<br>611 Howmet Drive<br>Hampton, VA, 236611390 | 11/14/2024 | $3,814.00 | General Trade |
| Hampton Roads Testing Laboratories, Inc.<br>611 Howmet Drive<br>Hampton, VA, 236611390 | 12/5/2024 | $4,197.50 | General Trade |
| **Hampton Roads Testing Laboratories, Inc. Total** | | **$12,392.50** | |
| Hare Trucking LLC<br>983 Maple Grove Road<br>Grantsville, MD, 21536 | 10/15/2024 | $27,930.98 | Trucking |
| Hare Trucking LLC<br>983 Maple Grove Road<br>Grantsville, MD, 21536 | 12/16/2024 | $2,055.92 | Trucking |
| Hare Trucking LLC<br>983 Maple Grove Road<br>Grantsville, MD, 21536 | 12/31/2024 | $287.09 | Trucking |
| **Hare Trucking LLC Total** | | **$30,273.99** | |
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 10/15/2024 | $6,032.43 | Trucking |
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 10/30/2024 | $5,679.18 | Trucking |
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 11/14/2024 | $2,368.87 | Trucking |
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 11/29/2024 | $6,449.13 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 12/16/2024 | $3,806.10 | Trucking |
| Harry E. Tunstall  Jr<br>2014 Penn Avenue<br>HET Hauling LLC<br>Hollsopple, PA, 15935 | 12/31/2024 | $5,163.21 | Trucking |
| **Harry E. Tunstall  Jr Total** | | **$29,498.92** | |
| High Country Motors LLC<br>6512 Admiral Perry Highway<br>Loretto, PA, 15940 | 10/15/2024 | $13,382.65 | Trucking |
| High Country Motors LLC<br>6512 Admiral Perry Highway<br>Loretto, PA, 15940 | 10/30/2024 | $2,232.36 | Trucking |
| High Country Motors LLC<br>6512 Admiral Perry Highway<br>Loretto, PA, 15940 | 11/29/2024 | $1,617.27 | Trucking |
| High Country Motors LLC<br>6512 Admiral Perry Highway<br>Loretto, PA, 15940 | 12/16/2024 | $5,801.89 | Trucking |
| High Country Motors LLC<br>6512 Admiral Perry Highway<br>Loretto, PA, 15940 | 12/31/2024 | $12,889.42 | Trucking |
| **High Country Motors LLC Total** | | **$35,923.59** | |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 10/10/2024 | $104,825.73 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 10/17/2024 | $36,540.99 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 10/17/2024 | $75,735.54 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 10/24/2024 | $88,699.94 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 10/31/2024 | $128,250.46 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/1/2024 | $36,085.21 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/7/2024 | $107,989.20 | Payroll related |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/14/2024 | $35,256.35 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/14/2024 | $78,952.53 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/22/2024 | $45,600.20 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/27/2024 | $35,208.35 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 11/27/2024 | $119,789.20 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/5/2024 | $101,751.00 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/13/2024 | $35,036.81 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/13/2024 | $62,904.66 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/20/2024 | $59,476.45 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/27/2024 | $35,188.89 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 12/27/2024 | $102,909.49 | Payroll related |
| Highmark Blue Shield<br>PO Box 382022<br>Pittsburgh, PA, 152518022 | 1/3/2025 | $90,199.74 | Payroll related |
| **Highmark Blue Shield Total** | | **$1,380,400.74** | |
| Hillsborough Conveyor Service & Design<br>1553 E National Park<br>Scenery Hill, PA, 15360 | 10/11/2024 | $10,400.00 | General Trade |
| Hillsborough Conveyor Service & Design<br>1553 E National Park<br>Scenery Hill, PA, 15360 | 10/17/2024 | $24,510.66 | General Trade |
| Hillsborough Conveyor Service & Design<br>1553 E National Park<br>Scenery Hill, PA, 15360 | 10/24/2024 | $19,367.64 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Hillsborough Conveyor Service & Design<br>1553 E National Park<br>Scenery Hill, PA, 15360 | 11/7/2024 | $7,100.24 | General Trade |
| **Hillsborough Conveyor Service & Design Total** | | **$61,378.54** | |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 10/15/2024 | $40,872.11 | Trucking |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 10/30/2024 | $62,806.35 | Trucking |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 11/14/2024 | $51,502.72 | Trucking |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 11/29/2024 | $55,347.42 | Trucking |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 12/16/2024 | $48,875.20 | Trucking |
| Hillside Trucking Inc<br>319 East Main Street<br>Kingwood, WV, 26537 | 12/31/2024 | $30,096.67 | Trucking |
| **Hillside Trucking Inc Total** | | **$289,500.47** | |
| Innovative Wireless Technologies, Inc<br>1100 Main Street<br>Lynchburg, VA, 24504 | 10/11/2024 | $410.00 | General Trade |
| Innovative Wireless Technologies, Inc<br>1100 Main Street<br>Lynchburg, VA, 24504 | 10/17/2024 | $2,239.00 | General Trade |
| Innovative Wireless Technologies, Inc<br>1100 Main Street<br>Lynchburg, VA, 24504 | 10/31/2024 | $2,121.00 | General Trade |
| Innovative Wireless Technologies, Inc<br>1100 Main Street<br>Lynchburg, VA, 24504 | 11/14/2024 | $864.00 | General Trade |
| Innovative Wireless Technologies, Inc<br>1100 Main Street<br>Lynchburg, VA, 24504 | 11/29/2024 | $19,483.00 | General Trade |
| **Innovative Wireless Technologies, Inc Total** | | **$25,117.00** | |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 10/18/2024 | $402,051.20 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 12/27/2024 | $392,666.61 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 11/1/2024 | $390,557.41 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 11/15/2024 | $382,126.27 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 11/29/2024 | $379,510.00 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 12/13/2024 | $330,519.75 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 12/30/2024 | $129,000.00 | General Trade |
| Internal Revenue Service<br>PO Box 8786<br>Philadelphia, PA, 191628786 | 10/25/2024 | $14,570.29 | General Trade |
| **Internal Revenue Service Total** | | **$2,421,001.53** | |
| J & D Explosives, Inc<br>198 Industrial Park Rd<br>Meyersdale, PA, 15552 | 10/17/2024 | $19,500.00 | General Trade |
