**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/25/25 6:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| **In Re:** | **Case No.: 25-70001-JAD** |
| **WILSON CREEK ENERGY, LLC, et al.,**[1] | **Chapter 11** |
| **Debtors.** | **Jointly Administered** |
| | **Doc. No.:** 293 |
| **WILSON CREEK ENERGY, LLC, et al.,** | **Related to Document No.** |
| **Movant,** | **Hearing Date:** |
| **v.** | **Hearing Time:** |
| **LCT Energy, LP,** | **Response Deadline:** |
| **Respondent.** | |

## NOTICE AND ORDER SETTING HEARING ON AN EMERGENCY BASIS

*AND NOW*, this 25th day of ___February___, 2025, **NOTICE IS HEREBY GIVEN THAT** the *Emergency Motion for Entry of an Order: (I) Compelling Compliance with Bidding Procedures; (II) Compelling Destruction of All Confidential Materials Obtained by LCT Energy, LP, Pursuant to Confidentiality Agreement; and (III) Granting Related Relief* ("Motion") has been filed in the above-referenced case by the Debtors.

*On or before* __12:00__ *p.m. on* __March 3___, *2025, Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

An emergency hearing on the Motion has been scheduled for __March 5___, 2025, at ___9:00__ a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the

---

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Wilson Creek Energy, LLC (6202); Wilson Creek Holdings, Inc. (7733); Maryland Energy Resources, LLC (5299); Mincorp Acquisition Corp. (4858); Mincorp Inc. (5688); PBS Coals, Inc. (2413); Roxcoal, Inc. (3768); Quecreek Mining, Inc. (1745), Croner, Inc. (0529); Elk Lick Energy, Inc. (8551); and Corsa Coal Corp. (0027). The Debtors' address is 1576 Stoystown Road, Friedens, Pennsylvania 15541.

Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

*The Debtors shall serve* a copy of this completed Scheduling Order and the Motion by (1) overnight mail **or** (2) facsimile **or** (3) email (separate from CM/ECF) in accordance with the Case Management Order [Doc. No. 39]. The Debtors shall immediately file a certificate of service indicating such service.

BY THE COURT:

Date:    February 25, 2025

jsf

The Honorable Jeffery A. Deller
United States Bankruptcy Court