# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>WILSON CREEK ENERGY, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 25-70001-JAD<br><br>Chapter 11<br><br>*Jointly Administered* |
| WILSON CREEK ENERGY, LLC, *et al.*,<br><br>Debtors-Movant,<br><br>v.<br><br>LCT ENERGY, LP<br><br>Respondent. | Related to Document. No.: 293<br><br>Hearing Date:  March 5, 2025<br><br>Hearing Time:  9:00 AM (EST)<br><br>Response Deadline:  March 3, 2025 |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS TO EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) COMPELLING COMPLIANCE WITH BIDDING PROCEDURES AND CONFIDENTIALITY AGREEMENT; (II) COMPELLING DESTRUCTION OF ALL CONFIDENTIAL INFORMATION OBTAINED BY LCT ENERGY, LP PURSUANT TO CONFIDENTIALITY AGREEMENT; AND (III) GRANTING RELATED RELIEF

The Official Committee of Unsecured Creditors of Wilson Creek Energy *et al.* (the "Committee"), by and through its undersigned proposed counsel, hereby submits this reservation of rights (the "Reservation") to entry of an order granting the *Emergency Motion for Entry of an Order: (I) Compelling Compliance with Bidding Procedures and Confidentiality Agreement; (II) Compelling Destruction of All Confidential Information Obtained by LCT Energy, LP, Pursuant*

---

[1] The Debtors in these Chapter 11 Cases are: Wilson Creek Energy, LLC; Wilson Creek Holdings, Inc.; Maryland Energy Resources, LLC; Mincorp Acquisition Corp.; Mincorp Inc.; PBS Coals, Inc.; Roxcoal, Inc.; Quecreek Mining, Inc.; Croner, Inc.; Elk Lick Energy, Inc.; and Corsa Coal Corp.

*to Confidentiality Agreement; and (III) Granting Related Relief* [Docket No. 293] (the "Motion"),[2] filed by Wilson Creek Energy, LLC and the other debtors (collectively, the "Debtors") in these jointly-administered chapter 11 cases (the "Chapter 11 Cases"). In support hereof, the Committee respectfully states as follows:

1. "In general, the purpose of a bankruptcy sale is to obtain the highest and best price for the estate and thus for its creditors and equity holders." *In re Reading Broadcasting, Inc.*, 386 B.R. 562, 575 (Bankr. E.D. Pa. 2008) (citation omitted). To achieve this outcome, it is vital that the sale process be conducted with integrity. *See, e.g.*, 11 U.S.C. 363(m); *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143, 147-50 (3d Cir. 1986).

2. By the Motion, the Debtors make serious accusations regarding the sale process and an interested bidder. Though counsel for the Committee has communicated with counsel for both the Debtors and the relevant interested bidder, the Committee lacks first-hand knowledge of the most relevant allegations. As a result, the Committee does not join in or oppose the Motion at this time.

3. Nevertheless, the Committee seeks to reserve the right to weigh in on the issues raised in the Motion as facts and arguments develop. Further, to the extent that the Debtors' bankruptcy estate has a cause of action related to the allegations in the Motion, that cause of action should be preserved for the benefit of the Debtors' unsecured creditors.

[*remainder of page intentionally left blank*]

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

24611962.v2

For the foregoing reasons, the Committee reserves all rights regarding the Motion.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Thomas D. Maxson*
Thomas D. Maxson
DENTONS COHEN & GRIGSBY PC
625 Liberty Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone:  (412) 297-4706
E-mail:  thomas.maxson@dentons.com

-and-

James Irving (Admitted *Pro Hac Vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 589 4200
Email:  james.irving@dentons.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I certify that on March 3, 2025, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

      X    upon filing, the Court's electronic noticing system sent notice to all parties participating in the CM/ECF system in this matter.

      /s/ Thomas D. Maxson
      Thomas D. Maxson