| J & D Explosives, Inc<br>198 Industrial Park Rd<br>Meyersdale, PA, 15552 | 11/29/2024 | $21,000.00 | General Trade |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 10/15/2024 | $17,762.10 | Trucking |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 10/30/2024 | $19,018.00 | Trucking |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 11/14/2024 | $23,755.69 | Trucking |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 11/29/2024 | $20,896.01 | Trucking |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 12/16/2024 | $19,323.18 | Trucking |
| J&C Hauling Services Inc<br>156 Blue Spruce Road<br>Vintondale, PA, 15961 | 12/31/2024 | $12,076.75 | Trucking |
| **J&C Hauling Services Inc Total** | | **$153,331.73** | |
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 10/15/2024 | $76,522.11 | Trucking |
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 10/30/2024 | $84,607.59 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 11/14/2024 | $95,977.10 | Trucking |
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 11/29/2024 | $82,556.09 | Trucking |
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 12/16/2024 | $54,024.89 | Trucking |
| J.R. Tunstall Trucking, LLC<br>8623 Somerset Pike<br>Boswell, PA, 15531 | 12/31/2024 | $72,300.64 | Trucking |
| **J.R. Tunstall Trucking, LLC Total** | | **$465,988.42** | |
| Jay & Evyonne Shaffer<br>2385 Stutzmantown Rd<br>Somerset, PA, 15501 | 10/10/2024 | $151,599.76 | Royalties |
| Jay & Evyonne Shaffer<br>2385 Stutzmantown Rd<br>Somerset, PA, 15501 | 10/31/2024 | $6,329.77 | Royalties |
| Jay & Evyonne Shaffer<br>2385 Stutzmantown Rd<br>Somerset, PA, 15501 | 12/5/2024 | $10,782.21 | Royalties |
| **Jay & Evyonne Shaffer Total** | | **$168,711.74** | |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/11/2024 | $27,210.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/17/2024 | $10,050.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/24/2024 | $71,440.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/31/2024 | $71,360.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 11/7/2024 | $46,225.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 11/14/2024 | $64,290.00 | General Trade |
| Jennmar<br>PO Box 948800<br>Atlanta, GA, 303948800 | 11/29/2024 | $44,570.00 | General Trade |
| **Jennmar Total** | | **$335,145.00** | |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 10/17/2024 | $37,543.33 | General Trade |
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 10/31/2024 | $22,357.44 | General Trade |
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 11/29/2024 | $31,985.57 | General Trade |
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 12/13/2024 | $20,728.92 | General Trade |
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 12/27/2024 | $10,017.90 | General Trade |
| JJ Powell, Inc<br>109 W Presqueisle Stree<br>PO Box 30<br>Philipsburg, PA, 16866 | 1/2/2025 | $19,345.90 | General Trade |
| **JJ Powell, Inc Total** | | **$141,979.06** | |
| JM Conveyors LLC<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/11/2024 | $31,110.00 | General Trade |
| JM Conveyors LLC<br>PO Box 948800<br>Atlanta, GA, 303948800 | 10/17/2024 | $4,848.00 | General Trade |
| JM Conveyors LLC<br>PO Box 948800<br>Atlanta, GA, 303948800 | 11/7/2024 | $31,110.00 | General Trade |
| **JM Conveyors LLC Total** | | **$67,068.00** | |
| John C Will<br>180 Pike School Road<br>Berlin, PA, 15530 | 10/10/2024 | $300.00 | Royalties |
| John C Will<br>180 Pike School Road<br>Berlin, PA, 15530 | 10/31/2024 | $42,469.67 | Royalties |
| John C Will<br>180 Pike School Road<br>Berlin, PA, 15530 | 12/5/2024 | $51,519.82 | Royalties |
| **John C Will Total** | | **$94,289.49** | |
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 10/15/2024 | $231.26 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 10/30/2024 | $288.33 | Trucking |
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 11/14/2024 | $893.40 | Trucking |
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 11/29/2024 | $11,867.58 | Trucking |
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 12/16/2024 | $13,080.45 | Trucking |
| John Hruska Trucking Inc<br>4320 Dark Shade Drive<br>Windber, PA, 15963 | 12/31/2024 | $10,465.44 | Trucking |
| **John Hruska Trucking Inc Total** | | **$36,826.46** | |
| John J & Arlene G Byers<br>236 Critchfield Road<br>Somerset, PA, 15501 | 10/17/2024 | $20,119.33 | Royalties |
| John J & Arlene G Byers<br>236 Critchfield Road<br>Somerset, PA, 15501 | 11/21/2024 | $2,000.00 | Royalties |
| John J & Arlene G Byers<br>236 Critchfield Road<br>Somerset, PA, 15501 | 12/30/2024 | $2,000.00 | Royalties |
| **John J & Arlene G Byers Total** | | **$24,119.33** | |
| Joy Global Underground Mining, LLC<br>PO Box 504794<br>Saint Louis, MO, 631504794 | 10/17/2024 | $13,281.46 | General Trade |
| **Joy Global Underground Mining, LLC Total** | | **$13,281.46** | |
| Kellar Augering Inc<br>11976 Rt 954 Hwy N<br>Creekside, PA, 15732 | 10/11/2024 | $10,000.00 | General Trade |
| Kellar Augering Inc<br>11976 Rt 954 Hwy N<br>Creekside, PA, 15732 | 10/17/2024 | $10,361.83 | General Trade |
| **Kellar Augering Inc Total** | | **$20,361.83** | |
| Key Way Supply Co.<br>4541 Lincoln Highway<br>Stoystown, PA, 15563 | 10/11/2024 | $3,816.47 | General Trade |
| Key Way Supply Co.<br>4541 Lincoln Highway<br>Stoystown, PA, 15563 | 10/17/2024 | $4,461.25 | General Trade |
| Key Way Supply Co.<br>4541 Lincoln Highway<br>Stoystown, PA, 15563 | 11/14/2024 | $8,535.31 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Key Way Supply Co.<br>4541 Lincoln Highway<br>Stoystown, PA, 15563 | 11/29/2024 | $13,186.89 | General Trade |
| **Key Way Supply Co. Total** | | **$29,999.92** | |
| Keystone Collections Group<br>546 Wendel Rd<br>Irwin, PA, 15642 | 10/31/2024 | $87,831.87 | General Trade |
| Keystone Collections Group<br>546 Wendel Rd<br>Irwin, PA, 15642 | 11/21/2024 | $96.00 | General Trade |
| Keystone Collections Group<br>546 Wendel Rd<br>Irwin, PA, 15642 | 12/27/2024 | $81.28 | General Trade |
| **Keystone Collections Group Total** | | **$88,009.15** | |
| Krestar and Son Trucking<br>124 Forest Hills Dr<br>Sidman, PA, 15955 | 12/16/2024 | $4,437.60 | Trucking |
| Krestar and Son Trucking<br>124 Forest Hills Dr<br>Sidman, PA, 15955 | 12/31/2024 | $8,458.27 | Trucking |
| **Krestar and Son Trucking Total** | | **$12,895.87** | |
| Lawson Products<br>PO Box 734922<br>Chicago, IL, 606734922 | 10/17/2024 | $3,098.49 | General Trade |
| Lawson Products<br>PO Box 734922<br>Chicago, IL, 606734922 | 10/31/2024 | $1,732.06 | General Trade |
| Lawson Products<br>PO Box 734922<br>Chicago, IL, 606734922 | 11/29/2024 | $4,944.25 | General Trade |
| **Lawson Products Total** | | **$9,774.80** | |
| LLR Excavating LLC<br>227 Listie Road<br>Friedens, PA, 15541 | 10/11/2024 | $3,800.00 | General Trade |
| LLR Excavating LLC<br>227 Listie Road<br>Friedens, PA, 15541 | 10/17/2024 | $10,650.00 | General Trade |
| LLR Excavating LLC<br>227 Listie Road<br>Friedens, PA, 15541 | 11/29/2024 | $14,000.00 | General Trade |
| **LLR Excavating LLC Total** | | **$28,450.00** | |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 10/11/2024 | $1,450.70 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 10/17/2024 | $4,064.84 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 10/24/2024 | $2,167.72 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 10/31/2024 | $2,201.22 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 11/7/2024 | $5,128.82 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 11/14/2024 | $1,391.96 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 11/29/2024 | $10,069.54 | General Trade |
| Logi-Tec, Inc<br>PO Box 579<br>Murrysville, PA, 156680579 | 12/5/2024 | $1,769.85 | General Trade |
| **Logi-Tec, Inc Total** | | **$28,244.65** | |
| M&S Stone Quarries Inc<br>PO Box 357<br>7181 National Pike<br>Grantsville, MD, 21536 | 10/15/2024 | $10,527.79 | Trucking |
| M&S Stone Quarries Inc<br>PO Box 357<br>7181 National Pike<br>Grantsville, MD, 21536 | 10/30/2024 | $13,301.92 | Trucking |
| M&S Stone Quarries Inc<br>PO Box 357<br>7181 National Pike<br>Grantsville, MD, 21536 | 11/14/2024 | $12,595.38 | Trucking |
| M&S Stone Quarries Inc<br>PO Box 357<br>7181 National Pike<br>Grantsville, MD, 21536 | 11/29/2024 | $8,501.04 | Trucking |
| M&S Stone Quarries Inc<br>PO Box 357<br>7181 National Pike<br>Grantsville, MD, 21536 | 12/16/2024 | $581.61 | Trucking |
| **M&S Stone Quarries Inc Total** | | **$45,507.74** | |
| Marshall Miller & Associates Inc<br>582 Industrial Park Road<br>Bluefield, VA, 24605 | 10/17/2024 | $35,000.00 | General Trade |
| **Marshall Miller & Associates Inc Total** | | **$35,000.00** | |
| Matheson Tri-Gas, Inc.<br>PO Box 347297<br>Pittsburgh, PA, 152514297 | 10/11/2024 | $3,181.48 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Matheson Tri-Gas, Inc.<br>PO Box 347297<br>Pittsburgh, PA, 152514297 | 10/17/2024 | $462.96 | General Trade |
| Matheson Tri-Gas, Inc.<br>PO Box 347297<br>Pittsburgh, PA, 152514297 | 10/31/2024 | $1,064.24 | General Trade |
| Matheson Tri-Gas, Inc.<br>PO Box 347297<br>Pittsburgh, PA, 152514297 | 11/7/2024 | $3,272.82 | General Trade |
| **Matheson Tri-Gas, Inc. Total** | | **$7,981.50** | |
| Matrix Design Group, LLC<br>PO Box 743<br>Indianapolis, IN, 46206 | 10/24/2024 | $688.31 | General Trade |
| Matrix Design Group, LLC<br>PO Box 743<br>Indianapolis, IN, 46206 | 11/29/2024 | $9,507.10 | General Trade |
| **Matrix Design Group, LLC Total** | | **$10,195.41** | |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 10/15/2024 | $824.13 | Trucking |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 10/30/2024 | $1,662.05 | Trucking |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 11/14/2024 | $4,737.81 | Trucking |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 11/29/2024 | $7,533.84 | Trucking |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 12/16/2024 | $2,056.53 | Trucking |
| MB Hauling<br>Mark Pierce<br>31704 Old Adams Rd NE<br>Little Orleans, MD, 21766 | 12/31/2024 | $1,690.05 | Trucking |
| **MB Hauling Total** | | **$18,504.41** | |
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 10/10/2024 | $38,663.50 | General Trade |
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 10/17/2024 | $187,885.00 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 10/24/2024 | $147,817.00 | General Trade |
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 10/31/2024 | $157,516.00 | General Trade |
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 11/7/2024 | $84,429.00 | General Trade |
| Mega Highwall Mining LLC<br>PO Box 5005 PMB #16<br>Rancho Santa Fe, CA, 92067 | 12/13/2024 | $135,097.00 | General Trade |
| **Mega Highwall Mining LLC Total** | | **$751,407.50** | |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 10/15/2024 | $39,388.24 | Trucking |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 10/30/2024 | $52,741.71 | Trucking |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 11/14/2024 | $57,271.37 | Trucking |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 11/29/2024 | $61,996.73 | Trucking |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 12/16/2024 | $55,949.21 | Trucking |
| Melissa's Transportation & Training LLC<br>402 Davis Road<br>Salisbury, PA, 15558 | 12/31/2024 | $51,775.41 | Trucking |
| **Melissa's Transportation & Training LLC Total** | | **$319,122.67** | |
| Metlife<br>PO Box 360229<br>Pittsburgh, PA, 152516229 | 10/30/2024 | $34,274.31 | General Trade |
| Metlife<br>PO Box 360229<br>Pittsburgh, PA, 152516229 | 11/20/2024 | $33,408.12 | General Trade |
| Metlife<br>PO Box 360229<br>Pittsburgh, PA, 152516229 | 1/3/2025 | $37,746.13 | General Trade |
| **Metlife Total** | | **$105,428.56** | |
| Michael N Reiter<br>(Address Redacted) | 11/14/2024 | $4,956.63 | Employees |
| Michael N Reiter<br>(Address Redacted) | 12/20/2024 | $3,084.40 | Employees |
| Michael N Reiter<br>(Address Redacted) | 12/27/2024 | $1,264.09 | Employees |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Michael N Reiter Total** | | **$9,305.12** | |
| Morocco Welding LLC<br>133 Morocco Street<br>Somerset, PA, 15501 | 11/22/2024 | $10,000.00 | General Trade |
| Morocco Welding LLC<br>133 Morocco Street<br>Somerset, PA, 15501 | 12/5/2024 | $10,000.00 | General Trade |
| Morocco Welding LLC<br>133 Morocco Street<br>Somerset, PA, 15501 | 12/27/2024 | $15,500.00 | General Trade |
| **Morocco Welding LLC Total** | | **$35,500.00** | |
| Mountain Top Excavation<br>PO Box 165<br>Barton, MD, 21521 | 10/30/2024 | $3,187.26 | Trucking |
| Mountain Top Excavation<br>PO Box 165<br>Barton, MD, 21521 | 11/14/2024 | $5,403.39 | Trucking |
| Mountain Top Excavation<br>PO Box 165<br>Barton, MD, 21521 | 11/29/2024 | $8,312.83 | Trucking |
| Mountain Top Excavation<br>PO Box 165<br>Barton, MD, 21521 | 12/16/2024 | $5,787.71 | Trucking |
| **Mountain Top Excavation Total** | | **$22,691.19** | |
| My Path | 10/18/2024 | $40,390.45 | Payroll Taxes |
| My Path | 12/30/2024 | $39,708.91 | Payroll Taxes |
| My Path | 11/1/2024 | $39,443.28 | Payroll Taxes |
| My Path | 11/29/2024 | $38,699.04 | Payroll Taxes |
| My Path | 11/15/2024 | $38,632.96 | Payroll Taxes |
| My Path | 12/16/2024 | $35,350.67 | Payroll Taxes |
| My Path | 12/31/2024 | $15,350.00 | Payroll Taxes |
| My Path | 10/25/2024 | $1,955.16 | Payroll Taxes |
| **My Path Total** | | **$249,530.47** | |
| Newbridge Services, Inc<br>200 N. Uppert Street<br>Lexington, KY, 40507 | 12/31/2024 | $53,089.00 | Bonds |
| **Newbridge Services, Inc Total** | | **$53,089.00** | |
| NexTec Operating Corp<br>PO Box 74928<br>Chicago, IL, 60675 | 12/13/2024 | $25,933.38 | General Trade |
| NexTec Operating Corp<br>PO Box 74928<br>Chicago, IL, 60675 | 12/31/2024 | $12,686.52 | General Trade |
| **NexTec Operating Corp Total** | | **$38,619.90** | |
| Norfolk Southern Railway Company<br>PO Box 532797<br>Atlanta, GA, 303532797 | 10/17/2024 | $408,135.15 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Norfolk Southern Railway Company<br>PO Box 532797<br>Atlanta, GA, 303532797 | 11/1/2024 | $499,809.87 | General Trade |
| Norfolk Southern Railway Company<br>PO Box 532797<br>Atlanta, GA, 303532797 | 11/7/2024 | $288,125.79 | General Trade |
| Norfolk Southern Railway Company<br>PO Box 532797<br>Atlanta, GA, 303532797 | 12/5/2024 | $87,021.67 | General Trade |
| Norfolk Southern Railway Company<br>PO Box 532797<br>Atlanta, GA, 303532797 | 12/31/2024 | $216,132.63 | General Trade |
| **Norfolk Southern Railway Company Total** | | **$1,499,225.11** | |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 10/15/2024 | $77,409.79 | Trucking |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 10/30/2024 | $113,877.64 | Trucking |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 11/14/2024 | $102,808.64 | Trucking |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 11/29/2024 | $117,397.41 | Trucking |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 12/16/2024 | $123,337.48 | Trucking |
| Orner & Sons Trucking Inc<br>3641 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 12/31/2024 | $79,290.13 | Trucking |
| **Orner & Sons Trucking Inc Total** | | **$614,121.09** | |
| PA UC Fund | 10/31/2024 | $17,828.40 | General Trade |
| **PA UC Fund Total** | | **$17,828.40** | |
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 10/15/2024 | $3,981.95 | General Trade |
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 10/30/2024 | $5,844.64 | General Trade |
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 11/14/2024 | $5,165.61 | General Trade |
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 11/29/2024 | $4,442.69 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 12/16/2024 | $3,196.55 | General Trade |
| Paul Bunyan Transport<br>494 Harvest Drive<br>Rockwood, PA, 15557 | 12/31/2024 | $4,227.56 | General Trade |
| **Paul Bunyan Transport Total** | | **$26,859.00** | |
| Payroll | 10/16/2024 | $1,009,505.30 | Payroll related |
| Payroll | 12/26/2024 | $994,693.89 | Payroll related |
| Payroll | 10/30/2024 | $982,122.07 | Payroll related |
| Payroll | 11/27/2024 | $966,700.00 | Payroll related |
| Payroll | 11/13/2024 | $965,817.35 | Payroll related |
| Payroll | 12/11/2024 | $875,315.50 | Payroll related |
| Payroll | 12/27/2024 | $358,175.00 | Payroll related |
| Payroll | 10/24/2024 | $65,516.86 | Payroll related |
| **Payroll Total** | | **$6,217,845.97** | |
| Penn Coal Land Inc<br>PO Box 68<br>Boswell, PA, 15531 | 11/25/2024 | $10,000.00 | Royalties |
| **Penn Coal Land Inc Total** | | **$10,000.00** | |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 10/11/2024 | $3,264.19 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 10/17/2024 | $5,452.66 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 10/31/2024 | $7,160.58 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 11/7/2024 | $2,038.96 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 11/14/2024 | $11,123.76 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 11/29/2024 | $2,082.52 | General Trade |
| PM Supply<br>PO Box 566<br>Ebensburg, PA, 159310566 | 12/5/2024 | $8,337.04 | General Trade |
| **PM Supply Total** | | **$39,459.71** | |
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 10/18/2024 | $164,602.14 | Garnishments |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 11/1/2024 | $162,995.06 | Garnishments |
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 11/15/2024 | $160,662.51 | Garnishments |
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 12/30/2024 | $159,650.82 | Garnishments |
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 11/29/2024 | $159,204.57 | Garnishments |
| Principal Financial Group<br>PO Box 9394<br>Des Moines, IA, 50309 | 12/16/2024 | $151,674.39 | Garnishments |
| **Principal Financial Group Total** | | **$958,789.49** | |
| Quality Hydraulics, Inc<br>857 Morrow Cross Road<br>Flemington, WV, 26347 | 10/17/2024 | $12,040.00 | General Trade |
| Quality Hydraulics, Inc<br>857 Morrow Cross Road<br>Flemington, WV, 26347 | 10/24/2024 | $1,395.00 | General Trade |
| Quality Hydraulics, Inc<br>857 Morrow Cross Road<br>Flemington, WV, 26347 | 10/31/2024 | $6,435.00 | General Trade |
| Quality Hydraulics, Inc<br>857 Morrow Cross Road<br>Flemington, WV, 26347 | 11/14/2024 | $5,393.00 | General Trade |
| Quality Hydraulics, Inc<br>857 Morrow Cross Road<br>Flemington, WV, 26347 | 11/29/2024 | $1,650.00 | General Trade |
| **Quality Hydraulics, Inc Total** | | **$26,913.00** | |
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 10/15/2024 | $140,684.03 | Trucking |
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 10/30/2024 | $162,259.54 | Trucking |
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 11/14/2024 | $167,295.68 | Trucking |
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 11/29/2024 | $184,359.13 | Trucking |
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 12/16/2024 | $118,362.01 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| R & R Trucking<br>48 Allen Marple Dr.<br>Oakland, MD, 21550 | 12/31/2024 | $115,161.32 | Trucking |
| **R & R Trucking Total** | | **$888,121.71** | |
| Ram Industrial Services, LLC<br>PO Box 392177<br>Pittsburgh, PA, 152519177 | 10/17/2024 | $4,986.00 | General Trade |
| Ram Industrial Services, LLC<br>PO Box 392177<br>Pittsburgh, PA, 152519177 | 10/24/2024 | $4,986.00 | General Trade |
| Ram Industrial Services, LLC<br>PO Box 392177<br>Pittsburgh, PA, 152519177 | 10/31/2024 | $4,986.00 | General Trade |
| **Ram Industrial Services, LLC Total** | | **$14,958.00** | |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 10/15/2024 | $9,989.17 | Trucking |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 10/30/2024 | $11,868.60 | Trucking |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 11/14/2024 | $14,196.67 | Trucking |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 11/29/2024 | $13,158.69 | Trucking |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 12/16/2024 | $9,342.24 | Trucking |
| Regis Mckenzie Trucking<br>2161 Old Frostburg Rd<br>Frostburg, MD, 21532 | 12/31/2024 | $9,545.90 | Trucking |
| **Regis Mckenzie Trucking Total** | | **$68,101.27** | |
| ReliaStar Life Insurance Company<br>dba Voya Financial<br>20 Washington Ave South<br>Minneapolis, MN, 55401 | 10/10/2024 | $44,875.75 | Payroll related |
| ReliaStar Life Insurance Company<br>dba Voya Financial<br>20 Washington Ave South<br>Minneapolis, MN, 55401 | 10/31/2024 | $44,292.62 | Payroll related |
| ReliaStar Life Insurance Company<br>dba Voya Financial<br>20 Washington Ave South<br>Minneapolis, MN, 55401 | 12/5/2024 | $43,388.74 | Payroll related |
| **ReliaStar Life Insurance Company Total** | | **$132,557.11** | |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| RFI Resources, LLC 555 Philadelphia Street Indiana, PA, 15701 | 10/11/2024 | $134,669.43 | Purchased Coal |
| RFI Resources, LLC 555 Philadelphia Street Indiana, PA, 15701 | 11/7/2024 | $110,494.73 | Purchased Coal |
| **RFI Resources, LLC Total** | | **$245,164.16** | |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 10/15/2024 | $33,066.66 | Trucking |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 10/30/2024 | $45,587.60 | Trucking |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 11/14/2024 | $47,786.06 | Trucking |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 11/29/2024 | $58,038.64 | Trucking |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 12/16/2024 | $37,809.53 | Trucking |
| RLK Trucking Inc 2548 Fieldstone Ave Summerhill, PA, 15958 | 12/31/2024 | $11,721.28 | Trucking |
| **RLK Trucking Inc Total** | | **$234,009.77** | |
| Rockwood Casualty Insurance Company 654 Main Street Rockwood, PA, 15557 | 10/17/2024 | $224,803.00 | General Trade |
| Rockwood Casualty Insurance Company 654 Main Street Rockwood, PA, 15557 | 11/22/2024 | $237,569.00 | General Trade |
| **Rockwood Casualty Insurance Company Total** | | **$462,372.00** | |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee, W.D. PA PO Box 84051 Chicago, IL, 606894002 | 12/2/2024 | $1,261.40 | Payroll related |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee, W.D. PA PO Box 84051 Chicago, IL, 606894002 | 10/16/2024 | $1,193.09 | Payroll related |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee, W.D. PA PO Box 84051 Chicago, IL, 606894002 | 10/22/2024 | $1,193.09 | Payroll related |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee, W.D. PA<br>PO Box 84051<br>Chicago, IL, 606894002 | 11/5/2024 | $1,193.09 | Payroll related |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee, W.D. PA<br>PO Box 84051<br>Chicago, IL, 606894002 | 11/19/2024 | $1,193.09 | Payroll related |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee, W.D. PA<br>PO Box 84051<br>Chicago, IL, 606894002 | 12/31/2024 | $738.47 | Payroll related |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee, W.D. PA<br>PO Box 84051<br>Chicago, IL, 606894002 | 12/30/2024 | $522.93 | Payroll related |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee, W.D. PA<br>PO Box 84051<br>Chicago, IL, 606894002 | 1/3/2025 | $1,261.40 | Payroll related |
| **Ronda J. Winnecour, Esquire Total** | | **$8,556.56** | |
| Rose Services LLC and Somerset Trust Co<br>151 West Main Street<br>Attn: Joseph Crowley<br>Somerset, PA, 155010777 | 10/11/2024 | $55,000.00 | General Trade |
| Rose Services LLC and Somerset Trust Co<br>151 West Main Street<br>Attn: Joseph Crowley<br>Somerset, PA, 155010777 | 12/16/2024 | $50,000.00 | General Trade |
| **Rose Services LLC and Somerset Trust Co Total** | | **$105,000.00** | |
| Rudd Equipment Company<br>Buncher Industrial District<br>Building 1, Avenue A<br>Leetsdale, PA, 150560005 | 10/17/2024 | $4,125.01 | General Trade |
| Rudd Equipment Company<br>Buncher Industrial District<br>Building 1, Avenue A<br>Leetsdale, PA, 150560005 | 10/31/2024 | $23,479.06 | General Trade |
| Rudd Equipment Company<br>Buncher Industrial District<br>Building 1, Avenue A<br>Leetsdale, PA, 150560005 | 11/7/2024 | $20,000.00 | General Trade |
| Rudd Equipment Company<br>Buncher Industrial District<br>Building 1, Avenue A<br>Leetsdale, PA, 150560005 | 11/14/2024 | $21,332.03 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Rudd Equipment Company<br>Buncher Industrial District<br>Building 1, Avenue A<br>Leetsdale, PA, 150560005 | 12/5/2024 | $4,699.08 | General Trade |
| **Rudd Equipment Company Total** | | **$73,635.18** | |
| S & S Slides, Inc<br>11771 State Rt 85<br>Kittanning, PA, 16201 | 10/17/2024 | $9,201.00 | General Trade |
| S & S Slides, Inc<br>11771 State Rt 85<br>Kittanning, PA, 16201 | 11/7/2024 | $13,918.00 | General Trade |
| **S & S Slides, Inc Total** | | **$23,119.00** | |
| Sage Software Inc<br>14855 Collections Center Dr<br>Chicago, IL, 60693 | 12/27/2024 | $19,557.01 | General Trade |
| **Sage Software Inc Total** | | **$19,557.01** | |
| Sampling Associates Int'l, LLC<br>Suite 220<br>22 Enterprise Parkway<br>Hampton, VA, 236665844 | 10/11/2024 | $5,790.63 | Sales Related |
| Sampling Associates Int'l, LLC<br>Suite 220<br>22 Enterprise Parkway<br>Hampton, VA, 236665844 | 10/31/2024 | $5,198.35 | Sales Related |
| Sampling Associates Int'l, LLC<br>Suite 220<br>22 Enterprise Parkway<br>Hampton, VA, 236665844 | 12/5/2024 | $14,012.41 | Sales Related |
| **Sampling Associates Int'l, LLC Total** | | **$25,001.39** | |
| Schneider Downs & Co., Inc.<br>1133 Penn Avenue<br>Pittsburgh, PA, 152224205 | 11/29/2024 | $11,395.50 | General Trade |
| **Schneider Downs & Co., Inc. Total** | | **$11,395.50** | |
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 10/15/2024 | $28,720.46 | Trucking |
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 10/30/2024 | $23,363.44 | Trucking |
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 11/14/2024 | $30,259.73 | Trucking |
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 11/29/2024 | $29,578.53 | Trucking |
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 12/16/2024 | $19,295.67 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Schrock Trucking, LLC<br>398 Beachy Road<br>Accident, MD, 21520 | 12/31/2024 | $22,589.29 | Trucking |
| **Schrock Trucking, LLC Total** | | **$153,807.12** | |
| Shaffer Block & Concrete Products Inc<br>951 South Edgewood Avenue<br>Somerset, PA, 15501 | 10/11/2024 | $2,721.00 | General Trade |
| Shaffer Block & Concrete Products Inc<br>951 South Edgewood Avenue<br>Somerset, PA, 15501 | 11/14/2024 | $2,721.00 | General Trade |
| Shaffer Block & Concrete Products Inc<br>951 South Edgewood Avenue<br>Somerset, PA, 15501 | 12/5/2024 | $2,721.00 | General Trade |
| **Shaffer Block & Concrete Products Inc Total** | | **$8,163.00** | |
| Silver Spur Conveyor Inc<br>PO Box 490<br>578 Raven Road<br>Raven, VA, 24639 | 10/24/2024 | $28,152.00 | General Trade |
| **Silver Spur Conveyor Inc Total** | | **$28,152.00** | |
| Simmons Equipment Company<br>PO Box 719<br>Pounding Mill, VA, 24637 | 10/17/2024 | $7,360.00 | General Trade |
| Simmons Equipment Company<br>PO Box 719<br>Pounding Mill, VA, 24637 | 10/24/2024 | $1,583.53 | General Trade |
| Simmons Equipment Company<br>PO Box 719<br>Pounding Mill, VA, 24637 | 11/7/2024 | $14,875.00 | General Trade |
| Simmons Equipment Company<br>PO Box 719<br>Pounding Mill, VA, 24637 | 11/14/2024 | $132.75 | General Trade |
| Simmons Equipment Company<br>PO Box 719<br>Pounding Mill, VA, 24637 | 12/5/2024 | $1,250.00 | General Trade |
| **Simmons Equipment Company Total** | | **$25,201.28** | |
| Somerset Co Recorder of Deeds | 10/22/2024 | $14,197.38 | General Trade |
| Somerset Co Recorder of Deeds | 11/4/2024 | $1,135.58 | General Trade |
| **Somerset Co Recorder of Deeds Total** | | **$15,332.96** | |
| Somerset Rural Electric<br>P.O. Box 270<br>223 Industrial Park Road<br>Somerset, PA, 155010270 | 12/3/2024 | $77,249.49 | General Trade |
| Somerset Rural Electric<br>P.O. Box 270<br>223 Industrial Park Road<br>Somerset, PA, 155010270 | 10/29/2024 | $70,475.49 | General Trade |
| **Somerset Rural Electric Total** | | **$147,724.98** | |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 10/15/2024 | $49,531.11 | Trucking |
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 10/30/2024 | $46,585.50 | Trucking |
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 11/14/2024 | $54,499.19 | Trucking |
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 11/29/2024 | $44,827.19 | Trucking |
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 12/16/2024 | $31,204.72 | Trucking |
| Spisak Trucking & Repair Inc<br>3381 Elton Road<br>Johnstown, PA, 15904 | 12/31/2024 | $28,431.81 | Trucking |
| **Spisak Trucking & Repair Inc Total** | | **$255,079.52** | |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 10/15/2024 | $40,575.71 | Trucking |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 10/30/2024 | $25,343.05 | Trucking |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 11/14/2024 | $30,602.46 | Trucking |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 11/29/2024 | $13,822.12 | Trucking |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 12/16/2024 | $10,618.29 | Trucking |
| Sweeney Trucking LLC<br>2411 Chestnut Ridge Rd<br>Grantsville, MD, 21536 | 12/31/2024 | $12,633.65 | Trucking |
| **Sweeney Trucking LLC Total** | | **$133,595.28** | |
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 10/15/2024 | $19,261.78 | Trucking |
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 10/30/2024 | $11,378.27 | Trucking |
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 11/14/2024 | $1,429.74 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 11/29/2024 | $5,345.67 | Trucking |
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 12/16/2024 | $6,632.96 | Trucking |
| T & H Trucking LLC<br>3735 Chestnut Ridge Road<br>Grantsville, MD, 21536 | 12/31/2024 | $2,531.48 | Trucking |
| **T & H Trucking LLC Total** | | **$46,579.90** | |
| T. Warner Trucking<br>17305 Laurel Run Rd SW<br>Barton, MD, 21521 | 10/15/2024 | $8,673.76 | Trucking |
| T. Warner Trucking<br>17305 Laurel Run Rd SW<br>Barton, MD, 21521 | 10/30/2024 | $7,218.00 | Trucking |
| T. Warner Trucking<br>17305 Laurel Run Rd SW<br>Barton, MD, 21521 | 11/29/2024 | $994.73 | Trucking |
| T. Warner Trucking<br>17305 Laurel Run Rd SW<br>Barton, MD, 21521 | 12/16/2024 | $844.57 | Trucking |
| **T. Warner Trucking Total** | | **$17,731.06** | |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 10/15/2024 | $5,056.67 | Trucking |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 10/30/2024 | $12,136.88 | Trucking |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 11/14/2024 | $15,616.79 | Trucking |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 11/29/2024 | $9,630.24 | Trucking |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 12/16/2024 | $10,585.82 | Trucking |
| Taxacher Specialties LLC<br>479 Narrows Road<br>Connellsville, PA, 15425 | 12/31/2024 | $5,564.25 | Trucking |
| **Taxacher Specialties LLC Total** | | **$58,590.65** | |
| Taylor Hydraulic, Inc<br>DBA THI<br>PO Box 750<br>Cedar Bluff, VA, 24609 | 10/17/2024 | $20,495.00 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Taylor Hydraulic, Inc<br>DBA THI<br>PO Box 750<br>Cedar Bluff, VA, 24609 | 10/24/2024 | $52,500.00 | General Trade |
| Taylor Hydraulic, Inc<br>DBA THI<br>PO Box 750<br>Cedar Bluff, VA, 24609 | 10/31/2024 | $14,136.00 | General Trade |
| Taylor Hydraulic, Inc<br>DBA THI<br>PO Box 750<br>Cedar Bluff, VA, 24609 | 11/7/2024 | $3,900.00 | General Trade |
| **Taylor Hydraulic, Inc Total** | | **$91,031.00** | |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 10/15/2024 | $19,882.64 | Trucking |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 10/30/2024 | $57,160.66 | Trucking |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 11/14/2024 | $28,599.67 | Trucking |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 11/29/2024 | $32,364.69 | Trucking |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 12/16/2024 | $29,879.10 | Trucking |
| Timbercat Enterprises, LLC<br>2160 Pigs Ear Road<br>Grantsville, MD, 21536 | 12/31/2024 | $16,271.09 | Trucking |
| **Timbercat Enterprises, LLC Total** | | **$184,157.85** | |
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 10/15/2024 | $8,592.44 | Trucking |
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 10/30/2024 | $10,728.32 | Trucking |
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 11/14/2024 | $9,563.64 | Trucking |
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 11/29/2024 | $11,859.82 | Trucking |
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 12/16/2024 | $8,037.83 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Tomko Trucking<br>148 Meyers Street<br>Hooversville, PA, 15936 | 12/31/2024 | $6,852.56 | Trucking |
| **Tomko Trucking Total** | | **$55,634.61** | |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 10/15/2024 | $6,839.60 | Trucking |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 10/30/2024 | $7,804.69 | Trucking |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 11/14/2024 | $5,374.45 | Trucking |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 11/29/2024 | $6,216.50 | Trucking |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 12/16/2024 | $13,465.61 | Trucking |
| TraXX, LLC<br>81 Bethlehem Road<br>Oakland, MD, 21550 | 12/31/2024 | $7,141.76 | Trucking |
| **TraXX, LLC Total** | | **$46,842.61** | |
| Unionvale Coal Company<br>C/O S & T Bank<br>Indiana, PA, 15701 | 10/11/2024 | $178,613.39 | Purchased Coal |
| Unionvale Coal Company<br>C/O S & T Bank<br>Indiana, PA, 15701 | 11/7/2024 | $81,096.04 | Purchased Coal |
| **Unionvale Coal Company Total** | | **$259,709.43** | |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 10/11/2024 | $2,066.42 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 10/17/2024 | $6,548.04 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 10/24/2024 | $2,852.16 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 11/7/2024 | $2,735.60 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 11/14/2024 | $1,431.87 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 11/29/2024 | $2,117.98 | General Trade |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 12/5/2024 | $3,670.23 | General Trade |
| United Central Industrial Supply Co LLC<br>PO Box 743849<br>Atlanta, GA, 303743849 | 12/13/2024 | $3,740.59 | General Trade |
| **United Central Industrial Supply Co LLC Total** | | **$25,162.89** | |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 10/15/2024 | $12,961.25 | Trucking |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 10/30/2024 | $11,489.72 | Trucking |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 11/14/2024 | $13,908.99 | Trucking |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 11/29/2024 | $10,108.19 | Trucking |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 12/16/2024 | $8,069.09 | Trucking |
| Upton Jr Sealcoating & Hauling<br>219 Porter Road<br>Markleton, PA, 15551 | 12/31/2024 | $8,818.16 | Trucking |
| **Upton Jr Sealcoating & Hauling Total** | | **$65,355.40** | |
| USI Insurance Services, LLC<br>PO Box 62889<br>Virginia Beach, VA, 23466 | 10/11/2024 | $13,639.00 | Bonds |
| USI Insurance Services, LLC<br>PO Box 62889<br>Virginia Beach, VA, 23466 | 11/1/2024 | $496,593.00 | Bonds |
| USI Insurance Services, LLC<br>PO Box 62889<br>Virginia Beach, VA, 23466 | 11/29/2024 | $36,460.00 | Bonds |
| USI Insurance Services, LLC<br>PO Box 62889<br>Virginia Beach, VA, 23466 | 12/31/2024 | $27,973.00 | Bonds |
| **USI Insurance Services, LLC Total** | | **$574,665.00** | |
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 10/15/2024 | $4,554.63 | Trucking |
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 10/30/2024 | $7,058.82 | Trucking |
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 11/14/2024 | $12,340.81 | Trucking |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 11/29/2024 | $12,810.44 | Trucking |
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 12/16/2024 | $11,324.56 | Trucking |
| Walker & Sons Contracting<br>826 Sportsmans Rd<br>Somerset, PA, 15501 | 12/31/2024 | $4,766.58 | Trucking |
| **Walker & Sons Contracting Total** | | **$52,855.84** | |
| Wampum Hardware Co<br>636 Paden Road<br>New Galilee, PA, 16141 | 10/17/2024 | $26,036.54 | General Trade |
| Wampum Hardware Co<br>636 Paden Road<br>New Galilee, PA, 16141 | 10/31/2024 | $29,769.93 | General Trade |
| Wampum Hardware Co<br>636 Paden Road<br>New Galilee, PA, 16141 | 11/7/2024 | $11,200.77 | General Trade |
| Wampum Hardware Co<br>636 Paden Road<br>New Galilee, PA, 16141 | 11/14/2024 | $26,082.33 | General Trade |
| Wampum Hardware Co<br>636 Paden Road<br>New Galilee, PA, 16141 | 11/29/2024 | $34,421.77 | General Trade |
| **Wampum Hardware Co Total** | | **$127,511.34** | |
| West Virginia State Tax | 12/31/2024 | $3,899.00 | General Trade |
| West Virginia State Tax | 10/22/2024 | $3,720.00 | General Trade |
| West Virginia State Tax | 10/8/2024 | $3,666.00 | General Trade |
| West Virginia State Tax | 11/19/2024 | $3,617.00 | General Trade |
| West Virginia State Tax | 12/4/2024 | $3,577.00 | General Trade |
| West Virginia State Tax | 11/5/2024 | $3,534.00 | General Trade |
| West Virginia State Tax | 12/17/2024 | $2,382.00 | General Trade |
| West Virginia State Tax | 10/29/2024 | $205.00 | General Trade |
| **West Virginia State Tax Total** | | **$24,600.00** | |
| White Armature Works Inc<br>PO Box 330<br>1150 Huff Creek Hwy<br>Mallory, WV, 25634 | 10/17/2024 | $17,501.75 | General Trade |
| **White Armature Works Inc Total** | | **$17,501.75** | |
| William J Mcintire Estate<br>PO Box 171<br>Shelocta, PA, 15774 | 12/30/2024 | $19,541.04 | Royalties |
| William J Mcintire Estate<br>PO Box 171<br>Shelocta, PA, 15774 | 10/16/2024 | $18,922.15 | Royalties |

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| William J Mcintire Estate<br>PO Box 171<br>Shelocta, PA, 15774 | 11/14/2024 | $14,831.54 | Royalties |
| **William J Mcintire Estate Total** | | **$53,294.73** | |
| Wulf Consulting, Inc<br>201 Harrison Fox Hill Road<br>Harrison Valley, PA, 16927 | 10/17/2024 | $20,130.80 | General Trade |
| Wulf Consulting, Inc<br>201 Harrison Fox Hill Road<br>Harrison Valley, PA, 16927 | 11/7/2024 | $9,195.47 | General Trade |
| Wulf Consulting, Inc<br>201 Harrison Fox Hill Road<br>Harrison Valley, PA, 16927 | 11/29/2024 | $16,904.72 | General Trade |
| **Wulf Consulting, Inc Total** | | **$46,230.99** | |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 10/15/2024 | $11,894.68 | Trucking |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 10/30/2024 | $14,992.52 | Trucking |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 11/14/2024 | $20,346.64 | Trucking |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 11/29/2024 | $17,678.57 | Trucking |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 12/16/2024 | $15,136.52 | Trucking |
| WW Friedline Inc<br>1027 Pleasant Hill Road<br>Somerset, PA, 15501 | 12/31/2024 | $14,946.52 | Trucking |
| **WW Friedline Inc Total** | | **$94,995.45** | |
| **Grand Total** | | **$26,938,335.11** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 4, QUESTION 9

ALL GIFTS OR CHARITABLE CONTRIBUTIONS THE
DEBTOR GAVE TO A RECIPIENT WITHIN 2 YEARS
BEFORE FILING THIS CASE UNLESS THE AGGREGATE
VALUE OF GIFTS TO THAT RECIPIENT IS LESS THAN
$1,000

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 9: All gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Recipient Name and Address | Reasons for Payment or Transfer | Dates | Total Amount or Value | Relationship to Debtor |
|---|---|---|---|---|
| John Weir<br>271 Crowsdale Lane,<br>Stoystown, PA 15563 | Funds to purchase livestock at the county fair to feed families in need | July/August 2023 and July/August 2024 | $ 37,846.85 | Employee |
| PA Coal Alliance<br>PO Box 54116<br>Pittsburgh, PA 15244 | Sponsorship for Black Diamond event | July 2023, August/Sept. 2024 | $ 19,450.00 | Third party |
| Somerset County Chamber of Commerce<br>601 North Center Ave<br>Somerset, PA 15501 | Donation | March 2023, August 2023, July 2024 | $ 3,125.00 | Third party |
| Peter's Creek Coal Association<br>PO 3524<br>Charleston, WV 25335-3524 | Donation | May 2023, May 2024 | $ 2,000.00 | Third party |
| Casselman Energy, LLC<br>1240 Boy Scout Rd<br>Oakland, MD 21550 | Garrett County Fundraiser | 7/11/2024 | $ 1,500.00 | Third party |
| Somerset Co 4-H Development Fund Inc<br>6024 Glades Pike, Suite 601<br>Somerset, PA 15501 | Program sponsorship | July 2023 /June 2024 | $ 1,000.00 | Third party |
| Camp Cadet of Somerset County; 171 Menser Road,<br>Somerset, PA 15501 | Donation | 7/11/2024 | $ 1,000.00 | Third party |
| Somerset County Beef Producers<br>238 Emert Road<br>Somerset, PA 15501 | Donation | 4/11/2024 | $ 1,000.00 | Third party |
| Somerset Shop with a Cop<br>PO Box 1105<br>Somerset, PA 15501 | Donation | December 2023/November 2024 | $ 1,000.00 | Third party |
| Grantsville Lions Club<br>PO Box 450<br>Grantsville, MD 21536 | Donation | March 2023/April 2024 | $ 1,000.00 | Third party |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 11, QUESTION 21

## PROPERTY HELD FOR ANOTHER

**Wilson Creek Energy, LLC**
**Case No. 25-70001**
**SOFA 21. Property held for another**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Master Machine<br>310 River Street, South Fork,  PA  15956 | Acosta Mine | Bolter Tram Final | $10,000.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Blower Motor | $4,990.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Miner Tail Lift Cylinder | $2,990.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Inch Tram Valve Bank | $1,000.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Duster Motor | $835.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Kitchen Valve bank | $2,400.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Duster Blower Motor | $6,253.40 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Pump | $8,370.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Drill Station Valve Bank | $2,400.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | MBC Canopy Jack | $1,500.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | 100533721 Cylinder | $1,350.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | FLET ATRS JACK CYLINDER (56719) | $1,795.00 |
| Quality Hydraulics<br>857 Morrow Cross Rd. Flemington WV  26347 | Acosta Mine | Bolter Drill Head Motor | $5,300.00 |
| Valley Mine Service<br>PO BOX 57, SPEEDWELL, TN 37870 | Warehouse | MBC Tram Reducer (LA451002X200-T) (543-5979) (208082 or LUA00405) | $9,820.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | MBC Pancake Pumps | $5,250.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | MBC Main Hydraulic Pump | $19,500.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | 30HP Bridge Motor | $8,500.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | 40HP MBC Conveyor Motor | $5,500.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | MBC Auxiliary Pump | $2,596.96 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | MBC Tram Motor | $8,250.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | #1 Belt Drive Reducer | $0.00 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | Scoop Reducer | $8,829.80 |
| Weimer Rebuild<br>149 Hillside Road, Derry, PA  15627 | Acosta Mine | Stinger Motor | $3,784.74 |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 12, QUESTION 23

### HAS ANY GOVERNMENTAL UNIT OTHERWISE NOTIFIED THE DEBTOR THAT THE DEBTOR MAY BE LIABLE OR POTENTIALLY LIABLE UNDER OR IN VIOLATION OF AN ENVIRONMENTAL LAW?

**Wilson Creek Energy, LLC**

**Case No. 25-70001**

**SOFA 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Byers Mine | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 06/26/2024 |
| Byers Mine | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 04/26/2024 |
| Milford #3 Refuse | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 04/29/2024 |
| Milford #3 Refuse | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 03/27/2024 |
| Milford #3 Refuse | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 02/14/2024 |
| Schrock Run Extension | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 07/12/2024 |
| Schrock Run Extension | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 07/10/2024 |
| Schrock Run Extension | PA DEP | 25 Pa. Code. § 1.1 *et seq*. | 05/31/2024 |